**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tri-G Group, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  Tri-G Development Group, LLC<br>DBA  Quarry Hills Country Club<br>DBA  Quarry Hills CC<br>DBA  Quarry Hills Golf Course<br>DBA  Quarry Hills Golf And Country Club |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 51-0629164 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1300 George Bason Road**<br>**a/k/a 2240 Country Club Trial**<br>**Swepsonville, NC 27253-8502**<br>Number, Street, City, State & ZIP Code | **9554 Snow Camp Road**<br>**Snow Camp, NC 27349-9785**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alamance**<br>County | **Location of principal assets, if different from principal place of business**<br>**Quarry Hills Golf Course & Clubhouse,**<br>**1300 George Bason Road, Swepsonville, NC 27253**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Tri-G Group, LLC**                                     Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

District   **MDNC - Durham Div. (see attachment)**   When   **3/29/09**   Case number   **09-80494**

District   _____   When   _____   Case number   _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor   _____   Relationship   _____

District   _____   When   _____   Case number, if known   _____

Debtor    **Tri-G Group, LLC**                                    Case number (if known) _____
          Name

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**▆ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Tri-G Group, LLC**                                        Case number (*if known*) _____
          Name

███  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  4, 2016**
               MM / DD / YYYY

X **/s/ Guy G. Gulick** _____          **Guy G. Gulick** _____
  Signature of authorized representative of debtor          Printed name

Title    **Manager** _____

---

**18. Signature of attorney**

X **/s/ Charles M. Ivey III** _____          Date **May  4, 2016** _____
  Signature of attorney for debtor                                MM / DD / YYYY

**Charles M. Ivey III** _____
Printed name

**Ivey, McClellan, Gatton & Siegmund** _____
Firm name

**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401** _____
Number, Street, City, State & ZIP Code

Contact phone  **336-274-4658** _____    Email address _____

**8333** _____
Bar number and State

**Attachment to Voluntary Petition, Part 9**
**Official Form 201 (page 2)**

---

Prior Case #09-80494 (the "prior case") was not filed by or against the Debtor, a business partner or an affiliate of the Debtor. The Debtor's assets were previously purchased in proceedings arising out of the prior case. For more information, see the relevant docket entries in the prior case (copies of which are attached hereto).

*/s/ Charles M. Ivey, IV*
Charles M. Ivey, IV (NCSB# 41338)

IVEY, MCCLELLAN, GATTON
& SIEGMUND, LLP
100 South Elm Street, Suite 500
Greensboro, North Carolina 27401
(336) 274-4658
(336) 274-4540 (facsimile)
*Attorneys for the Debtors*

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **William Collicott Mann** | ) | |
| **Virginia Mathis Mann** | ) | |
| | ) | **CASE NO. 09-80494** |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |

### ORDER ALLOWING AMENDED MOTION OF TRUSTEE TO (a) APPROVE THE SALE OF ASSETS, and (b) TRANSFER ANY AND ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS IN ASSETS SOLD TO PROCEEDS OF SALE

THIS MATTER coming on to be heard and being finally heard on September 14, 2009, after this Court's recess and continuance of the initial hearing scheduled for and taking place on August 27, 2009, upon the Motion of the Trustee to (a) Approve the Sale of Assets, and (b) Transfer Any and All Liens, Claims, Encumbrances and Interests in Assets of Debtors to Proceeds of Sale (the "Asset Sale Motion"), as filed by Sara A. Conti, the duly appointed and acting trustee of the Chapter 7 Bankruptcy Estate of the above-captioned Debtors (the "Trustee"); appearances in this matter being made by Sara A. Conti, Attorney for the Trustee, James K. Talcott, Attorney for Tri-G, LLC, Jeffrey E. Oleynik, Attorney for Phyllis Ford, *et al*, Marty E. Miller, Attorney for Jihad Libbus, E. Lawson Brown, Jr., Attorney for Euliss, Inc. and Tar Heel Land Group, LLC and Paul A. Fanning, Counsel for Capital Bank; and after due and proper notice to all parties in interest; and after consideration of the pleadings herein, the entire record in this proceeding, the evidence presented, and the comments of counsel, the Court hereby makes the following Findings of Fact and Conclusions of Law:

1.  On March 26, 2009 (the "Petition Date"), the above-captioned Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Sara A. Conti was appointed by order of this Court to act as Trustee.

2.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. §§ 105, 363, 704 and other applicable sections of the United States Bankruptcy Code. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    On the Petition Date, the Debtors owned certain real property in Alamance County located at 2240 Country Club Trail, Swepsonville, North Carolina, which is being operated as a golf course currently known as Quarry Hills Golf Club (the "Golf Course"). The Debtors also own certain items of personal property, including machinery and equipment, furnishings and other assets used in the operation of the Golf Course (the "Personal Property"). The Golf Course and the Personal Property comprising the Quarry Hills Golf Club, all as more particularly described in the Asset Purchase Agreement attached to the Asset Sale Motion, shall hereinafter be referred to collectively as the "Sale Property".

4.    Prior to the Petition Date, Euliss, Inc. and Tar Hill Land Group, LLC (collectively "Euliss") became the owner of eight (8) single family residential lots and ten (10) acres, respectively, all of which real estate was a prior part of the Golf Course (the "Transferred Golf Course Property"). The Transferred Golf Course Property is asserted by certain homeowners and plaintiffs in state court civil litigation to be subject to certain restrictive covenants, including, but not limited to, the covenant that all of the original Golf Course acreage would be used only as part of a golf course. A portion of the Transferred Golf Course Property was obtained from one of the eighteen (18) greens of the Golf Course. From such date of such transfer to the present, the Golf Course has been operated with only seventeen (17) greens.

5.    As a result of the facts and circumstances surrounding the conveyance of the Transferred Golf Course Property by the Debtor to Euliss, two (2) state court civil actions were filed by approximately 110 plaintiff homeowners (the "Homeowners") living contiguous to and/or in the neighborhood of the Quarry

2

Hills Country Club. These lawsuits seek recovery of damages arising from asserted breaches of restrictive covenants and name not only the Debtors as defendants but also Euliss, Inc., Tar Hill Land Group, LLC and other parties.

6.      The record in this proceeding reflects that Euliss, Inc. has filed a Proof of Claim asserting a contingent unsecured claim in the amount of $ 1,800,000.00 million and that Tar Hill Land Group, LLC has filed a Proof of Claim in this proceeding asserting a contingent unsecured claim in the amount of $1,150,000.00. The contingent claims of the Homeowners have been estimated at $2,000,000.00 and the Homeowners have filed a Notice of Lis Pendens against the Golf Course. The two state court civil actions filed by the Homeowners are currently stayed as to the Debtors.

7.      After negotiations with the Debtors, on February 16, 2009, Tri-G, LLC ("Tri-G") entered into a pre-petition commercial lease agreement with the Debtors which provided for Tri-G to operate the Quarry Hills Country Club (the "Lease"). Under the Lease, Tri-G was to pay the Debtors an annual rental of $5,000.00, payable in equal monthly installments, with such monthly installments to be paid to the insurance company of Tri-G's choosing to insure the Golf Course and Personal Property as required under the Lease. Tri-G has continued to operate the Quarry Hills Country Club pursuant to the terms and conditions of the Lease since February 16, 2009.

8.      Evidence presented in this matter indicated that all operating expenses and taxes incurred by Tri-G in the operation of the Quarry Hills Golf Club were current and paid and that all required insurance was in full force and effect. Testimony indicated that none of the members of Tri-G, consisting primarily of members of the Gulick family, have ever received any salaries from the revenues generated by the Golf Course operation but that they had instead invested their salaries to help

3

pay for basic improvements, repairs, maintenance and upkeep of the Golf Course property.

9.  Notwithstanding that the Golf Course consisted of only seventeen (17) useable holes, the Trustee made reasonable efforts to sell the Golf Course. Without the full eighteen (18) holes available for sale, normal marketing efforts by the Trustee for the sale of the Golf Course were greatly hampered and proceeds expectations for a sale of this Golf Course, given its current condition, were reduced. The Trustee testified she only received offers of $500,000.00 and $600,000.00 for the purchase of the Golf Course from Euliss and Carl Buckland, respectively, prior to any offer being made to the Trustee by Tri-G.

10. Tri-G entered into negotiations with both the Trustee and with the Homeowners in an attempt to resolve all issues involving the estate and the Homeowners and to be able to purchase the Golf Course. Tri-G intended and agreed with the Homeowners to operate the property solely as a golf course and to own and operate it subject to certain restrictions desired by the Homeowners. The Trustee entered into and finalized an Asset Purchase Agreement with Tri-G dated July 22, 2009 for the purchase of the Sale Property (the "Purchase Agreement") for the sum of $850,000.00. The Purchase Agreement is attached to the Asset Sale Motion as Exhibit "A" and said Purchase Agreement is incorporated by reference as if fully set forth herein.

11. As a result of entering into the Purchase Agreement, the Trustee filed the Asset Sale Motion with this Court on July 31, 2009. In addition, the Trustee simultaneously filed the Trustee's Motion to Approve Compromise and Settlement of Litigation by and between the Estate, Tri-G and the Homeowners (the "Settlement Motion"). The Settlement Motion outlined the agreement between the Estate and the Homeowners with the agreement of Tri-G, all of which provided for a resolution of all matters as between the Homeowners in the

4

state court civil actions and the Debtors' estate which would be settled by, among other things, the payment by the Homeowners to the Debtors' estate of the sum of $50,000 and the removal of the Lis Pendens filed on the Golf Course. Approval of the Asset Sale Motion was contingent upon approval of the Settlement Motion and vice versa.

12.     Due and proper notice dated August 3, 2009, of the hearings on the Asset Sale Motion and the Settlement Motion, each to take place on August 27, 2009, was given to all parties in interest. In addition, the Trustee published notice of the two motions and the hearings on the same on two occasions in the Burlington Times-News.

13.     The Asset Sale Motion requested that certain liens, claims, encumbrances and interests be transferred to the proceeds of sale. The Trustee was informed and believes that the following are asserted as secured, liens, claims, encumbrances or interests against the Sale Property:

A.     Outstanding ad valorem taxes owed to the Alamance County Tax Department in the amount of approximately $17,665.93;

B.     The First Lien Deed of Trust and UCC financing statement securing the claim of Capital Bank which filed a Proof of Claim as secured in the amount of $1,025,306.56;

C.     A Second Lien Deed of Trust held by Jihad Libbus who assets a secured claim in the amount of $300,000.00 but who has not yet filed a Proof of Claim;

D.     A Third Lien Deed of Trust held by Al Shakra who filed a claim asserted as secured in the amount of $120,516.13;

E.     A Lis Pendens filed by the Homeowners in the case of *Phyllis Ford, et al, v. Will C. Mann, et al,* Case Number 08 CVS 949, pending in the General

5

Court of Justice, Superior Court Division, County of Alamance, North Carolina; and

F.     Certain claims of Donald G. Caudle and George W. Ackley, III to certain unidentified items of personal property being used in the operation of the Golf Course.

14.    On August 14, 2009, Jihad Libbus ("Libbus") filed an Objection to the Asset Sale Motion and asserted that the sale price proposed in the Trustee's Asset Sale Motion did not represent a fair value and indicated that Libbus was prepared to make an offer for a purchase the Sale Property in an amount in excess of the purchase price offered by Tri-G. The Libbus objection also asserted the Trustee's proposed sale could not occur free and clear of the Libbus lien as the requirements of Section 363(f) could not be met without the consent of Libbus which Libbus did not give.

15.    On August 20, 2009, Tar Hill Land Group, LLC and Euliss, Inc. (previously collectively identified as "Euliss") filed an Objection to Trustee's Asset Sale Motion and also filed an Objection to Trustee's Settlement Motion.  Each objection filed by Euliss, cited its claims against the Debtors and each of the Euliss objections provided an offer to purchase the Sale Property for the sum of $940,000.  In addition to such payment, Euliss offered to pay to the Bankruptcy Estate an additional sum of $55,000 and to withdraw their claims filed against the Debtors' estate.

16.    On August 18, 2009, Capital Bank filed a Limited Objection to Trustee's Asset Sale Motion citing certain current conditions precedent to the agreement of Capital Bank for the sale of its collateral as described in the Trustee's Asset Sale Motion.  Ultimately, Capital Bank indicated that the conditions at issue had been met and withdrew its limited objection to the Trustee's Asset Sale Motion.

6

17.     On August 19, 2009, the Trustee filed an Adversary Proceeding Complaint against Libbus, the Debtors and Open Golf Center, LLC seeking to avoid a fraudulent conveyance pursuant to Section 548 of the Bankruptcy Code (the "Complaint"). In the Complaint, the Trustee asserts facts and law she contends supports her position that the Debtors received less than a reasonably equivalent value in exchange for a Deed of Trust placed on the Golf Course in the amount of $300,000 and given to Libbus. The Trustee further contended that the execution of the Deed of Trust to Libbus was done without appropriate authority resulting in the subject Deed of Trust being void *ab initia* and unenforceable in this bankruptcy proceeding.

18.     On August 27, 2009, the initial scheduled hearing in this matter commenced. Evidence was received in the form of testimony provided by the Trustee as well as testimony received from parties representing the respective interests of Tri-G, Euliss and Libbus. All parties wishing to present evidence and to examine other parties and witnesses were given ample and full opportunity to do so. At the conclusion of all evidence presented by all the parties with an interest in this matter, the Court announced that it would continue hearing on the matters until September 14, 2009, at which time the Court indicated it would entertain further evidence if desired by the parties and would hear the arguments of the parties as to their positions in the matter. This continuation of matters until September 14, 2009, enabled all parties to continue to pursue their financing and negotiation activities as may be necessary and prudent in order to give each interested purchaser an ample and fair opportunity to bring about the highest and best offer for the Sale Property which would provide the greatest benefit to the Chapter 7 Estate and its creditors.

19.     On Friday, September 11, 2009, Euliss filed a First Amendment to each of its previous two objections filed in this matter. The First Amendment to the Trustee's Motion to Approve Compromise and Settlement of Litigation was filed

7

along with a First Amended Objection to Trustee's Motion to Approve Sale of Assets (the "Euliss Amended Objections"). Each of the Euliss Amended Objections contained a new offer by Euliss to purchase the Sale Property by payment of the sum of $850,000 to Capital Bank and by payment to the Bankruptcy Estate of the sum of $150,000 and with further indemnification by Euliss of the Trustee from any cost of going forward with litigation involving the Homeowners. The Euliss Amended Objections each contained a copy of an asset purchase agreement outlining the details of the offer by Euliss to the Trustee.

20.     On Sunday, September 13, 2009, Libbus filed his Amended Objection to Motion of Trustee to (a) Approve the Sale of Assets, and (b) Transfer Any and All Liens Claims, Encumbrances and Interests in Assets of Debtors to Proceeds of Sale (the "Libbus Amended Objection"). The Libbus Amended Objection contained an offer to purchase the Sale Property for the amount of $1,175,000 conditioned upon this Court's recognition of the asserted Libbus Second Lien Deed of Trust, in return for which Libbus agreed to accept $300,000 in full satisfaction for his asserted secured interest in the Golf Course.

21.     On Monday, September 14, 2009, the hearing on this matter recommenced. The Trustee first announced the then current status of all competing offers for the Sale Property as submitted by Tri-G, Euliss and Libbus. The Trustee also stated her opinion of the value of each offer to the bankruptcy estate.

22.     Both prior to the recommencement of the hearing on this matter on September 14, 2009 and during said hearing, communications took place by and between the parties and the Trustee which resulted in further negotiations and the further exchange of offers to purchase the Sale Property. As a result of the active, competitive and auction environment present, the Court provided the parties with all opportunities, reasonable and necessary, for them to communicate among

8

themselves and with the Trustee, in order to evaluate and increase their respective bids as each desired in order to allow for a determination and consideration of the highest and best offers by the parties competing for the purchase of the Sale Property

23.   This Court concluded that all parties interested in purchasing the Sale Property, Tri-G, Euliss and Libbus, had completed their negotiations and had each made their best and final offer for the Sale Property to the Trustee. The Trustee then announced in open court her recommendation that the Tri-G final offer be accepted and approved by the Court as she believed such offer was in the best interest of the estate and provided the greatest overall benefit to the estate. The Trustee orally amended her Asset Sale Motion and announced the following terms of the Tri-G offer to purchase as were amended from the original Purchase Agreement. All other terms and conditions of the Purchase Agreement filed with the Asset Sale Motion remain the same.

A.   Tri-G shall pay the sum of $1,000,000 for the Sale Property;

B.   The Homeowners will support only the purchase of the Sale Property by Tri-G and the Homeowners have agreed to pay $75,000 to the Estate as a settlement of the state court litigation provided Tri-G is the Court approved purchaser of the Sale Property and shall dismiss the litigation as against the Debtors; and

C.   Tri-G agrees to waive all claims it may have against the Estate and the collateral of Capital Bank.

24.   After considering the recommendation of the Trustee and based upon all the evidence presented by the parties desiring to and having ample opportunity to present evidence to this Court, the record in this proceeding, in consideration of

9

the arguments of all counsel, and for good cause shown, the Court finds and concludes that the Asset Sale Motion, as amended by the Trustee, to incorporate the terms of the final offer of Tri-G for the Sale Property, as outlined above, should be approved for good and just reasons including, but not limited to, the following:

A.    It appears the highest and best offer for the Sale Property has been made by Tri-G whose offer provides the maximum proceeds for the benefit of the estate and its creditors;

B.    The source of the $75,000 in settlement funds from the Homeowners and plaintiffs in the state court litigation is separate from the proceeds of sale given by Tri-G for the Sale Property, and is a legal obligation for the Homeowners separate from the sale of the Sale Property. Accordingly, the payment of the settlement funds by the Homeowners is in consideration for the settlement of the litigation and the settlement funds are therefore not proceeds of the sale of the property to which any liens may attach. This ensures the bankruptcy estate will receive $75,000 in unencumbered funds available for costs of administration and for unsecured creditors.

C.    The litigation pending in the state courts of North Carolina, as filed by the Homeowners against the Debtors, Euliss and others, is resolved insofar as the litigation affects the bankruptcy estate of the Debtors. The Homeowners' litigation represents a potential costly burden to the estate and could result in claims against the estate in excess of $2 million. The competing offers by Euliss and by Libbus did not involve a resolution of this litigation.

10

D.      The sale to Tri-G along with the settlement of the Homeowners' litigation as outlined facilitates the best interests of the estate.

E.      The sale to Tri-G avoids the assertion by Tri-G of COA claims against the estate or Section 506(c) claims against the collateral of Capital Bank. Since Tri-G has been operating the Golf Course since the filing of the bankruptcy petition, has insured and made other improvements to the property at its own expense and without taking any salaries, were the sale of the property to Tri-G to not be approved, Tri-G could assert claims related to administrative costs and other expenses incurred by Tri-G in connection with its preservation and maintenance of the Golf Course.

F.      In this proceeding Capital Bank has filed a Motion for Relief From Stay as to the Golf Course property, hearing upon which motion has been continued numerous times with the consent of Capital Bank. Approval of the sale and the closing on the sale of the assets with payment to Capital Bank as outlined herein will eliminate the need for the stay to be lifted to allow Capital Bank access to its collateral to pursue liquidation under applicable state foreclosure laws. In the event the stay were lifted and state foreclosure laws employed, any benefit to the estate that would be derived from a settlement of the state court litigation and sale of the Sale Property would be lost to the estate and its creditors.

25.    As set forth above, the Trustee requested in the Asset Sale Motion that all liens, claims, encumbrances and interests be transferred to the proceeds of sale. Based upon the evidence presented, this Court finds and concludes that the provisions of Section 363(f) are satisfied such that all liens, claims, encumbrances and interests shall be transferred to the proceeds of sale for cause shown as follows:

11

A.    As to the outstanding ad valorem taxes owed to Alamance County Tax Department, the same shall be paid, in full, at closing;

B.    As to the first lien deed of trust and secured claim of Capital Bank in the filed amount of $1,025,306.56, Capital Bank has consented to the sale provided that it receive a net amount of $930,000 at closing;

C.    As to the second lien deed of trust held by Jihad Libbus asserted in the approximate amount of $300,000, the Court, based upon the record in this proceeding, and for the reasons stated by the Court in open court in ruling on this matter, finds and concludes that a bona fide dispute exists allowing for such asserted lien to be transferred to the proceeds of sale pursuant to Section 363(f)(4). Furthermore, this Court does not believe the value of the Sale Property is greater than $1,050,000, therefore there appears to be little or no equity over the first lien of Capital Bank. Accordingly, any adequate protection which may be required of any interest of this claimant pursuant to Section 363(e) is satisfied by the transfer of this claimant's asserted lien to the proceeds of sale of the Sale Property;

D.    The third lien deed of trust as held by Al Shakra shall be transferred to the proceeds of sale with the consent of the lien holder;

E.    The interests of the Homeowners represented by the Lis Pendens filed against the Golf Course arising from the matter of *Phyllis Ford, et al. v. Will C. Mann, et al.*, Case Number 08 CVS 949, are satisfied by the consent of the Homeowners to the sale as outlined herein; and

F.    The claims of Donald G. Caudle and George W. Ackley, III to certain unidentified personal property being used in the operation of the Golf Course shall be transferred to the proceeds of sale pursuant to the

12

provisions of Section 363(f)(4) as there is a bona fide dispute as to the personal property involved and ownership of the same. Furthermore, neither Donald G. Caudle nor George W. Ackley, III objected to the transfer of their asserted claims to proceeds and did not appear in this matter after being given adequate and proper notice of the hearing on the same.

26. For good cause shown as based upon the weight of the evidence presented, the record in this proceeding and all facts and circumstances in this particular case and in consideration of the arguments of all counsel, the Court makes further Findings of Fact and Conclusions of Law in this matter:

A. The objection filed by Libbus on August 14, 2009, to the Asset Sale Motion and the Libbus Amended Objection filed on September 13, 2009 should be overruled;

B. The objection filed by Euliss on August 20, 2009, to the Asset Sale Motion and the Euliss Amended Objections filed on September 11, 2009 should be overruled;

C. The Sale Property has been adequately exposed to the market place and the highest and best offer for the Sale Property is the final amended offer by Tri-G. This Court concludes there is not a reasonable likelihood the Sale Property will bring more than as offered by Tri-G given the condition of the Sale Property and existing circumstances.

D. Tri-G, LLC is a good faith purchaser as that term is contemplated by 11 U.S.C. Section 363(m) and, as such, is entitled to all the rights and protections of a good faith purchaser pursuant to Section 363(m). Furthermore, Tri-G was the previous operator of the Golf Course pursuant

13

to a lease only and did not otherwise exercise any control over the Debtor, and, as such, is not a successor in interest to the Debtor;

E.    The negotiations for and bidding on the Sale Property in this matter were not pursuant to or impacted by, any improper collusive bidding or other activities which might otherwise allow for the sale to be avoided for reasons which would include the provisions set forth in 11 U.S.C. Section 363(n); and

F.    Cause exists for this Court to waive the provisions of Bankruptcy Rule of Procedure 6004(h) and to authorize a closing on the sale of assets as contemplated herein immediately upon entry of this order.

Based upon the foregoing Findings of Fact and Conclusions of Law it is hereby Ordered, Adjudged and Decreed as follows:

1.    The objections filed by Euliss are overruled;

2.    The objections filed by Libbus are overruled;

3.    The Trustee's Asset Sale Motion is approved, as amended, and the Trustee is authorized to sell the Sale Property on the terms and conditions as set forth in the Asset Purchase Agreement attached to the Asset Sale Motion as Exhibit "A", and as amended herein;

4.    The sale of the Sale Property shall be free and clear of all liens, claims, encumbrances and other claims of interest with such liens, claims, encumbrances and other claims of interest as identified herein being transferred to the proceeds of sale or paid at closing as set forth herein;

14

5.   Tri-G, LLC is a good faith purchaser as that term is contemplated by Section 363(m);

6.   Tri-G has exercised no control over the Debtor and is not a successor in interest to the Debtor as that term is contemplated in applicable successor liability law;

7.   The provisions of Bankruptcy Rule of Procedure 6004(h) are waived and the closing on the sale approved herein shall be authorized to take place immediately upon entry of this order; and

8.   After payment at closing of Ad Valorem Taxes and other usual and customary closing costs and the agreed upon amount of $930,000 to Capital Bank, the Trustee shall hold all remaining sale proceeds pending further order of this Court and shall file a Report of Sale with the Court.

This 30th day of September, 2009.


_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William Collicott Mann and Virginia | ) | Case No. B-09-80494 C-7D |
| Mathis Mann, | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER ALLOWING TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF LITIGATION

THIS CAUSE, coming on for final hearing on September 14, 2009, after notice to all parties in interest, upon the Trustee's Motion to Approve Compromise and Settlement of Litigation, filed by Sara A. Conti, duly appointed and acting Trustee of the above-named Chapter 7 Debtors ("the Motion"), with appearances by James B. Craven, Attorney for the Debtors, Sara A. Conti, Attorney for the Trustee, James Talcott, Attorney for Tri-G, LLC, Jeffrey Oleynik, Attorney for Phyllis Ford, *et al*, Marty Miller, attorney for Jihad Libbus, Lawson Brown, Jr., attorney for Dennis Euliss and Tar Heel Land Group, LLC, and Paul A. Fanning, Attorney for Capital Bank, and after considering the matters set forth in the Motion, the official file, the evidence presented, the statements of parties wishing to be heard, and the arguments of counsel, the Court makes the following Findings of Fact and Conclusions of Law:

1. On March 26, 2009, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, and Sara A. Conti was appointed to act as Trustee.

2. This Court has jurisdiction over this motion pursuant to 28 U.S.C. Sections 157 and 1334, and this matter is a core proceeding under 28 U.S.C. Section 157(b)(2). Venue is proper pursuant to 28 U.S.C. Sections 1408 and 1409.

3. The Debtors own real property located in Alamance County, North Carolina, located at 2240 Country Club Trail, Swepsonville, which is being operated as a golf course, currently known as Quarry Hills Golf Club. In addition to the aforesaid real property, the Debtors own various personal property, including machinery and equipment, furnishings and other property used in the operation of the golf course and located at the premises. The real property and personal property located thereon and more particularly described in an Asset Purchase Agreement submitted to the Trustee shall hereinafter be referred to as "the Property".

4.     Surrounding the golf course, there is a community of home-owners, some of whom belong to Quarry Hills Golf Club, and some of whom do not ("the Homeowners").

5.     Prior to the petition date, approximately one hundred ten of the Homeowners filed a lawsuit in Alamance County Superior Court against the Debtors, captioned *In the Matter of Phyllis Ford, et al. v. Will C. Mann, et al,* Case Number 08 CVS 949 ("the Litigation"). The complaint alleged, *inter alia,* that the Debtors had breached a covenant, of which the Homeowners were beneficiaries, to use their real property in the operation of a golf course, by conveying various tracts to third parties for development. Ancillary to the litigation, the Homeowners recorded a *lis pendens* against the Debtors' real property.

6.     The parties to the Litigation negotiated and agreed to the implementation and recording of an Amended and Restated Declaration of Restrictions and Grant of Option to Purchase, a copy of which was filed on August 25, 2009, as part of the Motion, and the terms of which are incorporated herein. The Amended and Restated Declaration of Restrictions and Grant of Option to Purchase shall not attach to the tracts of real property that were previously conveyed by the Debtors to third parties, which are subject to the *lis pendens* and the Litigation, and are not property of the bankruptcy estate.

7.     The Trustee received an offer to purchase the Property, which is subject to the *lis pendens* and the pending Litigation, along with an Asset Purchase Agreement, which called for the sale and conveyance of the Property, by the Trustee, to TRI-G, LLC ("TRI-G") As a condition of the sale of the property, the Litigation must be settled to the satisfaction of the Homeowners, TRI-G, TRI-G's lender, and the Trustee.

8.     The Homeowners are in agreement with the sale of the Property to TRI-G, insofar as TRI-G has agreed to use the property for the operation of a golf course. The parties to the Litigation desire to settle the dispute among themselves, and the Homeowners have agreed to pay $75,000.00 to the bankruptcy estate, in consideration for the settlement of the Litigation, for the benefit of unsecured creditors and administrative expenses ("the Settlement Funds").

9.     The source of the Settlement Funds is an entity separate from the purchaser of the Property, and is a legal obligation separate from the sale of the Property. The payment of the Settlement Funds is in consideration for the settlement of the Litigation, and the Settlement Funds are not proceeds of the sale of the Property.

10.    The proposed compromise is acceptable to the Homeowners, to the purchaser of the real estate, to the purchaser's lender and to the Trustee. The Trustee filed the Motion on July 31, 2009, and the matter was noticed for hearing. Objections to the relief requested in the Motion were filed by: (i) Capital Bank, whose objection has been resolved; and (ii) Tar Heel Land Group, LLC and Euliss, Inc., who submitted a higher bid to purchase the Property, but did not offer to settle the Litigation. Both objections have been overruled.

11.    The Litigation represents a costly burden to the estate and could result in claims against the estate in excess of two million dollars. The issues in controversy among the parties are complicated and would require considerable resources of the estate to litigate and resolve. It is not clear whether the Homeowners will prevail, but their claim is a cloud on the title of the Debtors' real estate.

12.    The sale of the Property is dependent upon the compromise of the Litigation, and the compromise of the Litigation is dependent upon the sale of the Property. Approval of one without the other will result in no benefit to the estate. Insofar as the settlement of the Litigation will result in proceeds to the estate for the benefit of unsecured creditors in the amount of $75,000.00, the proposed settlement is fair and reasonable and in the best interest of the estate.

13.    Under Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Trustee must obtain Court approval of the settlement of any controversy arising in the administration of the estate. In considering the factors that are relevant in approving proposed settlements, the Court is satisfied that each of those factors weighs in favor of approval of the proposed settlement.

14.    In addition to notice of the proposed settlement provided by the Office of the Clerk, the Trustee provided notice of the sale and the settlement of the Litigation to each individual Homeowner impacted by the Litigation, by publication in the Times News of Alamance County, North Carolina. The class representative, the members of the core committee leading the Homeowners, together with numerous Homeowners and other members of the class attended both hearings held by the Court on the Motion. Counsel for the Homeowners and other members of the class appeared at both hearings. There were no objections filed and no objections voiced in open Court at either of the hearings before the Court by any Homeowner or other member of the class to the settlement.

NOW, THEREFORE, BASED UPON THE FOREGOING, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The settlement proposed by the Trustee in her Motion to Approve Compromise and Settlement of Litigation is approved;

2. The objections to the settlement are overruled;

3. The Homeowners and other members of the class received adequate notice and adequate opportunity to be heard on any objection to the terms of the proposed settlement.

4. The Homeowners are ordered to pay to the Trustee the sum of $75,000.00 in settlement of the Litigation;

5. The Debtors are ordered to execute and record the Amended and Restated Declaration of Restrictions and Grant of Option to Purchase, negotiated as part of the settlement agreement;

6. The Amended and Restated Declaration of Restrictions and Grant of Option to Purchase shall not apply to any of the real property transferred by the Debtors to third parties who are not a party to the settlement;

7. The proceeds of the settlement agreement in the amount of $75,000.00 are not proceeds of the sale of the Property and are not subject to any liens being transferred to proceeds as part of the sale of the Property; and

8. The Homeowners are ordered to dismiss the Litigation, with prejudice, as against the Debtors and to cancel the *lis pendens* against the Property.

This 30th day of September, 2009.

WILLIAM L. STOCKS
United States Bankruptcy Judge

**Fill in this information to identify the case:**

Debtor name    **Tri-G Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 4, 2016**      *X* **/s/ Guy G. Gulick**
     Signature of individual signing on behalf of debtor

     **Guy G. Gulick**
     Printed name

     **Manager**
     Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tri-G Group, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Keith & Gwen Hoyt 1045 Quandary Trail Graham, NC 27253-9524** | | **Quarry Hills Golf Course & Country Club at 1300 George Bason Road; Parcel ID #152135** | | $189,976.70 | $800,000.00 | $189,976.70 |
| **Capital Bank NA 445 S. Main Street Burlington, NC 27215** | | **Quarry Hills Golf Course & Country Club at 1300 George Bason Road; Parcel ID #152135** | | $950,000.00 | $800,000.00 | $150,000.00 |
| **Guy S. Gulick 9554 Snow Camp Road Snow Camp, NC 27349** | | **Business loan by insider/owner; See attached Exhibit "Sch. F"** | | | | $58,350.00 |
| **Monty Corron 3221 Boywood Road Graham, NC 27253** | | **Business loan by insider/owner; See attached Exhibit "Sch. F"** | | | | $47,375.00 |
| **First Bank 18 Chatham Corners PO Box 1757 Pittsboro, NC 27312** | | **Parking lot (4.69 acres) at Quarry Hills Golf Course And Country Club; Parcel ID #152131** | | $93,000.00 | $62,432.00 | $30,568.00 |
| **Guy G. Gulick a/k/a Geoff Gulick 4508 Old 421 N. Siler City, NC 27344** | | **Business loan by insider/owner; See attached Exhibit "Sch. F"** | | | | $27,375.00 |
| **Garren G. Gulick 5666 Buckley Woods Trail Snow Camp, NC 27349** | | **Business loan by insider/owner; See attached Exhibit "Sch. F"** | | | | $24,250.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Tri-G Group, LLC**
_____          Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gulick Excavating, Inc.** **9554 Snow Camp Rd** **Snow Camp, NC 27349-9785** | | **Business loan; See attached Exhibit "Sch. F"** | | | | $23,806.00 |
| **Alamance County Tax** **124 West Elm Street** **Graham, NC 27253** | | **2015 Property taxes; Parcel ID #152135** | | | | $13,349.59 |
| **NC Dept of Revenue** **PO Box 1168** **Raleigh, NC 27602** | | **2013-present** | | | | $11,588.79 |
| **Helvey & Associates, Inc.** **1015 E. Center Street** **Warsaw, IN 46580-3420** | | **Collection Account for Duke Energy** | | | | $2,114.10 |
| **Otis Elevator Company** **1 Farm Springs Rd** **Farmington, CT 06032** | | **Professional Services** | | | | $1,468.16 |
| **Dell Financial Services** **PO Box 81577** **Austin, TX 78708-1577** | | **Business credit** | | | | $1,278.00 |
| **Access Receivables Management** **PO Box 1377** **Cockeysville, MD 21030-9998** | | **Collection Account for Time Warner Cable** | | | | $1,022.27 |
| **Town of Swepsonville** **2747 Darrell Newton Dr.** **Graham, NC 27253** | | **Water, Sewer** | | | | $647.81 |
| **Time Warner Cable** **PO Box 70871** **Charlotte, NC 28271-0871** | | **Phone, Cable, Internet** | | | | $548.70 |
| **Revels Turf & Tractor, LLC** **2217 North Main Street** **Fuquay Varina, NC 27526** | | **Trade Debt** | | | | $533.75 |

Debtor    **Tri-G Group, LLC**
_____        Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Helvey & Associates, Inc. 1015 E. Center Street Warsaw, IN 46580-3420** | | **Collection Account for Duke Energy** | | | | **$484.40** |
| **Alamance County Tax 124 West Elm Street Graham, NC 27253** | | **2015 Property taxes; Parcel ID #152131** | | | | **$426.67** |
| **Lowes Companies Inc. 1000 Lowe's Blvd Mooresville, NC 28117-8520** | | **Credit Card Purchases** | | | | **$315.47** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **Tri-G Group, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $   **862,432.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................   $   **720.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $   **863,152.01**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **1,232,976.70**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $   **25,365.05**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   **190,347.05**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b   $   **1,448,688.80**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tri-G Group, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **First Bank, Business Essential Acct.** | | 7969 | $720.01 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $720.01 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Quarry Hills Golf Course & Country Club at 1300 George Bason Road; Parcel ID #152135** | Fee Simple | $0.00 | Liquidation | $800,000.00 |
| 55.2.  **Parking lot (4.69 acres) at Quarry Hills Golf Course And Country Club; Parcel ID #152131** | Fee Simple | Unknown | Tax records | $62,432.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Tri-G Group, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$862,432.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Tri-G Group, LLC**
Name

Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $720.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $862,432.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $720.01 | + 91b. $862,432.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $863,152.01 |

91C *(09/13)*

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| **Tri-G Group, LLC** | ) | **Case No.** _____ |
| | ) | |
| | ) | **DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS** |
| | ) | |
| **Debtor.** | ) | |

I, __Guy G. Gulick__ , the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1.  **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
    Select appropriate exemption amount below:
    ■    Total net value not to exceed $35,000.
    ☐    Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| (a) Total Net Value | $ | **0.00** |
| Total Net Exemption | $ | **0.00** |
| (b) Unused portion of exemption, not to exceed $5,000. | $ | **5,000.00** |
| (This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)). | | |

2.  **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3.  **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| (a) Statutory allowance | $ | 3,500 |
| (b) Amount from 1 (b) above to be used in this paragraph. | $ | |
|    (A part or all of 1 (b) may be used as needed.) | | |
| Total Net Exemption | $ | **0.00** |

4.  **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by debtor or debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

91C *(09/13)*

| | | |
|---|---|---|
| (a) Statutory allowance | $ | 2,000 |
| (b) Amount from 1 (b) above to be used in this paragraph. | | |
| (A part or all of 1 (b) may be used as needed.) | $ | |
| Total Net Exemption | $ | **0.00** |

5.　**PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |
| | | | Total Net Value | **0.00** |

| | | |
|---|---|---|
| (a) Statutory allowance for debtor | $ | 5,000 |
| (b) Statutory allowance for debtor's dependents: __0__ dependents at | | |
| $1,000 each (not to exceed $4,000 total for dependents) | | **0.00** |
| (c) Amount from 1(b) above to be used in this paragraph. | | |
| (A part or all of 1 (b) may be used as needed.) | | |
| Total Net Exemption | | **0.00** |

6.　**LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
**-NONE-**

7.　**PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7).  No limit on value or number of items.)

Description:
**-NONE-**

8.　**DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8).  No limit on number or amount.)

A. $　**-NONE-**　Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B. $　**-NONE-**　Compensation for death of person of whom debtor was dependent for support.
C. $　**-NONE-**　Compensation from private disability policies or annuities.

9.　**INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9).  No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

| Detailed Description | Value |
|---|---|
| **-NONE-** | |

10.　**COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10).  Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs.  This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| Detailed Description | Value |
|---|---|
| **-NONE-** | |

91C *(09/13)*

11.    **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

> **Description:**
> -NONE-

12.    **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12).  No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

> **Description:**
> -NONE-

13.    **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.**  (NCGS 1C-1601(a)(2).  The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(a) Total Net Value of property claimed in paragraph 13.                                        $ _____ 0.00

(b) Total amount available from paragraph 1(b).                                                    $ _____ 5,000.00
(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:

| | | |
|---|---|---|
| Paragraph 3(b) | $ _____ | |
| Paragraph 4(b) | $ _____ | |
| Paragraph 5(c) | $ _____ | |
| Net Balance Available from paragraph 1(b) | $ _____ 5,000.00 | |
| Total Net Exemption | $ _____ | |

14.    **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

> **-NONE-**
> TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                          $ _____ 0.00

15.    **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

> **-NONE-**
> TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                          $ _____ 0.00

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

DATE __**May  4, 2016**_____                          /s/ **Guy G. Gulick**
                                                                    **Guy G. Gulick**
                                                                    Debtor

| Fill in this information to identify the case: |
|---|

Debtor name **Tri-G Group, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Capital Bank NA**<br>Creditor's Name<br><br>**445 S. Main Street**<br>**Burlington, NC 27215**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Quarry Hills Golf Course & Country Club at 1300 George Bason Road;**<br>**Parcel ID #152135** | **$950,000.00** | **$800,000.00** |
| | Describe the lien<br>**Deed of Trust/Assigment of Rents; BK2862, PG579/PG592 (Alamance Cty. Registry)**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**2883** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Capital Bank NA**<br>**2. Keith & Gwen Hoyt** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Dale Swiggett**<br>Creditor's Name<br><br>**5515 Alton Ct**<br>**Mebane, NC 27302-7626**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Nature and extent of property (if any) cannot be determined based on the document filed; Alamance Cty. Registry at BK 3029, at PG 604-612** | $0.00 | Unknown |
| | Describe the lien<br>**Potential Cloud On Title**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Tri-G Group, LLC**
_____        Case number (if know) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **First Bank** | **Describe debtor's property that is subject to a lien** | $93,000.00 | $62,432.00 |
|---|---|---|---|---|

Creditor's Name

**18 Chatham Corners
PO Box 1757
Pittsboro, NC 27312**

Creditor's mailing address

**Parking lot (4.69 acres) at Quarry Hills Golf
Course And Country Club;
Parcel ID #152131**

**Describe the lien**

**Deeds of Trust; BK2971,PG29 & BK3008,
PG407 (Alamance Cty. Registry)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5664**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Keith & Gwen Hoyt** | **Describe debtor's property that is subject to a lien** | $189,976.70 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**1045 Quandary Trail
Graham, NC 27253-9524**

Creditor's mailing address

**Quarry Hills Golf Course & Country Club at
1300 George Bason Road;
Parcel ID #152135**

**Describe the lien**

**Judgment Lien; Promissory Note dated
10/07/2009**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/01/2014**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,232,976.70 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Tri-G Group, LLC**                                   Case number (if know) _____
_____
Name

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alamance County Clerk of Court**<br>**RE: File No. 14-SP-455**<br>**1 Court Square**<br>**Graham, NC 27253-2882** | Line __**2.1**__ | |
| **Alamance County Clerk of Court**<br>**RE: File No. 14-CVS-164**<br>**1 Court Square**<br>**Graham, NC 27253-2882** | Line __**2.4**__ | |
| **Capital Bank**<br>**Alamance Commercial Market**<br>**445 S. Main St.**<br>**Burlington, NC 27215** | Line __**2.1**__ | |
| **Capital Bank NA**<br>**333 Fayetteville Street**<br>**Suite 1490**<br>**Raleigh, NC 27601** | Line __**2.1**__ | |
| **Gwen & Keith Hoyt**<br>**c/o Geoffrey K. Oertel**<br>**3493 Forestdale Dr., Ste. 103**<br>**Burlington, NC 27215** | Line __**2.4**__ | |
| **Keith & Gwen Hoyt**<br>**c/o**<br>**OERTEL, KOONTS & OERTEL, PLLC**<br>**3493 Forestdale Drive, Ste. 103**<br>**Burlington, NC 27215** | Line __**2.4**__ | |
| **Kimberly Elizabeth Lee, Sub. Trustee**<br>**WASLAW, LLC**<br>**PO Box 8088**<br>**Greenville, NC 27835** | Line __**2.1**__ | |
| **Paul A. Fanning, Esq.**<br>**WARD & SMITH, P.A.**<br>**Post Office Box 8088**<br>**Greenville, NC 27835-8088** | Line __**2.1**__ | |
| **Teresa Nixon**<br>**341 N. Main Street**<br>**Troy, NC 27371** | Line __**2.3**__ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Tri-G Group, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alamance County Tax**<br>**124 West Elm Street**<br>**Graham, NC 27253** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $426.67 | $426.67 |
| Date or dates debt was incurred | Basis for the claim:<br>**2015 Property taxes; Parcel ID #152131** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alamance County Tax**<br>**124 West Elm Street**<br>**Graham, NC 27253** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,349.59 | $13,349.59 |
| Date or dates debt was incurred | Basis for the claim:<br>**2015 Property taxes; Parcel ID #152135** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **Tri-G Group, LLC**
_____    Case number _(if known)_ _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** | $0.00 |

**Internal Revenue Service**
**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$11,588.79** | $11,588.79 |

**NC Dept of Revenue**
**PO Box 1168**
**Raleigh, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2013-present**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** | $0.00 |

**Town of Swepsonville**
**2747 Darrell Newton Dr.**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**2109 Crescent Drive, LLC, a**
**North Carolina Limited Liability Company**
**203 Sunset Circle**
**Chapel Hill, NC 27516**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**21st Mortgage Corp.**
**P.O. Box 477**
**Knoxville, TN 37901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address**

**Access Receivables Management**
**PO Box 1377**
**Cockeysville, MD 21030-9998**

Date(s) debt was incurred _____

Last 4 digits of account number __4238__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Collection Account for Time Warner Cable__

Is the claim subject to offset? ■ No ☐ Yes

$1,022.27

---

**3.4** | **Nonpriority creditor's name and mailing address**

**Alex Valentine, Jr. & Linda Valentine**
**835 Rivers Edge Drive**
**Graham, NC 27253**

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Notice Only; Restricted Covenants__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5** | **Nonpriority creditor's name and mailing address**

**American National Bank and Trust Company**
**Successor by merger to MidCarolina Bank**
**3101 South Church Street**
**Burlington, NC 27215**

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Amos L. Fisher**
**2025 Crescent Drive**
**Graham, NC 27253**

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Notice Only; Restricted Covenants__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Andraos N. Nicola**
**204 Windrift Drive**
**Gibsonville, NC 27249**

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Notice Only; Restricted Covenants__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Andrew L. Pryce**
**6404 Glendevon drive**
**Whitsett, NC 27377-9240**

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Ann E. Trollinger**
**1526 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Tri-G Group, LLC**                                           Case number *(if known)* _____
_____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anthony J. Danna & Barbara S. Danna**
**1262 Quandary Lake Lane**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Appalachian Residential Developers, Inc.**
**1919  North Bridge Street**
**Elkin, NC 28621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Arthur K. Chansky**
**1031 Pinehurst Drive**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AT&T Family Federal Credit Union**
**2098 Frontis Plaza Blvd.**
**Winston-Salem, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aubrey Ryan Smith & Lori Shoffner Smith**
**1311 Quandary Lake Lane**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bank of America Home Loans**
**Successor to: Countrywide Home Loans Inc**
**4500 Park Granada**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bank of America, N.A.**
**ATTN: Brian T. Moynihan (or Officer)**
**150 North College St.**
**NC1-028-17-06**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Tri-G Group, LLC**                                                                Case number (if known) _____
                    Name

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bank of North Carolina**
**Successor to: Randolph Bank & Trust Co.**
**ATTN: Officer/Director**
**831 Julian Avenue**
**Thomasville, NC 27360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bayview Loan Servicing, LLC**
**4425 Ponce De Leon**
**5th Floor**
**Coral Gables, FL 33146**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BB&T, as Successor to:**
**Southern National Bank of North Carolina**
**ATTN: Robert E. Greene (or Officer)**
**200 West Second Street**
**Winston Salem, NC 27101-4019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bennie R. Hall**
**302 S. Marshall Street**
**Graham, NC 27253-3324**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Beth Johnson**
**1150 George Bason Rd**
**Graham, NC 27253-8700**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Betty C. Hatch**
**922 Golf House Rd. E**
**Whitsett, NC 27377-9203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Betty R. Wilkinson**
**590 Valverda Street**
**Supply, NC 28462**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**

Name

Case number (if known)

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Branch Banking and Trust Company**
**d/b/a BB&T**
**ATTN: Robert E. Greene (or Officer)**
**200 West Second Street**
**Winston Salem, NC 27101-4019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brenda H. Smith**
**936 Rivers Edge Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian J. Lutman**
**1531 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brian S. Cope**
**824 Rivers Edge Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Britany Marie Mayek**
**1123 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Capital Bank**
**Successor by merger to 1st State Bank**
**445 South Main Street**
**Burlington, NC 27215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Capital Bank NA**
**445 S. Main Street**
**Burlington, NC 27215**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/2009**

Basis for the claim:  **Repossession Deficiency; Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capital Bank, N.A.**
**ATTN: Officer/Director**
**333 Fayetteville St., Suite 700**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carolina Bank**
**ATTN: Officer/Director**
**101 North Spring Street**
**4th Floor**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carolina Home Mortgage, Inc.**
**6118-H Farrington Road**
**Chapel Hill, NC 27514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Dawn Abney**
**2354 Gloucester Court**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathy Kime Rumley**
**635 Natalie Drive**
**Graham, NC 27253-5224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Celeste Webster & Robert L. Webster, Jr.**
**2227 Hickory Run**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles M. Princell & Susan M. Princell**
**2147 Crescent Drive**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor     **Tri-G Group, LLC**                                          Case number (if known) _____
                   Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.38 | **Nonpriority creditor's name and mailing address**

**Charles Russell & Dixie L. Albea Russell**
**2315 NC 54 East**
**Graham, NC 27253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.39 | **Nonpriority creditor's name and mailing address**

**Cheryl Swaney Suggs**
**Revocable Living Trust**
**Dated July 26, 1999**
**1464 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.40 | **Nonpriority creditor's name and mailing address**

**Christopher E. Patterson**
**& Tracey H. Patterson**
**2013 Crescent Drive**
**Graham, NC 27253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.41 | **Nonpriority creditor's name and mailing address**

**Christopher R. Brouillard**
**1334 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.42 | **Nonpriority creditor's name and mailing address**

**Cindy D. Leitch & Joseph F. Leitch II**
**2524 Pinetop Avenue**
**Graham, NC 27253-8554**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.43 | **Nonpriority creditor's name and mailing address**

**CitiMortgage, Inc.**
**1000 Technology Drive**
**O'Fallon, MO 63368-2240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.44 | **Nonpriority creditor's name and mailing address**

**CIVIL PROCESS CLERK**
**UNITED STATES ATTORNEY'S OFFICE**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**101 South Edgeworth Street, 4th Floor**
**Greensboro, NC 27401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Tri-G Group, LLC**                                                Case number (if known) _____
          Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Coastal Federal Credit Union**
**The United States of America**
P.O. Box 58429
Raleigh, NC 27658-8429

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CP Buckner Steel Erection Inc.**
**d/b/a CFB, Inc.**
4732 NC Hwy 54
Graham, NC 27253

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Curtis J. Perry & Patricia A. Perry**
964 Rivers Edge Drive
Graham, NC 27253

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel W. Thomas**
706 Huffman Mill Rd E-7
Burlington, NC 27215

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Danny L. Thompson & Drema S. Thompson**
1546 Bentwood Drive
Graham, NC 27253

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Allen Dodson**
3662 Mount Willen Road
Haw River, NC 27258

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David I. Norris & Tamara H. Norris**
2039 Crescent Drive
Graham, NC 27253

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____    Case number (if known)    _____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dean P. Bedell & Shelia D. Bedell**
**1523 Bentwood Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Deborah Beasley Kinley**
**1541 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Deborah Howsare**
**2034 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Deborah S. Lawrence**
**903 Rivers Edge Dr.**
**Graham, NC 27253-8716**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Debra Campbell Mason, Trustee DCM Trust**
**2239 Hickory Run**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Decision One Mortgage Co., LLC**
**6060 J.A. Jone Drive**
**Ste. 1000**
**Charlotte, NC 28287**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Deere Credit, Inc.**
**6400 NW 86th Street**
**Johnston, IA 50131**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/14/2012**

Last 4 digits of account number _

Basis for the claim:  **Repossession Deficiency; Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.00 |
|---|---|---|---|

**Dell Financial Services**
**PO Box 81577**
**Austin, TX 78708-1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business credit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dennis A. Tate & Song C. Tate**
**2135 Hwy 54 East**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only; Restrictive Covenants

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dennis J. Jones & Laura Baker Jones**
**1434 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only; Restricted Covenants

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Derek J. Allen, Esq.**
**P.O. Box 26000**
**Greensboro, NC 27420**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald C. Efland & Mary Kathryn Efland**
**2204 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only; Restricted Covenants

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas N. Coon & Vickie H. Coon**
**1502 Bentwood Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only; Restrictive Covenants

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duke Energy**
**PO Box 1090**
**Charlotte, NC 28201-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Tri-G Group, LLC**

Name                                                    Case number (if known) _____

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Duke University Federal Credit Union**
**2200 W. Main Street**
**Suite L100**
**Durham, NC 27705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Duncan G. Wallace & Tina M. Wallace**
**1124 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.24 |

**E-Z-GO**
**A Textron Company**
**PO Box 905610**
**Charlotte, NC 28290-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repossession Deficiency; Trade Debt**

Last 4 digits of account number  **6706**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Edmund F. Lapham III & Carolyn L. Lapham**
**2054 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elizabeth Anne Pearson**
**Post Office Box 1065**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Emma H. Ayscue**
**1320 Quandary Lake LN**
**Graham, NC 27253-8526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ernest Harold Ayscue & Emily T. Ayscue**
**1320 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**                                    Case number (if known) _____
                 Name

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.73 | **Nonpriority creditor's name and mailing address**
**Ernest W. Crawford & Foye A. Crawford,**
**Co-Trustees, The Ernest W. Crawford and**
**Foye A. Crawford Revocable Living Trust.**
**2132 Crescent Drive**
**Graham, NC 27253**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

�■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.74 | **Nonpriority creditor's name and mailing address**
**Estate of Edward Macheski**
**1238 Quandary Lake Ln.**
**Graham, NC 27253-9554**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.75 | **Nonpriority creditor's name and mailing address**
**Eul Sik Son &/or Gong Rye Son**
**3908 Lasalk Drive**
**High Point, NC 27265**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.76 | **Nonpriority creditor's name and mailing address**
**Evelyn C. Ball**
**1505 Bentwood Drive**
**Graham, NC 27253**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.77 | **Nonpriority creditor's name and mailing address**
**Fairway Independent Mortgage Corporation**
**6652 Pinecrest Drive, Ste.200**
**Plano, TX 75024**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.78 | **Nonpriority creditor's name and mailing address**
**Federal Deposit Insurance Corporation**
**Division of Resolutions and Receivership**
**1601 Bryan Street**
**Dallas, TX 75201**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.79 | **Nonpriority creditor's name and mailing address**
**Federal National Mortgage Assoc.**
**14221 Dallas Parkway**
**Ste. 1000**
**Dallas, TX 75254**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Tri-G Group, LLC**
_____    Case number (if known) _____
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fidelity Mortgage, Inc.**
**8044 Montgomery Road,**
**Ste. 460**
**Cincinnati, OH 45236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**First Citizens Bank & Trust Comp.**
**ATTN: Officer or Director**
**239 Fayetteville Street**
**Raleigh, NC 27601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**First Financial Services, Inc.**
**334 Holly Hill Lane**
**Burlington, NC 27215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FM Lending Services, LLC**
**1000 St. Albans Drive**
**Ste. 400**
**Raleigh, NC 27609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Frances L. Williams & Roman H. Williams**
**c/o National City Mtg. Co.**
**2124 Crescent Drive**
**Graham, NC 27253**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Franklin American Mortgage Company**
**501 Corporate Centre Drive**
**Ste. 400**
**Franklin, TN 37067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fred Felter & Brenda B. Felter**
**690 Barclay Lane**
**Broomall, PA 19008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.87**

**Nonpriority creditor's name and mailing address**
**Freedom Mortgage Corporation**
**907 Pleasant Valley Ave., Ste. #3**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
**G.T. Blanchard III & Jelene B. Blanchard**
**1507 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Gail R. Murphy**
**1506 Bentwood Drive**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Garren G. Gulick**
**5666 Buckley Woods Trail**
**Snow Camp, NC 27349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$24,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan by insider/owner; See attached Exhibit "Sch. F"**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Gateway Mortgage, Inc.**
**2235 Gateway Access Point**
**Ste. 300**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Gay Euliss Foley**
**1230 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**
**George R Davis, Sr. & Patricia Davis**
**1330 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**

Case number *(if known)*

Name

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George S. Bason Jr.**
**623 Meadowood Drive**
**Burlington, NC 27215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George S. Sims & Adrian Phillips Sims**
**149 Carden Place Apt. B**
**Mebane, NC 27302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George W. Ackley III & Cheryl A. Ackley**
**2205 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gerald D. Collins & Brenda T. Collins**
**2102 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glenda K. Lowe**
**2205 Hickory Run**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glenn D. Dodson, Jr. & Laura M. Dodson**
**825 Rivers Edge Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GMAC Mortgage Corporation**
**100 Witmer Road**
**Horsham, PA 19044-0963**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____
Name                                                    Case number (if known) _____

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gordon H. Oliver & Cynthia B. Oliver**
**1538 George Bason Road**
**Graham, NC 27253**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Guaranteed Rate, Inc.**
**3940 N. Ravenswood**
**Chicago, IL 60613**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,806.00 |

**Gulick Excavating, Inc.**
**9554 Snow Camp Rd**
**Snow Camp, NC 27349-9785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business loan; See attached Exhibit "Sch. F"**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,375.00 |

**Guy G. Gulick a/k/a Geoff Gulick**
**4508 Old 421 N.**
**Siler City, NC 27344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business loan by insider/owner; See attached Exhibit "Sch. F"**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,350.00 |

**Guy S. Gulick**
**9554 Snow Camp Road**
**Snow Camp, NC 27349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business loan by insider/owner; See attached Exhibit "Sch. F"**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**H. Douglas Satterfield, Jr.**
**2918 Highland Circle**
**Shelby, NC 28150**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Hall Premiere Properties III, LLC**
**348 Marker 55**
**Supply, NC 28462**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____    Case number _(if known)_ _____
         Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Hamilton Group Funding, Inc.**
**13650 NW 8th Street**
**Ste. 109**
**Sunrise, FL 33325**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Harold D. Gross & Georgie C. Gross**
**2149 S. NC 54 Hwy**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,114.10 |

**Helvey & Associates, Inc.**
**1015 E. Center Street**
**Warsaw, IN 46580-3420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1507**

Basis for the claim:  **Collection Account for Duke Energy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $484.40 |

**Helvey & Associates, Inc.**
**1015 E. Center Street**
**Warsaw, IN 46580-3420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7922**

Basis for the claim:  **Collection Account for Duke Energy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $83.64 |

**Helvey & Associates, Inc.**
**1015 E. Center Street**
**Warsaw, IN 46580-3420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3927**

Basis for the claim:  **Collection Account for Duke Energy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Hickory Run Condominium Corporation**
**ATTN: Bill Price, Registered Agent**
**111 Ann Elizabeth Drive**
**Burlington, NC 27215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Homecomings Financial Network, Inc.**
**2101 Rexford, Suite 168W**
**Charlotte, NC 28211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Tri-G Group, LLC**                                      Case number *(if known)* _____
_____
   Name

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Howard M. Malinski & Mary Lee Malinski**
**1446 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**HUTCHENS LAW FIRM**
**105 Commerce Avenue**
**Southern Pines, NC 28387**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ingeborg Warschkow**
**1255 George Bason Road**
**Graham, NC 27253-8501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Interchange Technologies Intern'l, LLC**
**c/o Anthony J. D'Anna, Reg. Agent**
**1262 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**J. Ralph Pike**
**2045 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jacob E. Hensley & Leah Hensley**
**2222 Hickory Run - Unit 9**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Alan Bowes**
**1123 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tri-G Group, LLC**                                    Case number *(if known)* _____
      Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James D. Shanks & Kimberly D. Rich**
**1315 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James E. Morrah Jr.**
**1506 Bentwood Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James H. Johnson, Esq.**
**106-B South MAple Street**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James K. Pruitt & E. Jean Pruitt**
**1138 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Michael Ellis**
**513 Chesapian Trail**
**Virginia Beach, VA 23452**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James or Jamie Goodson**
**2004 Carriage Way**
**Summerville, SC 29485-6231**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James or Jimmy Goodson**
**434 Peace Rollins CT**
**Kernersville, NC 27284-7091**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____    Case number *(if known)* _____
      Name

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James R. Bachich & Jennifer M. Bachich**
**849 Rivers Edge Drive**
**Graham, NC 27253**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James R. McAdams & Linda S. McAdams**
**1146 George Bason Road**
**Graham, NC 27253**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James West & Michelle West**
**2010 Crescent Drive**
**Graham, NC 27253**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Janet D. Nave**
**2039 Crescent Drive**
**Graham, NC 27253-8521**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Janet Rhyne Andrews**
**& Dennis Gilmore Andrews**
**2117 Crescent Drive**
**Graham, NC 27253**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffery D. Holmes & Melissa H. Holmes**
**1326 George Bason Road**
**Graham, NC 27253**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffrey D. Hall & Paula S. Hall**
**1274 Quandary Lake Lane**
**Graham, NC 27253**

&#9632; Contingent
&#9632; Unliquidated
&#9632; Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? &#9632; No &#9633; Yes

---

Debtor    **Tri-G Group, LLC**                                         Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** |

**3.136**

**Nonpriority creditor's name and mailing address**
**Jerry T. Livers & Brenda H. Livers**
**1072 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137**

**Nonpriority creditor's name and mailing address**
**Jess T. Patterson & Anne F. Patterson**
**4201 Friendship Patterson Mill Road**
**Burlington, NC 27215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Jo Ann Latham**
**2157 NC 54**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139**

**Nonpriority creditor's name and mailing address**
**John Benjamin Wolverton, Jr.**
**& Claire Watson Wolverton**
**1501 Bentwood Drive**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140**

**Nonpriority creditor's name and mailing address**
**John H. Keck & Ruth H. Keck**
**2455 S. NC 87**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141**

**Nonpriority creditor's name and mailing address**
**John M. Behnke & Martha C. Behnke**
**1015 Quandry Trail**
**Graham, NC 27253-9524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Joseph Edward Sickles II**
**2305 Morehead Avenue**
**Durham, NC 27707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tri-G Group, LLC**
_____   Case number (if known) _____
　　　　　Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.143** Nonpriority creditor's name and mailing address
**Joseph L. Vincent & Coleen C. Vincent**
**1204 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address
**JPMorgan Chase Bank, N.A.**
**1111 Polaris Parkway**
**Floor 4 J**
**Columbus, OH 43240**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address
**Julie Patton**
**2269 Hickory Run 18**
**Graham, NC 27253-8592**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address
**June M. Young, Trustee of**
**The June M. Young Trust, dated**
**June 13, 2008.**
**1306 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address
**Katherine Jane Ferrell**
**PO Box 106**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address
**Kay G. McMullan**
**818 Rivers Edge Drive**
**Graham, NC 27253-8706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** Nonpriority creditor's name and mailing address
**Kenneth A. Williams & Cheryl P. Williams**
**1088 Knollridge Road**
**Burlington, NC 27217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**

Case number *(if known)* _____

Name

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

**Kenneth L. Harman & Lois E. Harman**
**1532 Bentwood Drive**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |

**Laura Ellis, Free Trader**
**1511 Brent Drive**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**Laura Swift**
**1303 Quandary Lake Lane**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Lisa J. Mooneyham**
**1228 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**Local Government Federal Credit Union**
**P.O. Drawer 25279**
**Raleigh, NC 27611-5279**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**LORETTA E. LYNCH**
**ATTORNEY GENERAL OF THE UNITED**
**STATES**
**U.S. DEPARTMENT OF JUSTICE**
**950 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**Lowes Companies Inc.**
**1000 Lowe's Blvd**
**Mooresville, NC 28117-8520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$315.47

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**                                             Case number (if known) _____
_____
              Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mann Properties Limited Partnership,**
**a NC Limited Partnership**
**1300 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marilyn S. Savery & Rex T. Savery, Jr.**
**2240 Hickory Run**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark Alan Sample II**
**2354 Gloucester Court**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark Alvis Rumley**
**1504 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark E. Rava & Beth A. Rava**
**1331 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark H. Mitchell**
**1549 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Martha Phyllis Ford**
**1238 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restricted Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tri-G Group, LLC**

       Name

Case number *(if known)* _____

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marvin Ray McIntryre & Patricia McIntrye Trustees of McIntryre Family Irrevoc. Trust Agreement Dated November 5, 2012**
**1514 George Bason Road**
**Graham, NC 27253-8504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Ann Lake, Surviving Trustee of the Charles E. Lake & Mary A. Lake Revocable Living Trust dated Oct. 18, 2002.**
**2218 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maverick Funding Corporation**
**66 Painters Mill Road**
**Ste. 202**
**Owings Mills, MD 21117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MB Financial Bank, NA**
**Successor by merger to: Cole Taylor Bank**
**ATTN: Officer/Director**
**9550 W Higgins Rd.**
**Rosemont, IL 60018-4906**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mebane Lumber Building Supply Inc.**
**7401 US Hwy 70**
**PO Box 160**
**Mebane, NC 27302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restricted Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melvin C. Ragsdale**
**1249 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael G. Gumula & Patricia S. Gumula**
**2127 Crescent Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____    Case number (if known) _____
Name

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael H Zumbrunnen III
& Connie K Zumbrunnen
1319 Quandary Lake Lane
Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michaelene Ann Moore
922 E. Golf House Road
Whitsett, NC 27377**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michal Wentland & Brenda Wentland
1110 George Bason Road
Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mike G. Gumula & Patricia S. Gumula
2127 Crescent Dr.
Graham, NC 27253-8523**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Milton R. Petway & Linda H. Petway
1428 George Bason Road
Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,375.00 |

**Monty Corron
3221 Boywood Road
Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan by insider/owner; See attached Exhibit "Sch. F"**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mortgage Electronic Registration Systems
Incorporated (d/b/a "MERS")
P.O. Box 2026
Flint, MI 48501-2026**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Movement Mortgage LLC**
**841 Seahawk Circle**
**Virginia Beach, VA 23452**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Myles S. Beaman & Carolyn M. Beaman**
**1521 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathan R. Hoffecker & Heather Hoffecker**
**1535 Bentwood Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**National City Golf Finance**
**995 Dalton Ave.**
**Cincinnati, OH 45203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Repossession Deficiency; Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nationstar Mortgage, LLC**
**PO Box 619096**
**Dallas, TX 75261-9741**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Navy Federal Credit Union**
**ATTN: Officer or Director**
**820 Follin Ln SE**
**Vienna, VA 22180**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nels Paul Lawrence**
**903 Rivers Edge Drive**
**Graham, NC 27253-8716**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only; Restrictive Covenants__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tri-G Group, LLC**                                        Case number (if known) _____
          Name

| | |
|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** |

**3.185**

**Nonpriority creditor's name and mailing address**
**New Penn Financial, LLC**
**8801 J.M. Keynes Dr., Ste. 365**
**Charlotte, NC 28262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**
**NewBridge Bank**
**ATTN: Officer/Director**
**1501 Highwoods Boulevard, Suite 400**
**Greensboro, NC 27410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Newton's Fire and Safety**
**PO Box 13**
**2724 Darrell Newton Dr.**
**Swepsonville, NC 27359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $54.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Norman E. Mize**
**1071 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.189**

**Nonpriority creditor's name and mailing address**
**North Carolina Housing Finance Agency**
**ATTN: Servicing Dept.**
**P.O. Box 28066**
**Raleigh, NC 27611-8066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**
**North State Bank Mortgage**
**4270 The Circle North Hills**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Nova Construction Inc.**
**Lot 17 out 2241/516 - Now PN 151390**
**109 Aurora Lane**
**Goldsboro, NC 27530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**                                     Case number (if known) _____
               Name

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**NYCB Mortgage Company, LLC**
**1801 East Ninth Street**
**Ste. 200**
**Cleveland, OH 44114**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ocwen Loan Servicing, LLC**
**c/o Corporate Serv. Company, Reg. Agent**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ocwen Mortgage Servicing, Inc.**
**ATTN: Corporate Serv. Company,**
**Reg. Agent**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,468.16 |

**Otis Elevator Company**
**1 Farm Springs Rd**
**Farmington, CT 06032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Patricia Ann Lorenz**
**PO Box 23**
**Wise, NC 27594**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Phyllis Ford**
**1238 Quandary Lake Ln**
**Graham, NC 27253-9554**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**PNC Bank, National Assoc.**
**ATTN: Officer/Director**
**222 Delaware Avenue**
**Wilmington, DE 19899**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**                                                   Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

3.199

**PNC Eqipment Finance**
**995 Dalton Ave.**
**Cincinnati, OH 45203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repossession Deficiency; Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

3.200

**Price Holdings, Limited Partner**
**(A North Carolina Limited Partnership)**
**PO Box 730**
**Morehead City, NC 28557**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

3.201

**Principal Residential Mortgage, Inc.**
**7601 Office Plaza Drive**
**#125**
**West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

3.202

**Proponent Federal Credit Union**
**536 Washington Avenue**
**Nutley, NJ 07110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

3.203

**PSNC Energy**
**PO Box 100256**
**Columbia, SC 29202-3256**

Date(s) debt was incurred _

Last 4 digits of account number  **7475**

As of the petition filing date, the claim is: Check all that apply.    **$277.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

3.204

**Quicken Loans, Inc.**
**1050 Woodward Ave.**
**Detroit, MI 48226-1906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

3.205

**Ralph A. Wadlinger**
**1541 Bentwood Drive**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Tri-G Group, LLC**

Case number *(if known)* _____

Name

| | |
|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Ralph E. Lawrence**
**1521 Bentwood Drive**
**Graham, NC 27253**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.207 |

**Nonpriority creditor's name and mailing address**

**Ralph L. Taylor, III**
**1517 Bentwood Drive**
**Graham, NC 27253**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.208 |

**Nonpriority creditor's name and mailing address**

**Randy Thomas James & Laura Michaud**
**James**
**1467 George Bason Road**
**Graham, NC 27253**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.209 |

**Nonpriority creditor's name and mailing address**

**Rayco Utilities Inc.**
**c/o Global Tax Management Inc.**
**202 Mackenan Drive**
**Cary, NC 27511**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.210 |

**Nonpriority creditor's name and mailing address**

**Rebecca A. Pryce**
**952 Rivers Edge Dr.**
**Graham, NC 27253-8716**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.211 |

**Nonpriority creditor's name and mailing address**

**Regions Bank**
**ATTN: Officer/Director**
**1900 Fifth Avenue North**
**Birmingham, AL 35203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.212 |

**Nonpriority creditor's name and mailing address**

**Revels Turf & Tractor, LLC**
**2217 North Main Street**
**Fuquay Varina, NC 27526**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$533.75

---

Debtor  **Tri-G Group, LLC**
_____     Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.213 **Nonpriority creditor's name and mailing address**

**Richard A. Szilvay & Liz Magdeleine Szilvay**
**952 Rivers Edge Drive**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.214 **Nonpriority creditor's name and mailing address**

**Richard H. Hatch**
**922 Golf House Road E**
**Whitsett, NC 27377-9203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.215 **Nonpriority creditor's name and mailing address**

**Richard W. Cassler & Heidi G. Cassler**
**809 Rivers Edge Drive**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.216 **Nonpriority creditor's name and mailing address**

**Rick McKirgan & Nita McKirgan**
**864 Rivers Edge Drive**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.217 **Nonpriority creditor's name and mailing address**

**Robert A. Jarrett & Patricia Jarrett**
**1501 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.218 **Nonpriority creditor's name and mailing address**

**Robert Allen Smith & Dana Tatum Smith**
**1037 Quandary Lake Lane**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.219 **Nonpriority creditor's name and mailing address**

**Robert Edward Hunter & Carrie Rae Hunter**
**2251 Hickory Run**
**Graham, NC 27253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Tri-G Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert G. Drumwright**
**211 East Elm Street**
**Graham, NC 27253**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert J. Everett & Barbara B. Everett**
**1325 Quandary Lake Lane**
**Graham, NC 27253**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert O. Robinson Jr.**
**& Patricia Andrews Robinson**
**1529 Bentwood Drive**
**Graham, NC 27253**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert S. Justice**
**517 E. Washington St.**
**Rockingham, NC 28379**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roger D. Boley & Cynthia W. Boley**
**1500 Bentwood Drive**
**Graham, NC 27253**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rolla C. Brown**
**2046 Crescent Drive**
**Graham, NC 27253**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronald Carter & Linda Carter**
**1323 Quandary Lake Lane**
**Graham, NC 27253**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____    Case number (if known) _____
Name

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ronald J. Witherby & Lois A. Witherby**
**2114 Crescent Drive**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ronald Lee Norton**
**2121 NC Highway 54**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ronald W. Sorrell & Brenda L. Sorrell**
**970 Rivers Edge Drive**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Russell E. Johnson & Beth A. Johnson**
**1150 George Bason Road**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ruth C. Younts**
**1409 George Bason Rd.**
**Graham, NC 27253-8503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sandra Bason**
**623 Meadowood Dr.**
**Burlington, NC 27215-4680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sean Pope & Krista B. Pope**
**1241 Quandary Lake Lane**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor  **Tri-G Group, LLC**
_____
Name

Case number *(if known)* _____

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Secretary of Housing and Urban Dev.**
**451 Seventh Street SW**
**Washington, DC 20410**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Seterus, Inc.**
**Attn: Bankruptcy Department**
**PO Box 2206**
**Grand Rapids, MI 49501-2206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Shelby J. Bush**
**2234 Hickory Run**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Shelby L. Hatfield & Niwanna G. Hatfield**
**1548 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SN Servicing Corporation**
**ATTN: Corporation Service Company,**
**327 Hillsborough Street**
**Raleigh, NC 27603-1725**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Stanley W. Morgan & Pat L. Morgan**
**1348 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**State Employees' Credit Union**
**ATTN: Officer/Director**
**3101 Wake Forest Road**
**Raleigh, NC 27609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.241** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

**SunTrust Banks, Inc.**
**ATTN: Raymond D. Fortin,**
**or other Managing Officer**
**303 Peachtree Street, NE, [GA-ATL-0645]**
**Atlanta, GA 30308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.242** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

**Susan M. Princell & Charles M. Princell**
**2147 Crescent Drive**
**Graham, NC 27253-8523**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.243** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **$276.00**

**T&S Fire And Security, Inc.**
**3025 Randleman Road**
**Greensboro, NC 27406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **A011**

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.244** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

**Taylor, Bean & Whitaker Mortgage Corp.**
**1417 North Magnolia Ave.**
**Ocala, FL 34475**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.245** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

**TCF Equipment Finance**
**11100 Wayzata Blvd.**
**Suite 801**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Repossession Deficiency; Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.246** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

**Tel G. Fehlhafer**
**1303 Quandary Lake Lane**
**Graham, NC 27253**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.247** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

**Teresa T. Haskins**
**203 Sunset Creek Drive**
**Chapel Hill, NC 27516-4650**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.248 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Terry Glascock & Tammy Glascock**
**1538 Bentwood Drive**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.249 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Textron Financial Corp.**
**11575 Great Oaks Way #210**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Repossession Deficiency; Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.250 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**The Fidelity Bank**
**ATTN: Mary W. Willis, Reg. Agent**
**PO Box 8**
**Fuquay Varina, NC 27526-0008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.251 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Thomas N. Glenn Jr & Linda W. Glenn**
**1132 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.252 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Time Transportation & Leasing, Inc.**
**209 Sand Bar Ferry Road**
**Augusta, GA 30901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Repossession Deficiency; Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.253 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **$548.70**

**Time Warner Cable**
**PO Box 70871**
**Charlotte, NC 28271-0871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __**2001**__

Basis for the claim: **Phone, Cable, Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.254 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Tommy L. Loy & Shelia M. Loy**
**1116 George Bason Road**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Town of Swepsonville**
2747 Darrell Newton Dr.
Graham, NC 27253

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nuisance abatement (mowed grass);**
**Parcel ID #152135**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.256 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. **$647.81**

**Town of Swepsonville**
2747 Darrell Newton Dr.
Graham, NC 27253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Water, Sewer**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.257 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. **$0.00**

**Town of Swepsonville**
Post Office Box 282
Swepsonville, NC 27359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.258 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. **$0.00**

**TRSTE, Inc.**
c/o The Prentice-Hall Corporation Sys.,
as Registered Agent
327 Hillsborough Street
Raleigh, NC 27603-1725

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.259 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. **$0.00**

**Truliant Federal Credit Union**
P.O. Box 26000
Winston-Salem, NC 27114-6000

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.260 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. **$0.00**

**U. Dean Hall**
348 Marker Fifty Five Drive
Supply, NC 28462-1808

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.261 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. **$0.00**

**U.S. Bank National Association**
ATTN: Officer or Director
425 Walnut Street
Cincinnati, OH 45202

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Tri-G Group, LLC** _____     Case number (if known) _____
　　　　Name

| | |
|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Union Mortgage Group, Inc.**
**f/d/b/a Mortgage Capital Investors, Inc.**
**ATTN: J.G. Carter (or Officer/Director)**
**4355 Innslake Drive, Suite 350**
**Glen Allen, VA 23060-9804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** |

**USAA Federal Savings Bank**
**ATTN: Officer/Director**
**10750 McDermott Freeway**
**San Antonio, TX 78288-0544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** |

**Vander Earl Brogden Jr.**
**600 Gantwood Lane**
**Whitsett, NC 27377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** |

**Vassar C. Matthews Jr. & Jessie Matthews**
**1458 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** |

**Verneil M. Jackson**
**1212 George Bason Road**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** |

**Victoria C. Frye**
**2025 Crescent Drive**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** |

**Virginia Gail Miller**
**2201 Hickory Run**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  　　　　$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tri-G Group, LLC**                                                                    Case number (if known) _____
         _____
         Name

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wade L. Headen & Jacquline E. Headen**
**2219 Crescent Drive**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wells Fargo Bank, N.A.**
**ATTN: Patricia A. Ruedenberg,**
**Asst. Secretary (or Officer/Director)**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wendy Taylor**
**821 Sherri Dr.**
**Haw River, NC 27258-9651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**William F. Marshall III**
**105 Treadwell Court**
**Cary, NC 27213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**William H. Ritter, in his capacity as**
**Trustee of the Ritter Family Trust.**
**1217 Henry Street**
**Yadkinville, NC 27055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Windsor Investments, LLC**
**A NC Limited Liability Partnership**
**PO Box 9147**
**Greensboro, NC 27429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wyndham Capital Mortgage, Inc.**
**6115 Park South Drive**
**#200**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yadkin Bank**
**Successor to: VantageSouth Bank**
**ATTN: Officer/Director**
**325 East Front St.**
**Statesville, NC 28677**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yvonne King**
**2538 Pinetop Avenue**
**Graham, NC 27253**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only; Restrictive Covenants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **2109 Crescent Drive, LLC, a**<br>**North Carolina Limited Liability Company**<br>**2109 Crescent Drive**<br>**Graham, NC 27253** | Line **3.1**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **American National Bank and Trust Company**<br>**Successor by merger to MidCarolina Bank**<br>**ATTN: Officer/Director**<br>**628 Main Street**<br>**Danville, VA 24541** | Line **3.5**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **American National Bank and Trust Company**<br>**Mebane Office**<br>**1107 South Fifth Street**<br>**Mebane, NC 27302** | Line **3.5**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **American National Bank and Trust Company**<br>**Successor by merger to MidCarolina Bank**<br>**ATTN: Jeffery V. Haley, Reg. Agent**<br>**173 Main Street**<br>**Yanceyville, NC 27379** | Line **3.5**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Andraos N. Nicola**<br>**1228 Quandary Lake Ln**<br>**Graham, NC 27253** | Line **3.7**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Andrew L. Pryce**<br>**952 Rivers Edge Drive**<br>**Graham, NC 27253-8716** | Line **3.8**<br>☐ Not listed. Explain ___ | _ |
| 4.7 | **Anne F. Kirkpatrick**<br>**4201 Friendship Patterson Mill Road**<br>**Burlington, NC 27215** | Line **3.137**<br>☐ Not listed. Explain ___ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tri-G Group, LLC**
_____    Case number (if known) _____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Anne F. Kirkpatrick**<br>**2210 Hickory Run**<br>**Graham, NC 27253** | Line **3.137**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Bagwell Holt Smith PA**<br>**400 Market Street, Ste. 103**<br>**Chapel Hill, NC 27516** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Bank of America**<br>**Consumer Bankruptcy**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27410** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Bank of America Home Loans**<br>**Customer Service**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062-5170** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Bank of America Home Loans**<br>**Successor to: Countrywide Home Loans Inc**<br>**c/o Bank of America, NA**<br>**150 N. College Street; NC1-028-17-06**<br>**Charlotte, NC 28202-2271** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Bank of America Home Loans**<br>**Successor to Countrywide Home Loans, Inc**<br>**P.O. Box 10423**<br>**Van Nuys, CA 91499** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Bank of America, N.A.**<br>**101 North Tryon Street**<br>**Charlotte, NC 28255** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Bank of North Carolina**<br>**Successor to: Randolph Bank & Trust Co.**<br>**ATTN: Richard D. Calcutt II, Reg. Agent**<br>**3980 Premier Dr., Ste 210**<br>**High Point, NC 27265** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Barbara S. D'Anna**<br>**1262 Quandary Lake Lane**<br>**Graham, NC 27253-9554** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Bateman, Oertel & Koonts, PLLC**<br>**c/o 21st Mortgage Corp.**<br>**P.O. Box 477**<br>**Knoxville, TN 37901** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Bateman, Oertel & Koonts, PLLC**<br>**c/o Taylor Bean & Whitaker Mortgage Corp**<br>**1417 Magnolia Ave.**<br>**Ocala, FL 34475** | Line **3.244**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **BB&T**<br>**Service Center**<br>**PO Box 698**<br>**Wilson, NC 27894-0698** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **BB&T**<br>**PO Box 819**<br>**Wilson, NC 27894-0819** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **BB&T**<br>**Special Assets-Retail Foreclosure**<br>**Mail Code- 100-500-01-52**<br>**2713 Forest Hill Rd**<br>**Wilson, NC 27893** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **BB&T Collateral Service Corporation**<br>**P.O. Box 1290**<br>**Whiteville, NC 28472** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Beth Johnson**<br>**1146 George Bason Rd**<br>**Graham, NC 27253-8700** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Betty C. Hatch**<br>**2150 Crescent Dr.**<br>**Graham, NC 27253-8522** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Branch Banking and Trust Company**<br>**d/b/a BB&T**<br>**223 West Nash Street**<br>**Wilson, NC 27893** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Brock & Scott PLLC**<br>**5431 Oleander Dr**<br>**Wilmington, NC 28403** | Line __3.57__<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Capital Bank**<br>**Successor by merger to 1st State Bank**<br>**4901 Glenwood Ave.**<br>**Raleigh, NC 27612** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Capital Bank**<br>**Successor by merger to 1st State Bank**<br>**ATTN: Officer/Director**<br>**PO Box 18949**<br>**Raleigh, NC 27619-8949** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Capital Bank**<br>**Successor by merger to 1st State Bank**<br>**ATTN: Officer/Director**<br>**333 Fayetteville St., Suite 700**<br>**Raleigh, NC 27601** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Capital Bank, N.A.**<br>**ATTN: Officer or Director**<br>**2 South Salisbury Street**<br>**Raleigh, NC 27601** | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Capital Bank, N.A.**<br>**South Church Street Branch**<br>**3466 S. Church Street**<br>**Burlington, NC 27215** | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.32 **Carolina Home Mortgage, Inc.**<br>**ATTN: Officer or Director (Legal)**<br>**1506 E Franklin St, Ste. 201**<br>**Chapel Hill, NC 27514** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **Carolyn M. Beaman**<br>**1521 George Bason Road**<br>**Graham, NC 27253-8504** | Line **3.179**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 **CB Services Corporation**<br>**c/o  NC Secretary of State, Reg. Agent**<br>**2 South Salisbury Street**<br>**Raleigh, NC 27601** | Line **3.198**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 **CB Trustee, LLC**<br>**Post Office Box 18949**<br>**Raleigh, NC 27612** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 **Central Carolina Bank & Trust Co.**<br>**or Successor(s) In Interest**<br>**P.O. Box 931**<br>**Durham, NC 27702** | Line **3.241**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 **Central Carolina Bank, a division of**<br>**National Bank of Commerce, Memphis, TN**<br>**or Successor(s) In Interest**<br>**Box 30063**<br>**Durham, NC 27702** | Line **3.241**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 **CitiMortgage, Inc.**<br>**c/o Verdugo Trustee Service Corporation**<br>**14700 Citicorp Drive**<br>**Hagerstown, MD 21740** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 **CitiMortgage, Inc.**<br>**c/o Verdugo Trustee Service Corporation**<br>**PO Box 30509**<br>**Tampa, FL 33631** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 **Clement and Wheatley,**<br>**A Professional Corporation**<br>**549 Main Street**<br>**Post Office Box 8200**<br>**Danville, VA 24541** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 **Coastal Federal Credit Union**<br>**ATTN: Payments**<br>**P.O. Box 10009**<br>**Irmo, SC 29063-5009** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 **Coastal Federal Credit Union**<br>**ATTN: Legal**<br>**1000 Saint Albans Drive, Ste. 200**<br>**Raleigh, NC 27609** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 **Coastal Federal Credit Union**<br>**ATTN: Officer or Director**<br>**P.O. Box 99167**<br>**Raleigh, NC 27624-9167** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.44 **Cole Taylor Bank**<br>**Or Successor(s) in Interest**<br>**2350 Green Road, Ste. 100**<br>**Ann Arbor, MI 48105** | Line **3.167**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 **Cole Taylor Bank**<br>**Or Successor(s) in Interest**<br>**ATTN: Officer/Director**<br>**9550 W Higgins Rd.**<br>**Des Plaines, IL 60018-4906** | Line **3.167**<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 **Commonwealth Real Estate Info Services**<br>**100 Beacham Drive**<br>**Pittsburgh, PA 15205** | Line **3.166**<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 **Constance R. Stienstra**<br>**c/o JPMorgan Chase Bank, N.A.**<br>**1111 Polaris Parkway**<br>**Floor 4 J**<br>**Columbus, OH 43240** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 **County of Alamance**<br>**Office of the Tax Administrator**<br>**124 W. Elm Street**<br>**Graham, NC 27253-2802** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 **CP Buckner Steel Erection Inc.**<br>**d/b/a CFB, Inc.**<br>**1338 George Bason Road**<br>**Graham, NC 27253** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 **CU079448**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 **Cynthia Trinidad Mitchell**<br>**1549 George Bason Road**<br>**Graham, NC 27253** | Line **3.162**<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 **Daniel D. Hornfeck**<br>**101 North Spring Street**<br>**Greensboro, NC 27401** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 **Daniel Martin Ellison**<br>**Post Office Box 25005**<br>**Durham, NC 27701** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 **Daniel W. Thomas**<br>**1352 George Bason Road**<br>**Graham, NC 27253** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 **David Allen Dodson**<br>**2221 Hickory Run**<br>**Graham, NC 27253** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Tri-G Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.56 | **David E. Royal**<br>**PO Box 8**<br>**Fuquay Varina, NC 27526** | Line **3.250**<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 | **David Reid Dorsett**<br>**2209 Hickory Run**<br>**Graham, NC 27253** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.58 | **David Reid Dorsett**<br>**Post Office Box 1065**<br>**Graham, NC 27253** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 | **Deborah R. Ellis**<br>**513 Chesapian Trail**<br>**Virginia Beach, VA 23452** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 | **Deborah R. Ellis**<br>**1224 George Bason Road**<br>**Graham, NC 27253** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 | **Deborah S. Lawrence**<br>**3148 Wagoner Ln.**<br>**Graham, NC 27253-9231** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 | **Decision One Mortgage Co., LLC**<br>**c/o Brock, Scott & Ingersoll**<br>**501-B Adams Farm Lane**<br>**Greensboro, NC 27407** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.63 | **Dell Business Credit**<br>**Payment Processing Center**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 | **E-Z-GO A Textron Company**<br>**26007 Network Place**<br>**Chicago, IL 60673-1260** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 | **Elizabeth Anne Pearson**<br>**2209 Hickory Run**<br>**Graham, NC 27253** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 | **Ernest Crawford**<br>**705 Windsor St., Unit 70**<br>**Burlington, NC 27217-6055** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 | **Ernest Crawford**<br>**4900 NC Highway 54W**<br>**Chapel Hill, NC 27516-8296** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | **Ernest Crawford**<br>**4917 NC Highway 54W**<br>**Chapel Hill, NC 27516-8297** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.69 **Ernest Crawford**<br>**3201 Farmington Dr.**<br>**Greensboro, NC 27407-5703** | Line __3.73__<br><br>☐ Not listed. Explain ____ | _ |
| 4.70 **Ernest Crawford**<br>**704 Kilby St.**<br>**Burlington, NC 27215-6530** | Line __3.73__<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 **Ernest Crawford & Foy Crawford**<br>**2132 Crescent Dr.**<br>**Graham, NC 27253-6055** | Line __3.73__<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 **Estate of Anthony D'Anna**<br>**1262 Quandary Lake Lane**<br>**Graham, NC 27253-9554** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 **Estate of Claire Watson Wolverton**<br>**1501 Bentwood Drive**<br>**Graham, NC 27253-9640** | Line __3.139__<br><br>☐ Not listed. Explain ____ | _ |
| 4.74 **Estate of Edward Macheski**<br>**c/o Anne Macheski**<br>**8 Rose Ct. W 8**<br>**Great Barrington, MA 01230-9740** | Line __3.74__<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 **Estate of Edward Macheski**<br>**c/o Benoit E. Maison**<br>**11 Lake St. Apt 4F**<br>**White Plains, NY 10603-3820** | Line __3.74__<br><br>☐ Not listed. Explain ____ | _ |
| 4.76 **Estate of Edward Macheski**<br>**c/o Victoria A. Macheski**<br>**51 Rigor Hill Rd.**<br>**Chatham, NY 12037-2025** | Line __3.74__<br><br>☐ Not listed. Explain ____ | _ |
| 4.77 **Estate of Fern L. Pike**<br>**a/k/a Virginia Fern Pike**<br>**2045 Crescent Drive**<br>**Graham, NC 27253** | Line __3.119__<br><br>☐ Not listed. Explain ____ | _ |
| 4.78 **Estate of Jean Pruitt**<br>**1138 George Bason Road**<br>**Graham, NC 27253-8700** | Line __3.125__<br><br>☐ Not listed. Explain ____ | _ |
| 4.79 **Estate of Lester G. Younts**<br>**1409 George Bason Rd.**<br>**Graham, NC 27253-8503** | Line __3.231__<br><br>☐ Not listed. Explain ____ | _ |
| 4.80 **Estate of Margaret Mary Lawrence**<br>**1521 Bentwood Drive**<br>**Graham, NC 27253** | Line __3.206__<br><br>☐ Not listed. Explain ____ | _ |
| 4.81 **Estate of Ralph Theodore Ball, Jr.**<br>**1505 Bentwood Drive**<br>**Graham, NC 27253** | Line __3.76__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.82 | **Estate of Robert John McMullan**<br>**818 Rivers Edge Drive**<br>**Graham, NC 27253-8706** | Line **3.148**<br><br>☐ Not listed. Explain ____ | _ |
| 4.83 | **Estate of William H. Ritter**<br>**2022 Crescent Drive**<br>**Graham, NC 27253-9548** | Line **3.273**<br><br>☐ Not listed. Explain ____ | _ |
| 4.84 | **Estate of: Harvey Leonard Latham**<br>**2157 NC 54**<br>**Graham, NC 27253** | Line **3.138**<br><br>☐ Not listed. Explain ____ | _ |
| 4.85 | **Eul Sik Son &/or Gong Rye Son**<br>**841 Rivers Edge Drive**<br>**Graham, NC 27253** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.86 | **Fairway Independent Mortgage Corporation**<br>**514 S. Stratford Rd,**<br>**Suites 235 & 240**<br>**Winston Salem, NC 27103** | Line **3.77**<br><br>☐ Not listed. Explain ____ | _ |
| 4.87 | **FDIC Office of the Ombudsman**<br>**E - 2022**<br>**3501 Fairfax Drive**<br>**Arlington, VA 22226** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.88 | **Federal Deposit Insurance Corp. (FDIC)**<br>**ATTN: U.S. Attorney Ripley Rand**<br>**101 South Edgeworth Street, 4th Floor**<br>**Greensboro, NC 27401** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.89 | **Federal Deposit Insurance Corp. (FDIC)**<br>**ATTN: Civil Process Clerk**<br>**101 South Edgeworth Street, 4th Floor**<br>**Greensboro, NC 27401** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.90 | **Federal Deposit Insurance Corp. (FDIC)**<br>**Legal Division**<br>**3501 Fairfax Drive,**<br>**Room VS-E-6097**<br>**Arlington, VA 22226** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.91 | **Federal Home Loan Mtg. Co.**<br>**or Owner/Occupant**<br>**1517 Bentwood Drive**<br>**Graham, NC 27253** | Line **3.207**<br><br>☐ Not listed. Explain ____ | _ |
| 4.92 | **Fidelity Bank - Mortgage Lending Office**<br>**9121 Anson Way**<br>**Suite 200**<br>**Raleigh, NC 27615** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.93 | **First Citizens Bank**<br>**Loan Servicing Department**<br>**P.O. Box 27988**<br>**Raleigh, NC 27611** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.94 | **First Financial Services, Inc.**<br>**ATTN: Donald Landgraff (or Officer)**<br>**6230 Fairview Road, Ste. 450**<br>**Charlotte, NC 28210-3285** | Line  **3.82**<br>☐ Not listed. Explain ____ | _ |
| 4.95 | **Forrest C. Hall, Esq.**<br>**205 N. Main Street**<br>**Graham, NC 27253** | Line  **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.96 | **Franklin American Mortgage Company**<br>**ATTN: CT Corporation System**<br>**150 Fayetteville St., Box 1011**<br>**Raleigh, NC 27601-2957** | Line  **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.97 | **Fred Felter & Brenda B. Felter**<br>**2245 Hickory Run**<br>**Graham, NC 27253** | Line  **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.98 | **Gail R. Murphy**<br>**2228 Hickory Run**<br>**Graham, NC 27253** | Line  **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.99 | **Gale Morrah**<br>**1506 Bentwood Drive**<br>**Graham, NC 27253** | Line  **3.123**<br>☐ Not listed. Explain ____ | _ |
| 4.100 | **George S. Sims & Adrian Phillips Sims**<br>**930 Rivers Edge Drive**<br>**Graham, NC 27253** | Line  **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.101 | **Glenn Douglas Dodson, Jr.**<br>**1045 Quandary Trail**<br>**Graham, NC 27253-9524** | Line  **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.102 | **Glenn Douglas Dodson, Jr.**<br>**4 Crescent Drive**<br>**Graham, NC 27253** | Line  **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.103 | **Glenn Douglas Dodson, Jr.**<br>**21 Crescent Drive**<br>**Graham, NC 27253** | Line  **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.104 | **Glenn Douglas Dodson, Jr.**<br>**100 Quandary Lane**<br>**Graham, NC 27253** | Line  **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.105 | **Gordon Oliver**<br>**345 53RD Ave. N.**<br>**North Myrtle Beach, SC 29582-1327** | Line  **3.101**<br>☐ Not listed. Explain ____ | _ |
| 4.106 | **Grady Joe Wheeler**<br>**P.O. Box 373**<br>**Graham, NC 27253** | Line  **3.24**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Tri-G Group, LLC**_____     Case number (if known) _____
        Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.107 **Grady Joseph Wheeler**<br>**207 N. Main St.**<br>**Graham, NC 27253** | Line **3.82**<br>☐ Not listed. Explain ____ | _ |
| 4.108 **H. Douglas Satterfield, Jr.**<br>**2216 Hickory Run**<br>**Graham, NC 27253** | Line **3.106**<br>☐ Not listed. Explain ____ | _ |
| 4.109 **Hall Premiere Properties III, LLC**<br>**348 Marker 55**<br>**Holden Beach, NC 28462** | Line **3.107**<br>☐ Not listed. Explain ____ | _ |
| 4.110 **Hall Premiere Properties III, LLC**<br>**ATTN: Bennie R. Hall, Reg. Agent**<br>**348 Marker Fifty Five Drive**<br>**Holden Beach, NC 28462-1808** | Line **3.107**<br>☐ Not listed. Explain ____ | _ |
| 4.111 **Hattie P. Moser Ritter**<br>**1217 Henry Street**<br>**Yadkinville, NC 27055** | Line **3.273**<br>☐ Not listed. Explain ____ | _ |
| 4.112 **Hattie P. Moser Ritter**<br>**2202 Crescent Drive**<br>**Graham, NC 27253** | Line **3.273**<br>☐ Not listed. Explain ____ | _ |
| 4.113 **Hutchens & Senter**<br>**ATTN: H. Terry Hutchens, Esq.**<br>**4200 Morganton Road, Ste. 103**<br>**Fayetteville, NC 28314** | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.114 **HUTCHENS LAW FIRM**<br>**4317 Ramsey Street**<br>**Fayetteville, NC 28311** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.115 **Ingeborg Warschkow**<br>**2156 George Bason Road**<br>**Graham, NC 27253** | Line **3.117**<br>☐ Not listed. Explain ____ | _ |
| 4.116 **Internal Revenue Service**<br>**ATTN: U.S. Attorney Ripley Rand**<br>**101 South Edgeworth Street, 4th Floor**<br>**Greensboro, NC 27401** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.117 **Internal Revenue Service**<br>**ATTN: Civil Process Clerk**<br>**101 South Edgeworth Street, 4th Floor**<br>**Greensboro, NC 27401** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.118 **J. Michael Ellis**<br>**2306 Pine Knoll Ter.**<br>**Burlington, NC 27217-3100** | Line **3.126**<br>☐ Not listed. Explain ____ | _ |
| 4.119 **J. Michael Ellis**<br>**301 N. Main St.**<br>**Burlington, NC 27217-3905** | Line **3.126**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Tri-G Group, LLC**
_____    Case number *(if known)* _____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.120 **J. Michael Ellis**<br>**2256 Pine Knoll Ter.**<br>**Burlington, NC 27217-3100** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.121 **James C. McGill**<br>**c/o  JPMorgan Chase Bank, N.A.**<br>**1111 Polaris Parkway**<br>**Floor 4J**<br>**Columbus, OH 43240** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |
| 4.122 **James C. McGill**<br>**c/o 1st State Bank (or successors)**<br>**445 South Main Street**<br>**Burlington, NC 27215** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.123 **James M. Johnson**<br>**6118-H Farrington Road**<br>**Chapel Hill, NC 27514** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.124 **James Michael Ellis**<br>**1224 George Bason Road**<br>**Graham, NC 27253** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.125 **James or Jamie Goodson**<br>**1531 George Bason Road**<br>**Graham, NC 27253-8504** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |
| 4.126 **James or Jamie Goodson**<br>**1252 Stonehedge Trail LN**<br>**Saint Augustine, FL 32092-1060** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |
| 4.127 **James or Jimmy Goodson**<br>**1531 George Bason Road**<br>**Graham, NC 27253-8504** | Line **3.128**<br><br>☐ Not listed. Explain ____ | _ |
| 4.128 **Jeffery Hall**<br>**3318 Bellemont Mount Hermon Rd**<br>**TRLR 21**<br>**Burlington, NC 27215-8820** | Line **3.135**<br><br>☐ Not listed. Explain ____ | _ |
| 4.129 **Jeffery Hall**<br>**5490 Hitching Post Dr.**<br>**Gibsonville, NC 27249-9628** | Line **3.135**<br><br>☐ Not listed. Explain ____ | _ |
| 4.130 **Jennifer Grant**<br>**223 West Nash Street**<br>**Wilson, NC 27893** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.131 **Jess T. Patterson**<br>**2210 Hickory Run**<br>**Graham, NC 27253** | Line **3.137**<br><br>☐ Not listed. Explain ____ | _ |
| 4.132 **Jess T. Patterson & Anne F. Patterson**<br>**1316 George Bason Road**<br>**Graham, NC 27253** | Line **3.137**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Tri-G Group, LLC**
_____
Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.133 **Jim Hoose**<br>**P.O. Box 18949**<br>**Raleigh, NC 27619-8949** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.134 **John H. Keck & Ruth H. Keck**<br>**1236 George Bason Road**<br>**Graham, NC 27253** | Line **3.140**<br>☐ Not listed. Explain ____ | _ |
| 4.135 **John M. Davis, Attorney at Law**<br>**9051 Strickland Rd.**<br>**Ste. 121**<br>**Raleigh, NC 27615** | Line **3.167**<br>☐ Not listed. Explain ____ | _ |
| 4.136 **Joseph P. Clark**<br>**c/o Truliant Federal Credit Union**<br>**3200 Truliant Way**<br>**Winston-Salem, NC 27103** | Line **3.259**<br>☐ Not listed. Explain ____ | _ |
| 4.137 **Jovetta Woodard**<br>**41 Rachel Drive**<br>**Nashville, TN 37214** | Line **3.241**<br>☐ Not listed. Explain ____ | _ |
| 4.138 **JPMorgan Chase Bank, N.A.**<br>**ATTN: Officer/Director**<br>**1111 Polaris Parkway**<br>**Columbus, OH 43240** | Line **3.144**<br>☐ Not listed. Explain ____ | _ |
| 4.139 **JPMorgan Chase Bank, N.A.**<br>**Home Equity & Consumer Lending Division**<br>**1111 Polaris Parkway**<br>**Floor 4 J**<br>**Columbus, OH 43240** | Line **3.144**<br>☐ Not listed. Explain ____ | _ |
| 4.140 **Julie Patton**<br>**2263 Crescent Drive, Unit #18C**<br>**Graham, NC 27253-8572** | Line **3.145**<br>☐ Not listed. Explain ____ | _ |
| 4.141 **Katherine Jane Ferrell**<br>**2001 Crescent Drive**<br>**Graham, NC 27253** | Line **3.147**<br>☐ Not listed. Explain ____ | _ |
| 4.142 **LandAmerica One Stop**<br>**c/o Bank of America, NA**<br>**451 7th Street SW**<br>**#B- 133**<br>**Washington, DC 20410** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.143 **Laurel A. Meyer**<br>**6652 Pinecrest Drive, Ste.200**<br>**Plano, TX 75024** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.144 **Laurence J. Trapp**<br>**c/o Randolph Bank & Trust Co.,**<br>**or Successor(s) In Interest**<br>**175 N. Fayetteville Street**<br>**Asheboro, NC 27203** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | | | |
|---|---|---|---|
| 4.145 | **Linda R. Higgins Wadlinger**<br>**1541 Bentwood Drive**<br>**Graham, NC 27253** | Line __3.205__<br>☐ Not listed. Explain ____ | _ |
| 4.146 | **Lois & Ronald Witherby**<br>**260 Ballantyne Common Cir.,**<br>**Apt. 103**<br>**Hendersonville, NC 28792-7349** | Line __3.227__<br>☐ Not listed. Explain ____ | _ |
| 4.147 | **Lowes Business Acct/Syncb**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** | Line __3.156__<br>☐ Not listed. Explain ____ | _ |
| 4.148 | **LSI Title - NATL VENDOR**<br>**c/o JP Morgan Chase Bank, NA**<br>**1111 Polaris Parkway**<br>**Floor 4 J**<br>**Columbus, OH 43240** | Line __3.144__<br>☐ Not listed. Explain ____ | _ |
| 4.149 | **Mann Properties Limited Partnership,**<br>**a NC Limited Partnership**<br>**2351 Gloucester Ct.**<br>**Graham, NC 27253** | Line __3.157__<br>☐ Not listed. Explain ____ | _ |
| 4.150 | **Mark Alvis Rumley**<br>**1507 George Bason Road**<br>**Graham, NC 27253-8505** | Line __3.160__<br>☐ Not listed. Explain ____ | _ |
| 4.151 | **Mark Garces**<br>**USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-0544** | Line __3.263__<br>☐ Not listed. Explain ____ | _ |
| 4.152 | **Marvin R.McIntryre & Patricia K.McIntrye**<br>**1514 George Bason Road**<br>**Graham, NC 27253-8504** | Line __3.164__<br>☐ Not listed. Explain ____ | _ |
| 4.153 | **Mary A. Shell**<br>**c/o Navy Federal Credit Union**<br>**820 Follin Lane**<br>**Vienna, VA 22180** | Line __3.183__<br>☐ Not listed. Explain ____ | _ |
| 4.154 | **Maverick Funding Corporation**<br>**ATTN: Michael J. Larue, Reg. Agent**<br>**8396-104 Six Forks Road**<br>**Raleigh, NC 27615-3058** | Line __3.166__<br>☐ Not listed. Explain ____ | _ |
| 4.155 | **Maverick Funding Corporation**<br>**ATTN: Michael J. Larue,**<br>**or Officer/Director**<br>**9112 Meadow Mist Court**<br>**Raleigh, NC 27617** | Line __3.166__<br>☐ Not listed. Explain ____ | _ |
| 4.156 | **MB Financial Bank, NA**<br>**Successor by merger to: Cole Taylor Bank**<br>**ATTN: Erik J. Trumpower, Reg. Agent**<br>**3412 High Hamptons Drive**<br>**Charlotte, NC 28210** | Line __3.167__<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.157 | **Mebane Lumber Building Supply Inc.**<br>**ATTN: Everette M. Greene, Reg. Agent**<br>**PO Box 160**<br>**Mebane, NC 27302-0160** | Line **3.168**<br><br>☐ Not listed. Explain ____ | _ |
| 4.158 | **Michael Lyon**<br>**c/o Quicken Loans, Inc.**<br>**1050 Woodward Ave.**<br>**Detroit, MI 48226-1906** | Line **3.204**<br><br>☐ Not listed. Explain ____ | _ |
| 4.159 | **Michaelene Ann Moore**<br>**2150 Crescent Drive**<br>**Graham, NC 27253** | Line **3.172**<br><br>☐ Not listed. Explain ____ | _ |
| 4.160 | **Miles S. Beaman**<br>**1521 George Bason Road**<br>**Graham, NC 27253-8504** | Line **3.179**<br><br>☐ Not listed. Explain ____ | _ |
| 4.161 | **Miles S. Beaman**<br>**9256 Perry Road**<br>**Graham, NC 27253-9306** | Line **3.179**<br><br>☐ Not listed. Explain ____ | _ |
| 4.162 | **Nationstar Mortgage, LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | Line **3.182**<br><br>☐ Not listed. Explain ____ | _ |
| 4.163 | **Navy Federal Credit Union**<br>**PO Box 3302**<br>**Merrifield, VA 22119-3302** | Line **3.183**<br><br>☐ Not listed. Explain ____ | _ |
| 4.164 | **NC Dept of Revenue**<br>**PO Box 25000**<br>**Raleigh, NC 27640-0002** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.165 | **Neuse Incorporated**<br>**c/o First-Citizens Bank & Trust Comp.**<br>**539 N. Main Street**<br>**Hendersonville, NC 28792** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.166 | **New Salem, Inc.**<br>**c/o Wells Fargo Bank, NA**<br>**100 North Main Street**<br>**Winston Salem, NC 27101-4047** | Line **3.270**<br><br>☐ Not listed. Explain ____ | _ |
| 4.167 | **NewBridge Bank**<br>**ATTN: Pressley A. Ridgill, Reg. Agent**<br>**1501 Highwoods Boulevard, Suite 400**<br>**Greensboro, NC 27410** | Line **3.186**<br><br>☐ Not listed. Explain ____ | _ |
| 4.168 | **Norman E. Mize**<br>**Lt B, 2521 Pinetop Avenue**<br>**Graham, NC 27253** | Line **3.188**<br><br>☐ Not listed. Explain ____ | _ |
| 4.169 | **North Carolina Housing Finance Agency**<br>**ATTN: Jennifer Percy, Reg. Agent**<br>**3508 Bush Street**<br>**Raleigh, NC 27609** | Line **3.189**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.170 **Nova Construction Inc.**<br>**RE: Rivers Edge Drive/Quarry Hills**<br>**109 Aurora Lane**<br>**Goldsboro, NC 27530** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.171 **Nova Construction Inc.**<br>**ATTN: Robert C. Jackson, Reg. Agent**<br>**109 Aurora Lane**<br>**Goldsboro, NC 27530-8897** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.172 **Ocwen Commercial Servicing**<br>**1661 Worthington Road, Suite 100**<br>**West Palm Beach, FL 33409** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.173 **Ocwen Customer Service Dept.**<br>**- Ocwen Loan Servicing, LLC**<br>**P.O. Box 24738**<br>**West Palm Beach, FL 33416-4738** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.174 **Ocwen Loan Servicing, LLC**<br>**PO Box 6440**<br>**Carol Stream, IL 60197-6440** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.175 **Ocwen Loan Servicing, LLC**<br>**PO Box 659826**<br>**San Antonio, TX 78265-9126** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.176 **Ocwen Loan Servicing, LLC**<br>**c/o Corporation Serv. Company, Reg. Agnt**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603-1725** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.177 **Ocwen Loan Servicing, LLC**<br>**P.O. Box 34781**<br>**West Palm Beach, FL 33416-4781** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.178 **Otis Elevator Company**<br>**PO Box 905454**<br>**Charlotte, NC 28290-5454** | Line **3.195**<br><br>☐ Not listed. Explain ____ | _ |
| 4.179 **Pat Long Morgan**<br>**109 Oxford Drive**<br>**Jacksonville, NC 28546-8411** | Line **3.239**<br><br>☐ Not listed. Explain ____ | _ |
| 4.180 **Patricia Ann Lorenz**<br>**1246 Quandary Lake Ln**<br>**Graham, NC 27253** | Line **3.196**<br><br>☐ Not listed. Explain ____ | _ |
| 4.181 **Patricia Robinson**<br>**41 Rachel Drive**<br>**Nashville, TN 37214** | Line **3.241**<br><br>☐ Not listed. Explain ____ | _ |
| 4.182 **Paula Hall**<br>**2164 Woodland Ave.**<br>**Burlington, NC 27215-4539** | Line **3.135**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.183 **Phyllis Ford**<br>**1238 Quandary Lake Ln.**<br>**Graham, NC 27253-9554** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.184 **PNC Bank**<br>**Post Office Box 500**<br>**Rocky Mount, NC 27802** | Line **3.198**<br>☐ Not listed. Explain ____ | _ |
| 4.185 **Price Holdings, Limited Partnership**<br>**ATTN: Bill Price II, Reg. Agent**<br>**POB 2112**<br>**Morehead City, NC 28557** | Line **3.200**<br>☐ Not listed. Explain ____ | _ |
| 4.186 **PRLAP, Inc.**<br>**1400 Best Plaza Drive**<br>**Richmond, VA 23227** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.187 **PRLAP, Inc.**<br>**Portfolio Admin**<br>**1400 Best Plaza Drive**<br>**VA2-410-02-01**<br>**Richmond, VA 23227** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.188 **PRLAP, Inc.**<br>**ATTN: Colleen O. Johnson (or Officer)**<br>**150 N. College St.**<br>**NC1-028-17-06**<br>**Charlotte, NC 28255** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.189 **PRLAP, Inc.**<br>**ATTN: CT Corporation System**<br>**150 Fayetteville St., Box 1011**<br>**Raleigh, NC 27601-2957** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.190 **R. Craig Patterson**<br>**3101 S. Church Street**<br>**Burlington, NC 27215** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.191 **Randolph Bank & Trust Co.**<br>**Cary Mortgage**<br>**P.O. Box 1888**<br>**Asheboro, NC 27204** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.192 **Randolph J. Cary, Jr.**<br>**3101 S. Church Street**<br>**Burlington, NC 27215** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.193 **Rayco Utilities Inc.**<br>**ATTN: Corporation Service Company**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603** | Line **3.209**<br>☐ Not listed. Explain ____ | _ |
| 4.194 **Rayco Utilities Inc.**<br>**c/o Global Tax Management Inc.**<br>**762 W. Lancaster Avenue**<br>**Bryn Mawr, PA 19010** | Line **3.209**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.195 **Raymond A. Parker**<br>P.O. Drawer 8<br>Jonesville, NC 28642 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.196 **Rebecca A. Pryce**<br>6404 Glendevon Dr.<br>Whitsett, NC 27377-9240 | Line **3.210**<br>☐ Not listed. Explain ____ | _ |
| 4.197 **Rebecca A. Pryce**<br>8343 City Loft Ct.<br>Raleigh, NC 27613-6883 | Line **3.210**<br>☐ Not listed. Explain ____ | _ |
| 4.198 **Regions Bank**<br>d/b/a Regions Mortgage<br>2050 Parkway Office Circle<br>Birmingham, AL 35244 | Line **3.211**<br>☐ Not listed. Explain ____ | _ |
| 4.199 **Rex T. Savery, Jr.**<br>1829 E Franklin St., Ste. 800 B<br>Chapel Hill, NC 27514 | Line **3.270**<br>☐ Not listed. Explain ____ | _ |
| 4.200 **Richard H. Hatch**<br>2150 Crescent Drive<br>Graham, NC 27253-8522 | Line **3.214**<br>☐ Not listed. Explain ____ | _ |
| 4.201 **Robert G. Drumwright**<br>2215 Hickory Run<br>Graham, NC 27253 | Line **3.220**<br>☐ Not listed. Explain ____ | _ |
| 4.202 **Robert S. Justice**<br>2321 NC 54 Hwy<br>Graham, NC 27253 | Line **3.223**<br>☐ Not listed. Explain ____ | _ |
| 4.203 **Rogers Townsend & Thomas, PC**<br>2550 West Tyvola Road<br>Suite 520<br>Charlotte, NC 28217 | Line **3.79**<br>☐ Not listed. Explain ____ | _ |
| 4.204 **Secretary of Housing and Urban Dev.**<br>ATTN: U.S. Attorney Ripley Rand<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, NC 27401 | Line **3.234**<br>☐ Not listed. Explain ____ | _ |
| 4.205 **Secretary of Housing and Urban Dev.**<br>ATTN: Civil Process Clerk<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, NC 27401 | Line **3.234**<br>☐ Not listed. Explain ____ | _ |
| 4.206 **Sheby Hatfield**<br>1548 George Bason Road<br>Graham, NC 27253-8504 | Line **3.237**<br>☐ Not listed. Explain ____ | _ |
| 4.207 **SN Servicing Corporation**<br>ATTN: Legal/Bankruptcy<br>323 Fifth Street<br>Eureka, CA 95501 | Line **3.238**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.208 | **Southland Associates, Inc.**<br>**ATTN: David A. Stevens, Reg. Agent**<br>**512 S. Mangum**<br>**Durham, NC 27701-3973** | Line **3.241**<br><br>☐ Not listed. Explain ____ | _ |
|---|---|---|---|
| 4.209 | **Southland Associates, Inc.**<br>**ATTN: David A. Stevens, Reg. Agent**<br>**512 S. Mangum**<br>**Durham, NC 27701-3973** | Line **3.177**<br><br>☐ Not listed. Explain ____ | _ |
| 4.210 | **State Employees' Credit Union**<br>**P.O. Drawer 25279**<br>**Raleigh, NC 27611-5279** | Line **3.240**<br><br>☐ Not listed. Explain ____ | _ |
| 4.211 | **State Employees' Credit Union**<br>**ATTN: James C. Blaine, Reg. Agent**<br>**P.O. Box 27665**<br>**Raleigh, NC 27611** | Line **3.240**<br><br>☐ Not listed. Explain ____ | _ |
| 4.212 | **Statewide Title, Inc.**<br>**117 North Merritt Ave.**<br>**Salisbury, NC 28144** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |
| 4.213 | **Subsequent/Substitute Trustee to**<br>**William H. Ritter (deceased), as the**<br>**Trustee of the Ritter Family Trust**<br>**2022 Crescent Drive**<br>**Graham, NC 27253-9548** | Line **3.273**<br><br>☐ Not listed. Explain ____ | _ |
| 4.214 | **Subsequent/Substitute Trustee to**<br>**William H. Ritter (deceased), as the**<br>**Trustee of the Ritter Family Trust**<br>**1217 Henry Street**<br>**Yadkinville, NC 27055** | Line **3.273**<br><br>☐ Not listed. Explain ____ | _ |
| 4.215 | **SunTrust Banks, Inc.**<br>**Successor to: Central Carolina Bank**<br>**303 Peachtree Street, NE**<br>**Atlanta, GA 30308** | Line **3.241**<br><br>☐ Not listed. Explain ____ | _ |
| 4.216 | **Taylor Law Office, PC**<br>**c/o Hamilton Group Funding, Inc.**<br>**13650 NW 8th Street, Ste. 109**<br>**Fort Lauderdale, FL 33325** | Line **3.108**<br><br>☐ Not listed. Explain ____ | _ |
| 4.217 | **Teresa T. Haskins**<br>**2109 Crescent Drive**<br>**Graham, NC 27253-8523** | Line **3.247**<br><br>☐ Not listed. Explain ____ | _ |
| 4.218 | **The Fidelity Bank**<br>**ATTN: Officer/Director**<br>**100 S. Main Street**<br>**Fuquay Varina, NC 27526** | Line **3.250**<br><br>☐ Not listed. Explain ____ | _ |
| 4.219 | **The Fidelity Bank**<br>**Mebane Office**<br>**1296 S. Fifth St.**<br>**Mebane, NC 27302** | Line **3.250**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Tri-G Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.220 **Thomas V. Choiniere**<br>**c/o VantageSouth Bank**<br>**206 High House Road**<br>**Cary, NC 27513** | Line **3.276**<br>☐ Not listed. Explain ____ | _ |
| 4.221 **Time Transportation & Leasing, Inc.**<br>**209 Sand Bar Ferry Road**<br>**Augusta, GA 30903-0269** | Line **3.252**<br>☐ Not listed. Explain ____ | _ |
| 4.222 **Time Warner Cable**<br>**PO Box 70872**<br>**Charlotte, NC 28272-0872** | Line **3.253**<br>☐ Not listed. Explain ____ | _ |
| 4.223 **Time Warner Cable**<br>**Payment Center**<br>**836 South Fayetteville Street**<br>**Asheboro, NC 27203** | Line **3.253**<br>☐ Not listed. Explain ____ | _ |
| 4.224 **Town of Swepsonville**<br>**c/o F. Paul Koonts**<br>**OERTEL, KOONTS & OERTEL, PLLC**<br>**3493 Forestdale Drive, Ste. 103**<br>**Burlington, NC 27215** | Line **3.255**<br>☐ Not listed. Explain ____ | _ |
| 4.225 **TRSTE, Inc.**<br>**c/o The Prentice-Hall Corporation Sys.,**<br>**as Registered Agent**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603-1725** | Line **3.270**<br>☐ Not listed. Explain ____ | _ |
| 4.226 **TRSTE, Inc.**<br>**Successor by merger to: New Salem, Inc.**<br>**c/o Prentice-Hall Corp. Sys., Reg. Agent**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603-1725** | Line **3.258**<br>☐ Not listed. Explain ____ | _ |
| 4.227 **Trustee Services of Carolina, LLC**<br>**c/o Brock & Scott, PLLC**<br>**5431 Oleander Drive**<br>**Wilmington, NC 28403** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.228 **Trustee Services, Inc.**<br>**c/o NewBridge Bank**<br>**100 N. Cherry Street, Ste. 400**<br>**Winston-Salem, NC 27101** | Line **3.186**<br>☐ Not listed. Explain ____ | _ |
| 4.229 **Union Mortgage Group, Inc.**<br>**ATTN: Corporation Service Company**<br>**327 Hillsborough St.**<br>**Raleigh, NC 27603-1725** | Line **3.262**<br>☐ Not listed. Explain ____ | _ |
| 4.230 **Union Service Corporation**<br>**c/o Union Mortgage Group, Inc.**<br>**4355 Innslake Drive, Suite 350**<br>**Glen Allen, VA 23060-9804** | Line **3.262**<br>☐ Not listed. Explain ____ | _ |
| 4.231 **US Bank National Association, as Trustee**<br>**for Banc of America Funding 2007-C Trust**<br>**60 Livingston Ave.**<br>**Saint Paul, MN 55107** | Line **3.261**<br>☐ Not listed. Explain ____ | _ |

Debtor  **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.232 **Vander Earl Brogden Jr.**<br>**1420 George Bason Road**<br>**Graham, NC 27253** | Line **3.264**<br>☐ Not listed. Explain ____ | _ |
| 4.233 **Verdugo Trustee Service Corporation**<br>**ATTN: CT Corporation System**<br>**150 Fayetteville St., Box 1011**<br>**Raleigh, NC 27601** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.234 **Victoria Frye**<br>**2121 Young Street**<br>**Burlington, NC 27215-7231** | Line **3.267**<br>☐ Not listed. Explain ____ | _ |
| 4.235 **Virginia Gail Miller**<br>**2263 Crescent Drive, Apt. A-1**<br>**Graham, NC 27253-8572** | Line **3.268**<br>☐ Not listed. Explain ____ | _ |
| 4.236 **Virginia Gail Miller**<br>**328 Doggett Drive**<br>**Graham, NC 27253-3114** | Line **3.268**<br>☐ Not listed. Explain ____ | _ |
| 4.237 **Virginia Gail Miller**<br>**338 W. Lake TRL**<br>**Mebane, NC 27302-9443** | Line **3.268**<br>☐ Not listed. Explain ____ | _ |
| 4.238 **W.C. Behnke**<br>**1015 Quandary Trail**<br>**Graham, NC 27253-9524** | Line **3.141**<br>☐ Not listed. Explain ____ | _ |
| 4.239 **Wade L. Headen**<br>**1 Crescent Drive**<br>**Graham, NC 27253** | Line **3.269**<br>☐ Not listed. Explain ____ | _ |
| 4.240 **Wells Fargo Bank, N.A.**<br>**3476 Stateview Blvd.**<br>**MAC # X7801-013 (FC)**<br>**Fort Mill, SC 29715** | Line **3.270**<br>☐ Not listed. Explain ____ | _ |
| 4.241 **Wells Fargo Bank, N.A.**<br>**P.O. Box 11701**<br>**Newark, NJ 07101-4701** | Line **3.270**<br>☐ Not listed. Explain ____ | _ |
| 4.242 **Wells Fargo Bank, N.A.**<br>**Successor to: Wachovia Mortgage Corp.**<br>**1100 Corporate DRive**<br>**Raleigh, NC 27607** | Line **3.270**<br>☐ Not listed. Explain ____ | _ |
| 4.243 **Wells Fargo Bank, N.A.**<br>**301 College Street NC0630**<br>**Charlotte, NC 28288-0630** | Line **3.270**<br>☐ Not listed. Explain ____ | _ |
| 4.244 **Wendy Taylor**<br>**2114 Crescent Dr.**<br>**Graham, NC 27253-8522** | Line **3.271**<br>☐ Not listed. Explain ____ | _ |

Debtor   **Tri-G Group, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.245 **Wendy Taylor**<br>**2263 Crescent Dr.**<br>**Unit 9 B**<br>**Graham, NC 27253-9587** | Line **3.271**<br><br>☐ Not listed. Explain ____ | _ |
| 4.246 **Wilbur Suggs & Cheryl S. Suggs**<br>**1464 George Bason Rd.**<br>**Graham, NC 27253-8503** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.247 **Wilbur Suggs & Cheryl S. Suggs**<br>**817 E. Parker St.**<br>**Graham, NC 27253-1957** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.248 **William F. Marshall III**<br>**1156 George Bason Road**<br>**Graham, NC 27253** | Line **3.272**<br><br>☐ Not listed. Explain ____ | _ |
| 4.249 **William H. Ritter, in his capacity as**<br>**Trustee of the Ritter Family Trust.**<br>**2202 Crescent Dr**<br>**Graham, NC 27253** | Line **3.273**<br><br>☐ Not listed. Explain ____ | _ |
| 4.250 **William M. Griffith, Jr.**<br>**c/o Countrywide Home Loans, Inc.**<br>**P.O. Box 10423**<br>**Van Nuys, CA 91499** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.251 **William R. Echols**<br>**7301 Carmel Exec. Pk Dr.**<br>**Ste. 304**<br>**Charlotte, NC 28226-8274** | Line **3.270**<br><br>☐ Not listed. Explain ____ | _ |
| 4.252 **William Walt Pettit, Esq.**<br>**P.O. Box 12497**<br>**Charlotte, NC 28220-2497** | Line **3.114**<br><br>☐ Not listed. Explain ____ | _ |
| 4.253 **Windsor Investments, LLC**<br>**A NC Limited Liability Partnership**<br>**1327 Quandary Lake Lane**<br>**Graham, NC 27253** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.254 **Windsor Investments, LLC**<br>**ATTN: NP Corpserv NC, LLC**<br>**P O Box 3463**<br>**Greensboro, NC 27402** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.255 **Yvonne King**<br>**2514 Pinetop Avenue**<br>**Graham, NC 27253** | Line **3.277**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **25,365.05** |
| **5b. Total claims from Part 2** | 5b.  + $ | **190,347.05** |

Debtor    **Tri-G Group, LLC**
Name

Case number (if known)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                    215,712.10



**Guy Geoffrey Gulick:**      Date: 12/24/2010  Amount: $11,875.00

Date: 10/12/2012  Amount:  $1,500.00

Date: 12/31/2013  Amount: $14,000.00

Total: **$27,375.00**


**Guy Stephen Gulick:**      Date: 12/2009    Amount: $30,000.00

Date: 12/2010    Amount: $14,375.00

Date: 12/2012    Amount: $1,875.00

Date: 12/2013    Amount: $8,000.00

Date: 09/2014    Amount: $4,100.00

Total: **$58,350.00**


**Garren Greggory Gulick:**  Date: 12/2010    Amount: $1875.00

Date: 02/2011    Amount $10,000.00

Date: 10/2012    Amount $1,875.00

Date: 12/2013    Amount: $8,000.00

Date: 09/2014    Amount: $2,500.00

Total: **$24,250.00**


**Monty Corron:**            Date: 12/2009    Amount: $30,000.00

Date: 12/2010    Amount: $4,875.00

Date: 12/2011    Amount $10,000.00

Date: 12/2014    Amount: $2,500.00

Total: **$47,375.00**


**Gulick Excavating Inc.**   Date:  12/2014   Amount: $18,775.00

Date:  12/2015   Amount: $5,031.00

Total: **$23,806.00**

**Fill in this information to identify the case:**

Debtor name    **Tri-G Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Tri-G Group, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Diane Gulick** | **5666 Buckley Woods Trail**<br>**Snow Camp, NC 27349** | **Capital Bank NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Diane Gulick** | **5666 Buckley Woods Trail**<br>**Snow Camp, NC 27349** | **First Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Garren G. Gulick** | **5666 Buckley Woods Trail**<br>**Snow Camp, NC 27349** | **TCF Equipment Finance** | ☐ D _____<br>■ E/F __3.245__<br>☐ G _____ |
| 2.4 **Garren G. Gulick** | **5666 Buckley Woods Trail**<br>**Snow Camp, NC 27349** | **Capital Bank NA** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.5 **Garren G. Gulick** | **5666 Buckley Woods Trail**<br>**Snow Camp, NC 27349** | **Deere Credit, Inc.** | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |

Debtor    **Tri-G Group, LLC**  _____    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Garren G. Gulick**     **5666 Buckley Woods Trail** **Snow Camp, NC 27349** | **Capital Bank NA** | ■ D   __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Garren G. Gulick**     **5666 Buckley Woods Trail** **Snow Camp, NC 27349** | **First Bank** | ■ D   __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Guy G. Gulick**     **4508 Old US 421 North** **Siler City, NC 27344** **Co-Debtor listed on UCC Statement** | **PNC Eqipment Finance** | ☐ D _____ ■ E/F __3.199__ ☐ G _____ |
| 2.9 | **Guy G. Gulick**     **4508 Old US 421 North** **Siler City, NC 27344** | **Deere Credit, Inc.** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.10 | **Guy G. Gulick**     **4508 Old US 421 North** **Siler City, NC 27344** | **Capital Bank NA** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.11 | **Guy G. Gulick**     **4508 Old US 421 North** **Siler City, NC 27344** | **TCF Equipment Finance** | ☐ D _____ ■ E/F __3.245__ ☐ G _____ |
| 2.12 | **Guy G. Gulick**     **4508 Old US 421 North** **Siler City, NC 27344** | **Capital Bank NA** | ■ D   __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Guy G. Gulick**     **4508 Old US 421 North** **Siler City, NC 27344** | **First Bank** | ■ D   __2.3__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Tri-G Group, LLC**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

**2.14**    **Guy G. Gulick**    4508 Old US 421 North
Siler City, NC 27344    **NC Dept of Revenue**
- ☐ D _____
- ■ E/F    **2.4**
- ☐ G _____

**2.15**    **Guy G. Gulick**    4508 Old US 421 North
Siler City, NC 27344    **Dell Financial
Services**
- ☐ D _____
- ■ E/F    **3.59**
- ☐ G _____

**2.16**    **Guy S. Gulick**    9554 Snow Camp Road
Snow Camp, NC 27349    **TCF Equipment
Finance**
- ☐ D _____
- ■ E/F    **3.245**
- ☐ G _____

**2.17**    **Guy S. Gulick**    9554 Snow Camp Road
Snow Camp, NC 27349    **Capital Bank NA**
- ☐ D _____
- ■ E/F    **3.30**
- ☐ G _____

**2.18**    **Guy S. Gulick**    9554 Snow Camp Road
Snow Camp, NC 27349    **Deere Credit, Inc.**
- ☐ D _____
- ■ E/F    **3.58**
- ☐ G _____

**2.19**    **Guy S. Gulick**    9554 Snow Camp Road
Snow Camp, NC 27349    **Capital Bank NA**
- ■ D    **2.1**
- ☐ E/F _____
- ☐ G _____

**2.20**    **Guy S. Gulick**    9554 Snow Camp Road
Snow Camp, NC 27349    **First Bank**
- ■ D    **2.3**
- ☐ E/F _____
- ☐ G _____

**2.21**    **Kathy Corron**    3221 Boywood Road
Graham, NC 27253    **Capital Bank NA**
- ■ D    **2.1**
- ☐ E/F _____
- ☐ G _____

---

| Debtor | **Tri-G Group, LLC** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Kathy Corron** | 3221 Boywood Road<br>Graham, NC 27253 | **First Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Monty Corron** | 3221 Boywood Road<br>Graham, NC 27253<br>**Co-Debtor listed on UCC Statement** | **PNC Eqipment Finance** | ☐ D _____<br>■ E/F ___3.199___<br>☐ G _____ |
| 2.24 | **Monty Corron** | 3221 Boywood Road<br>Graham, NC 27253 | **Deere Credit, Inc.** | ☐ D _____<br>■ E/F ___3.58___<br>☐ G _____ |
| 2.25 | **Monty Corron** | 3221 Boywood Road<br>Graham, NC 27253 | **Capital Bank NA** | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |
| 2.26 | **Monty Corron** | 3221 Boywood Road<br>Graham, NC 27253 | **TCF Equipment Finance** | ☐ D _____<br>■ E/F ___3.245___<br>☐ G _____ |
| 2.27 | **Monty Corron** | 3221 Boywood Road<br>Graham, NC 27253 | **Capital Bank NA** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Monty Corron** | 3221 Boywood Road<br>Graham, NC 27253 | **First Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Ronda Gulick** | 4508 Old US 421 North<br>Siler City, NC 27344 | **Capital Bank NA** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

---

Official Form 206H

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

Debtor  **Tri-G Group, LLC**  _____    Case number *(if known)*  _____

---

**█** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

---

| 2.30 | **Ronda Gulick** | 4508 Old US 421 North<br>Siler City, NC 27344 | **First Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.31 | **Shelia Gulick** | 9554 Snow Camp Road<br>Snow Camp, NC 27349 | **Capital Bank NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

---

| 2.32 | **Shelia Gulick** | 9554 Snow Camp Road<br>Snow Camp, NC 27349 | **First Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Tri-G Group, LLC**

United States Bankruptcy Court for the:        MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)        _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:        Income**

1.        **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   **No Business YTD** | **$0.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **No Business** | **$0.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$-56,560.00** |

2.        **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:        List Certain Transfers Made Before Filing for Bankruptcy**

3.        **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.        **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Debtor    **Tri-G Group, LLC**                                   Case number *(if known)*

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **TCF Equipment Finance 11100 Wayzata Blvd. Suite 801 Minnetonka, MN 55305** | **2010 Turfco 1540 Wide-Span S/N M00392; 2010 Smithco 7540D Tournement Roller S/N T3114; 2010 Smithco Spray Star Sprayer S/N SS1237; 2010 Cushman Truckster 4W S/N 2465568** | **12/05/2014** | **Unknown** |
| **PNC Eqipment Finance 995 Dalton Ave. Cincinnati, OH 45203** | **Sixty (60) E-Z-Go gas-powered RXV Golf Cars** | **12/08/2014** | **Unknown** |
| **PNC Eqipment Finance 995 Dalton Ave. Cincinnati, OH 45203** | **2010 E-Z-GO MPT; 1200G Utility Vehicle** | **12/08/2014** | **Unknown** |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Keith Hoyt vs. Tri-G Group, LLC, 14-CvS-164** | **Money Owed; Judgment entered on 12/01/2014** | **Alamance County - Superior Court Div. 1 Court Square Graham, NC 27253-2882** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **In re Tri-G Group, LLC 14-SP-455** | **Foreclosure NOTE: See Paragraph 13 (Part 6) of SOFA** | **Alamance County - Superior Court Div. 1 Court Square Graham, NC 27253-2882** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **Tri-G Group, LLC**                                                          Case number *(if known)*

---

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ivey, McClellan, Gatton & Siegmund,  LLP**<br>**100 S Elm St, Ste 500**<br>**Greensboro, NC 27401** | | **05/03/2016** | **$35,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    Tri-G Group, LLC

Case number *(if known)*

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1<br>. | Iron Horse Auction Company<br>174 Airport Rd.<br>PO Box 1267<br>Rockingham, NC 28380 | All inventory of the Debtor sold at aution; see attached exhibit "SOFA #13" | 12/16/2014 | $34,294.20 |
| | Relationship to debtor | | | |

---

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Tri-G Group, LLC**     Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Capital Bank**<br>**P.O. Box 1120**<br>**Greeneville, TN 37744-1120** | XXXX-1385 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2014** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Tri-G Group, LLC**                                                Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Collins & King CPAS PA**<br>        **c/o Brandon L. King**<br>        **117 W. Raleigh St.**<br>        **Siler City, NC 27344-3417** | **Sept. 2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Ivey, McClellan, Gatton & Siegmund,  LLP**<br>        **100 S Elm St, Ste 500**<br>        **Greensboro, NC 27401** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Tri-G Group, LLC**                                             Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Guy G. Gulick**<br>**9554 Snow Camp Road**<br>**Snow Camp, NC 27349** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Guy S. Gulick | 9554 Snow Camp Road<br>Snow Camp, NC 27349 | Owner | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Guy G. Guiick | 9554 Snow Camp Road<br>Snow Camp, NC 27349 | Owner/Manager | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Garren G. Guiick | 5666 Buckley Woods Trail<br>Snow Camp, NC 27349 | Owner | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monty Corron | 3221 Boywood Road<br>Graham, NC 27253 | Owner | 25% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Tri-G Group, LLC**                                          Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  4, 2016**

**/s/ Guy G. Gulick**                                          **Guy G. Gulick**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Iron Horse Auction Company Inc.**
**174 Airport Rd**
**P.O. Box 1267**
**Rockingham, NC  28380**
**Phone: 910-997-2248   Fax: 910-895-1530**

DEBTOR'S EXHIBIT
SOFA #13

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 1 |

**Consignor**
Quarry Hills Country Club
1300 George Bason Road
Graham, NC 27253

Auction: Quarry Hills PP 12/16/14

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 1 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 2 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 3 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 4 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 5 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 6 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 7 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 8 | (8) Round Back Chairs | 8.22 | 65.78 | -6.58 | 0.00 |
| 9 | (10) Round Back Chairs | 6.58 | 65.76 | -6.58 | 0.00 |
| 10 | (2) Six Foot Folding Tables | 15.00 | 30.00 | -3.00 | 0.00 |
| 11 | (2) Six Foot Folding Tables | 15.00 | 30.00 | -3.00 | 0.00 |
| 12 | (2) Six Foot Folding Tables | 15.00 | 30.00 | -3.00 | 0.00 |
| 13 | (3) Five Foot Round Tables | 17.50 | 52.50 | -5.25 | 0.00 |
| 14 | (4) Five Foot Round Tables | 13.13 | 52.50 | -5.25 | 0.00 |
| 15 | Box Of Table Cloths | 0.76 | 18.20 | -1.82 | 0.00 |
| 16 | Box Of Table Cloths | 0.96 | 18.20 | -1.82 | 0.00 |
| 17 | Box Of Table Cloths | 0.91 | 18.20 | -1.82 | 0.00 |
| 18 | Box Of Table Cloths | 1.30 | 18.20 | -1.82 | 0.00 |
| 19 | Box Of Table Cloths | 1.30 | 18.20 | -1.82 | 0.00 |
| 20 | Stack Of Vinyl Table Covers | 2.00 | 34.00 | -3.40 | 0.00 |
| 21 | (2) Seven Foot Tall Artificial Ficus Trees | 3.00 | 6.00 | -0.60 | 0.00 |
| 22 | Bakers and Chefs Five Foot Open Grill | 85.00 | 85.00 | -8.50 | 0.00 |
| 23 | (3) Four Foot Concrete Park Benches | 25.00 | 75.00 | -7.50 | 0.00 |
| 24 | (2) Concrete Planters | 11.67 | 23.33 | -2.33 | 0.00 |
| 25 | (2) Concrete Planters | 11.67 | 23.33 | -2.33 | 0.00 |
| 26 | (3) Concrete Planters | 7.78 | 23.34 | -2.33 | 0.00 |
| 27 | (4) Oval Back Chairs | 9.00 | 36.00 | -3.60 | 0.00 |
| 28 | (4) Oval Back Chairs | 9.00 | 36.00 | -3.60 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
174 Airport Rd
P.O. Box 1267
Rockingham, NC 28380
Phone: 910-997-2248  Fax: 910-895-1530

| | | CO #: | 621 |
|---|---|---|---|
| | | Date: | 12/12/2014 |
| | | Page: | 2 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 29 | (4) Oval Back Chairs | 9.00 | 36.00 | -3.60 | 0.00 |
| 30 | (4) Oval Back Chairs | 9.00 | 36.00 | -3.60 | 0.00 |
| 31 | (6) Bar Stools | 19.00 | 114.00 | -11.40 | 0.00 |
| 32 | (2) Serving Tray Stands | 12.50 | 25.00 | -2.50 | 0.00 |
| 33 | (2) Box Fans | 6.00 | 12.00 | -1.20 | 0.00 |
| 34 | (2) Wooden High Chairs | 15.00 | 30.00 | -3.00 | 0.00 |
| 35 | (2) Wood Tables | 15.00 | 30.00 | -3.00 | 0.00 |
| 36 | (2) Wood Tables | 15.00 | 30.00 | -3.00 | 0.00 |
| 37 | (2) Lifetime Molded Plastic Table | 26.00 | 52.00 | -5.20 | 0.00 |
| 38 | (2) Lifetime Molded Plastic Table | 26.00 | 52.00 | -5.20 | 0.00 |
| 39 | Folding Table | 15.00 | 15.00 | -1.50 | 0.00 |
| 40 | (78) Assorted Bar Glasses | 2.67 | 208.50 | -20.85 | 0.00 |
| 41 | (61) Assorted Bar Glasses | 3.42 | 208.50 | -20.85 | 0.00 |
| 42 | (38) Assorted Bar Glasses | 2.00 | 76.00 | -7.60 | 0.00 |
| 43 | Point Of Sales System | 40.00 | 40.00 | -4.00 | 0.00 |
| 44 | Beverage-Air Cooler | 100.00 | 100.00 | -10.00 | 0.00 |
| 45 | Beverage-Air Top Load Cooler | 325.00 | 325.00 | -32.50 | 0.00 |
| 46 | Under Counter Stainless Sink | 75.00 | 75.00 | -7.50 | 0.00 |
| 47 | Four Well Under Counter Bar Sink | 525.00 | 525.00 | -52.50 | 0.00 |
| 48 | Under Counter Stainless Sink | 75.00 | 75.00 | -7.50 | 0.00 |
| 49 | Hand Wash Sink | 100.00 | 100.00 | -10.00 | 0.00 |
| 50 | Remaining Contents Of Bar Cabinets | 95.00 | 95.00 | -9.50 | 0.00 |
| 51 | Trophy and PGA Picture | 15.00 | 15.00 | -1.50 | 0.00 |
| 52 | (6) Framed Letters | 9.00 | 54.00 | -5.40 | 0.00 |
| 53 | (3) Padded Top Tables | 22.50 | 45.00 | -4.50 | 0.00 |
| 54 | Three Foot Square Table | 10.00 | 10.00 | -1.00 | 0.00 |
| 55 | Contents Of Lower Cabinet | 60.00 | 60.00 | -6.00 | 0.00 |
| 56 | Contents Of Shelves | 20.00 | 20.00 | -2.00 | 0.00 |
| 57 | (12) Plastic Flats Of Glasses | 55.00 | 660.00 | -66.00 | 0.00 |
| 58 | (2) Boxes Of Table Cloths And Chair Covers | 50.00 | 50.00 | -5.00 | 0.00 |
| 59 | Rolling Beverage Cooler | 20.00 | 20.00 | -2.00 | 0.00 |
| 60 | Everest Refrigerator | 2,600.00 | 2,600.00 | -260.00 | 0.00 |
| 61 | United Epco Food Warmer | 175.00 | 175.00 | -17.50 | 0.00 |
| 62 | (2) Southbend Steam Master Model R-1 | 130.00 | 260.00 | -26.00 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
174 Airport Rd
P.O. Box 1267
Rockingham, NC  28380
Phone: 910-997-2248   Fax: 910-895-1530

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 3 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 63 | GE Warmer | 100.00 | 100.00 | -10.00 | 0.00 |
| 64 | Stainless Prep Table | 150.00 | 150.00 | -15.00 | 0.00 |
| 65 | Hoshizaki Ice Maker | 1,500.00 | 1,500.00 | -150.00 | 0.00 |
| 66 | (14) Knives and Magnetic Strip | 70.00 | 70.00 | -7.00 | 0.00 |
| 67 | Rack and Contents | 50.00 | 50.00 | -5.00 | 0.00 |
| 68 | (2)Three Shelf Carts | 15.00 | 30.00 | -3.00 | 0.00 |
| 69 | Eurodib 10 Liter Mixer | 600.00 | 600.00 | -60.00 | 0.00 |
| 70 | Stainless Steel Sink | 175.00 | 175.00 | -17.50 | 0.00 |
| 71 | Two Well Wash Sink | 250.00 | 250.00 | -25.00 | 0.00 |
| 72 | (2) Aluminum Dunnage Racks | 15.00 | 30.00 | -3.00 | 0.00 |
| 73 | Wire Storage Rack | 20.00 | 20.00 | -2.00 | 0.00 |
| 74 | Wire Storage Rack | 30.00 | 30.00 | -3.00 | 0.00 |
| 75 | Majestic Convection Oven | 500.00 | 500.00 | -50.00 | 0.00 |
| 76 | Stainless Steel Shelf | 100.00 | 100.00 | -10.00 | 0.00 |
| 77 | (15) Stainless Serving Pans | 18.00 | 270.00 | -27.00 | 0.00 |
| 78 | Rack and Contents | 350.00 | 350.00 | -35.00 | 0.00 |
| 79 | Rack and Contents | 100.00 | 100.00 | -10.00 | 0.00 |
| 80 | Southbend Gas Oven | 600.00 | 600.00 | -60.00 | 0.00 |
| 81 | Southbend Deep Fryer | 100.00 | 100.00 | -10.00 | 0.00 |
| 82 | Southbend Gas Grill | 300.00 | 300.00 | -30.00 | 0.00 |
| 83 | Southbend Cook Top | 200.00 | 200.00 | -20.00 | 0.00 |
| 84 | Stainless Prep Table | 275.00 | 275.00 | -27.50 | 0.00 |
| 85 | Stainless Prep Table | 600.00 | 600.00 | -60.00 | 0.00 |
| 86 | Assorted Pots and Pans | 70.00 | 70.00 | -7.00 | 0.00 |
| 87 | Cooking Oil | 15.00 | 15.00 | -1.50 | 0.00 |
| 88 | Wire Storage Rack | 40.00 | 40.00 | -4.00 | 0.00 |
| 89 | Assortment Of Dishes | 60.00 | 60.00 | -6.00 | 0.00 |
| 90 | Sinks and Dish Washer System | 1,400.00 | 1,400.00 | -140.00 | 0.00 |
| 91 | (3) Tea Dispensers | 15.00 | 45.00 | -4.50 | 0.00 |
| 92 | (4) Trash Cans | 1.00 | 4.00 | -0.40 | 0.00 |
| 93 | Stainless Steel Shelf | 70.00 | 70.00 | -7.00 | 0.00 |
| 94 | Contents Of Closet | 10.00 | 10.00 | -1.00 | 0.00 |
| 95 | Contents Of Closet | 10.00 | 10.00 | -1.00 | 0.00 |
| 96 | Office Divider | 40.00 | 40.00 | -4.00 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
174 Airport Rd
P.O. Box 1267
Rockingham, NC  28380
Phone: 910-997-2248   Fax: 910-895-1530

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 4 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 97 | Wooden Credenza And Mirror With Glass Vase | 40.00 | 40.00 | -4.00 | 0.00 |
| 98 | Pair Of Wooden Tables | 20.00 | 20.00 | -2.00 | 0.00 |
| 99 | Fabric Covered Sofa | 60.00 | 60.00 | -6.00 | 0.00 |
| 100 | Christmas Tree | 30.00 | 30.00 | -3.00 | 0.00 |
| 101 | Chair and Side Table | 20.00 | 20.00 | -2.00 | 0.00 |
| 102 | Dolly On Casters | 50.00 | 50.00 | -5.00 | 0.00 |
| 103 | (2)Wooden Magazine Racks | 10.00 | 20.00 | -2.00 | 0.00 |
| 104 | Three Foot Square Wood Table | 5.00 | 5.00 | -0.50 | 0.00 |
| 105 | Ricoh Copier And Mita Storage Cabinet | 100.00 | 100.00 | -10.00 | 0.00 |
| 106 | Werner Ladder | 20.00 | 20.00 | -2.00 | 0.00 |
| 107 | Desk Unit | 10.00 | 10.00 | -1.00 | 0.00 |
| 108 | Four Drawer File Cabinet | 20.00 | 20.00 | -2.00 | 0.00 |
| 109 | Four Drawer File Cabinet | 30.00 | 30.00 | -3.00 | 0.00 |
| 110 | Four Drawer File Cabinet | 30.00 | 30.00 | -3.00 | 0.00 |
| 111 | JVC Stereo Components | 50.00 | 50.00 | -5.00 | 0.00 |
| 112 | Sharp Cash Register | 20.00 | 20.00 | -2.00 | 0.00 |
| 113 | (2) Sharp XE-A102 Cash Registers | 10.00 | 20.00 | -2.00 | 0.00 |
| 114 | Remaining Contents Of Room | 20.00 | 20.00 | -2.00 | 0.00 |
| 115 | Contents Of Office | 90.00 | 90.00 | -9.00 | 0.00 |
| 116 | (7) Waiting Room Chairs | 4.00 | 28.00 | -2.80 | 0.00 |
| 117 | (4) Waiting Room Chairs | 9.00 | 36.00 | -3.60 | 0.00 |
| 118 | Office Desk With Cabinet | 30.00 | 30.00 | -3.00 | 0.00 |
| 119 | Dell Computer With View Sonic Monitor | 10.00 | 10.00 | -1.00 | 0.00 |
| 120 | Credenza  And Two Bookcases | 90.00 | 90.00 | -9.00 | 0.00 |
| 121 | Two Planters | 30.00 | 30.00 | -3.00 | 0.00 |
| 122 | Contents Of Coat Closet | 50.00 | 50.00 | -5.00 | 0.00 |
| 123 | Contents Of Room | 110.00 | 110.00 | -11.00 | 0.00 |
| 124 | Shelf With Contents and Champain Buckets | 150.00 | 150.00 | -15.00 | 0.00 |
| 125 | Remaining Contents Of Room | 150.00 | 150.00 | -15.00 | 0.00 |
| 126 | Three Foot Square Wood Table | 1.00 | 1.00 | -0.10 | 0.00 |
| 127 | Pair Of Wooden Tables | 20.00 | 20.00 | -2.00 | 0.00 |
| 128 | (3) Round Folding Tables | 7.00 | 21.00 | -2.10 | 0.00 |
| 129 | (4) Three Foot Square Wood Tables | 32.50 | 130.00 | -13.00 | 0.00 |
| 130 | (4) Three Foot Square Green Top Tables | 7.50 | 30.00 | -3.00 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
**174 Airport Rd**
**P.O. Box 1267**
**Rockingham, NC  28380**
**Phone: 910-997-2248   Fax: 910-895-1530**

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 5 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 131 | (8) Oval Back Chairs | 4.79 | 38.33 | -3.83 | 0.00 |
| 132 | (8) Oval Back Chairs | 4.79 | 38.33 | -3.83 | 0.00 |
| 133 | (7) Oval Back Chairs | 5.48 | 38.34 | -3.83 | 0.00 |
| 134 | (16) Stackable Vinyl Chairs | 6.50 | 104.00 | -10.40 | 0.00 |
| 135 | (16) Stackable Vinyl Chairs | 6.50 | 104.00 | -10.40 | 0.00 |
| 136 | (16) Stackable Vinyl Chairs | 6.50 | 104.00 | -10.40 | 0.00 |
| 137 | (16) Stackable Vinyl Chairs | 6.50 | 104.00 | -10.40 | 0.00 |
| 138 | (8) Stackable Vinyl Chairs | 13.00 | 104.00 | -10.40 | 0.00 |
| 139 | (16) Stackable Vinyl Chairs | 6.50 | 104.00 | -10.40 | 0.00 |
| 140 | (16) Stackable Vinyl Chairs | 6.50 | 104.00 | -10.40 | 0.00 |
| 141 | Three Foot Square Table and Coffee Maker | 5.00 | 5.00 | -0.50 | 0.00 |
| 142 | (4) Three Foot Round Wood Top Tables | 35.00 | 140.00 | -14.00 | 0.00 |
| 143 | (4) Three Foot Round Wood Top Tables | 35.00 | 140.00 | -14.00 | 0.00 |
| 144 | (2) Tables | 5.00 | 10.00 | -1.00 | 0.00 |
| 145 | Lance Cracker Rack | 7.50 | 7.50 | -0.75 | 0.00 |
| 146 | Pepsi Sign And Contents Under Counter | 10.00 | 10.00 | -1.00 | 0.00 |
| 147 | JVC Television And Golf Picture | 5.00 | 5.00 | -0.50 | 0.00 |
| 148 | Sharp Microwave | 100.00 | 100.00 | -10.00 | 0.00 |
| 149 | Three Shelf Stainless Counter | 200.00 | 200.00 | -20.00 | 0.00 |
| 150 | Combination Grill and Fryer | 325.00 | 325.00 | -32.50 | 0.00 |
| 151 | Food Prep Station With Refrigeration | 250.00 | 250.00 | -25.00 | 0.00 |
| 152 | Four Foot Stainless Prep Table | 250.00 | 250.00 | -25.00 | 0.00 |
| 153 | (5) Framed Pictures | 10.00 | 50.00 | -5.00 | 0.00 |
| 154 | (3) Carpeted Benches | 10.00 | 30.00 | -3.00 | 0.00 |
| 155 | Table and Contents | 17.50 | 17.50 | -1.75 | 0.00 |
| 156 | (5) Quarry Hills Floor Mats | 10.00 | 50.00 | -5.00 | 0.00 |
| 157 | Table and Contents | 40.00 | 40.00 | -4.00 | 0.00 |
| 158 | Contents Of Pro Shop Check-In Desk | 45.00 | 45.00 | -4.50 | 0.00 |
| 159 | Contents Of Wall Counter | 20.00 | 20.00 | -2.00 | 0.00 |
| 160 | Table and Four Chairs | 15.00 | 15.00 | -1.50 | 0.00 |
| 161 | Rolling AV Cart and Clothing Display | 20.00 | 20.00 | -2.00 | 0.00 |
| 162 | Contents Of Office | 50.00 | 50.00 | -5.00 | 0.00 |
| 163 | Sentry Safe | 50.00 | 50.00 | -5.00 | 0.00 |
| 164 | Contents Of Club Repair Counter | 60.00 | 60.00 | -6.00 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
174 Airport Rd
P.O. Box 1267
Rockingham, NC  28380
Phone: 910-997-2248   Fax: 910-895-1530

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 6 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 165 | Partial Sets Of Golf Clubs | 90.00 | 90.00 | -9.00 | 0.00 |
| 166 | Remaining Contents Of Room | 85.00 | 85.00 | -8.50 | 0.00 |
| 167 | Contents Of Ladies Locker Room | 225.00 | 225.00 | -22.50 | 0.00 |
| 168 | Ladies Locker Room Desk | 10.00 | 10.00 | -1.00 | 0.00 |
| 169 | Contents Of Mens Locker Room | 80.00 | 80.00 | -8.00 | 0.00 |
| 170 | (2)Wall Sconce, (3) Concrete Planters, (2) Wood Pl | 50.00 | 50.00 | -5.00 | 0.00 |
| 171 | (3) Shoe Brush Stations, (2) Golf Bag Stands | 10.00 | 10.00 | -1.00 | 0.00 |
| 172 | (7) Club Stands | 0.71 | 5.00 | -0.50 | 0.00 |
| 173 | Contents Of Golf Shed Maintenance Room | 40.00 | 40.00 | -4.00 | 0.00 |
| 174 | Cart Cooler And Rolling Bar | 25.00 | 25.00 | -2.50 | 0.00 |
| 175 | Kubota M6040 Tractor 10% Commission | 19,000.00 | 19,000.00 | -1,900.00 | 0.00 |
| 176 | Proline Blower Attachment | 1,300.00 | 1,300.00 | -130.00 | 0.00 |
| 177 | John Deer Aerator | 2,900.00 | 2,900.00 | -290.00 | 0.00 |
| 178 | Hopper Spreader | 75.00 | 75.00 | -7.50 | 0.00 |
| 179 | Drag Mat | 5.00 | 5.00 | -0.50 | 0.00 |
| 180 | Cushman Core Harvester | 30.00 | 30.00 | -3.00 | 0.00 |
| 181 | Air Compressor | 40.00 | 40.00 | -4.00 | 0.00 |
| 182 | Walk behind tools | 45.00 | 45.00 | -4.50 | 0.00 |
| 183 | 3 Spools of Wire | 40.00 | 40.00 | -4.00 | 0.00 |
| 184 | Replacement Tank | 5.00 | 5.00 | -0.50 | 0.00 |
| 185 | Misc. Tools on Corner Shelves | 10.00 | 10.00 | -1.00 | 0.00 |
| 186 | Chemical Sprayers & Gas Mask | 10.00 | 10.00 | -1.00 | 0.00 |
| 187 | Heavy Chain | 10.00 | 10.00 | -1.00 | 0.00 |
| 188 | Sprinkler Parts | 10.00 | 80.00 | -8.00 | 0.00 |
| 189 | Extension Cords | 10.00 | 20.00 | -2.00 | 0.00 |
| 190 | Box of Bearing Wheels | 10.00 | 10.00 | -1.00 | 0.00 |
| 191 | Ball Washers | 0.83 | 2.50 | -0.25 | 0.00 |
| 192 | Water Coolers | 2.50 | 2.50 | -0.25 | 0.00 |
| 193 | Wheels and Tires | 17.50 | 17.50 | -1.75 | 0.00 |
| 194 | Jack, Jack stands, and Fuel Tanks | 7.50 | 7.50 | -0.75 | 0.00 |
| 195 | Boxes of Golf Cups | 0.56 | 5.00 | -0.50 | 0.00 |
| 196 | Metal Work Table | 5.00 | 5.00 | -0.50 | 0.00 |
| 197 | Metal Work Table with Hoist | 60.00 | 60.00 | -6.00 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
174 Airport Rd
P.O. Box 1267
Rockingham, NC  28380
Phone: 910-997-2248   Fax: 910-895-1530

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 7 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 198 | Work Table with Toolbox | 155.00 | 155.00 | -15.50 | 0.00 |
| 199 | Hoses and Hose Reel | 10.00 | 10.00 | -1.00 | 0.00 |
| 200 | Contents of Closet | 25.00 | 25.00 | -2.50 | 0.00 |
| 201 | Contents Of Wall | 475.00 | 475.00 | -47.50 | 0.00 |
| 202 | (3) Greens Hole Cutters | 5.00 | 15.00 | -1.50 | 0.00 |
| 203 | Bolt Bend, File Cabinet, Lockers | 130.00 | 130.00 | -13.00 | 0.00 |
| 204 | Contents Of Front Wall | 5.00 | 5.00 | -0.50 | 0.00 |
| 205 | Contents Of Maintenance Office | 5.00 | 5.00 | -0.50 | 0.00 |
| 206 | Hoshizaki Ice Maker | 375.00 | 375.00 | -37.50 | 0.00 |
| 207 | Contents Of Shelves | 50.00 | 50.00 | -5.00 | 0.00 |
| 208 | Roper Refrigerator | 5.00 | 5.00 | -0.50 | 0.00 |
| 209 | Lockers And Contents | 30.00 | 30.00 | -3.00 | 0.00 |
| 210 | Contents Of Closet And Table | 25.00 | 25.00 | -2.50 | 0.00 |
| 211 | Neary Cup Cutter Sharpener | 20.00 | 20.00 | -2.00 | 0.00 |
| 212 | Littlestown Bench Vise | 15.00 | 15.00 | -1.50 | 0.00 |
| 213 | Columbian Bench Vise | 35.00 | 35.00 | -3.50 | 0.00 |
| 214 | Contents Of Shelves and Under Table | 25.00 | 25.00 | -2.50 | 0.00 |
| 215 | Taylor-Way 4000 | 800.00 | 800.00 | -80.00 | 0.00 |
| 216 | Sweepster 6 Foot Brush Sweeper | 5.00 | 5.00 | -0.50 | 0.00 |
| 217 | Sprayer 110-30 | 45.00 | 45.00 | -4.50 | 0.00 |
| 218 | Landscaping Stone | 10.00 | 10.00 | -1.00 | 0.00 |
| 219 | Four Tires and Wheels | 5.00 | 5.00 | -0.50 | 0.00 |
| 220 | Cushman Cart Bed | 10.00 | 10.00 | -1.00 | 0.00 |
| 221 | Six Foot Greens Brush and Ball Picker | 20.00 | 20.00 | -2.00 | 0.00 |
| 222 | Ramps And Weedeater | 20.00 | 20.00 | -2.00 | 0.00 |
| 223 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 224 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 225 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 226 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 227 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 228 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 229 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 230 | Metal Outdoor Table and Four Chairs Set | 90.00 | 90.00 | -9.00 | 0.00 |
| 231 | Metal Outdoor Table and Four Chairs Set | 80.00 | 80.00 | -8.00 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
174 Airport Rd
P.O. Box 1267
Rockingham, NC  28380
Phone: 910-997-2248   Fax: 910-895-1530

| | |
|---|---|
| CO #: | 621 |
| Date: | 12/12/2014 |
| Page: | 8 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 232 | Metal Outdoor Table and Four Chairs Set | 80.00 | 80.00 | -8.00 | 0.00 |
| 233 | Metal Outdoor Table and Four Chairs Set | 80.00 | 80.00 | -8.00 | 0.00 |
| 234 | (2) Metal Outdoor Chairs Green | 10.00 | 20.00 | -2.00 | 0.00 |
| 235 | (2) Metal Outdoor Chairs Black | 10.00 | 20.00 | -2.00 | 0.00 |
| 236 | Pop Up Tent | 20.00 | 20.00 | -2.00 | 0.00 |
| 237 | Metal Outdoor Table and Four Chairs Set | 70.00 | 70.00 | -7.00 | 0.00 |
| 238 | Metal Outdoor Table and Four Chairs Set | 70.00 | 70.00 | -7.00 | 0.00 |
| 239 | Plan And Profile Course Framed Plans | 1.00 | 36.00 | -3.60 | 0.00 |
| 240 | Umbrella With Stand | 5.00 | 5.00 | -0.50 | 0.00 |
| 241 | Umbrella With (2)Stands | 5.00 | 5.00 | -0.50 | 0.00 |
| 242 | Gold Framed Mirror | 10.00 | 10.00 | -1.00 | 0.00 |
| 243 | Wood Framed Mirror | 5.00 | 5.00 | -0.50 | 0.00 |
| 244 | Wood Drafting Table | 5.00 | 5.00 | -0.50 | 0.00 |
| 245 | Shelf of Rakes - 10 pcs | 20.00 | 20.00 | -2.00 | 0.00 |
| 246 | Shelf of Shovels - 5 Pcs | 7.50 | 7.50 | -0.75 | 0.00 |
| 247 | Shelf of Rakes and Matic | 5.00 | 5.00 | -0.50 | 0.00 |
| 248 | Shelf of Greens Rakes - 4 pcs | 5.00 | 5.00 | -0.50 | 0.00 |
| 249 | Shelf of Trenches - 2 pcs and 1 post hole digger | 5.00 | 5.00 | -0.50 | 0.00 |
| 250 | Shelf of 4 bunker rakes | 5.00 | 5.00 | -0.50 | 0.00 |
| 251 | Shelf of 3 rakes & sling blade, matic, pry bar | 5.00 | 5.00 | -0.50 | 0.00 |
| 252 | 2 sprinkler heads, grappling hook & contents shelf | 7.50 | 7.50 | -0.75 | 0.00 |
| 253 | 2 shovels & contents of top shelf | 7.50 | 7.50 | -0.75 | 0.00 |
| 255 | 4 high pressure hoses | 7.50 | 7.50 | -0.75 | 0.00 |
| 256 | Contents of lower shelf & Floor | 7.50 | 7.50 | -0.75 | 0.00 |
| 257 | Echo PB Z100 Blower | 20.00 | 20.00 | -2.00 | 0.00 |
| 258 | Poulan Pro hedge trimmer | 5.00 | 5.00 | -0.50 | 0.00 |
| 259 | Dolmar chainsaw | 20.00 | 20.00 | -2.00 | 0.00 |
| 260 | Pruning shear & machete | 5.00 | 5.00 | -0.50 | 0.00 |
| 261 | 15 pcs sand rakes | 5.00 | 5.00 | -0.50 | 0.00 |
| 262 | Cabelas waders size 11 | 2.50 | 2.50 | -0.25 | 0.00 |
| 263 | 2 push broom & 6' broom | 2.50 | 2.50 | -0.25 | 0.00 |
| 264 | High pressure hoses | 5.00 | 5.00 | -0.50 | 0.00 |
| 265 | 3 backpack blower | 5.00 | 5.00 | -0.50 | 0.00 |
| 266 | Tow strap | 4.17 | 4.17 | -0.42 | 0.00 |

**Consignor Settlement**

**Iron Horse Auction Company Inc.**
**174 Airport Rd**
**P.O. Box 1267**
**Rockingham, NC  28380**
**Phone: 910-997-2248   Fax: 910-895-1530**

| CO #: | 621 |
|---|---|
| Date: | 12/12/2014 |
| Page: | 9 |

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 267 | Pitchfork, bush axe, fire ext. | 4.17 | 4.17 | -0.42 | 0.00 |
| 268 | 5 Pair boots | 4.17 | 4.17 | -0.42 | 0.00 |
| 269 | 2 Shindawa string trimmer | 15.00 | 15.00 | -1.50 | 0.00 |
| 270 | Wood stop sign | 15.00 | 15.00 | -1.50 | 0.00 |
| 271 | Parts washer | 15.00 | 15.00 | -1.50 | 0.00 |

Payment to Consignor - Wire sent to Stephens & Michaels Associates, Inc. for payoff on loan#   (   1,448.56)
26343509 Kubota Tractor

Payment to Consignor - Ck#5531 Paid to John Deere Financial for payoff on loan#   (   1,878.14)
020-0057790-000 JD ARTR G/T U

CO Expense - Advertising.   (   8,850.00)

Payment to Consignor - Ck# 5555 written to Capital Bank, NA   (  30,967.50)

| | |
|---|---|
| Total Quantity of Items Sold: | 905.00 |
| Total Invoice Sale Price: | 47,938.01 |
| Total Expenses: | (   8,850.00) |
| Total Commission: | (   4,793.81) |
| Total Due to Consignor: | 34,294.20 |
| Total Payments: | (  34,294.20) |
| Balance: | $0.00 |

No inventory remains for this consignment order

The net settlement noted above represents the monies due to you the consignor from the sale of personal property assets consigned lease and sold at public auction. This settlement represents payment in full for the gross proceeds, before the deduction of commission, buyer's premium and any expenses.

Please sign this document and return to Iron Horse Auction Co., Inc. using the included self addressed envelope.

_____          _____
Consignor Signature                    Date          Auctioneer Signature                    Date

## AUCTION PROMOTIONS UNLIMITED
P. O. BOX 1267 - 174 AIRPORT ROAD - ROCKINGHAM, NC 28380
OFFICE: 910-997-2248 - FAX: 910-895-1530

## ADVERTISING STATEMENT

| AUCTION NAME | AUCTION DATE(S) | ADVERTISING BUDGET | |
|---|---|---|---|
| Graham/Alamance/Quarry Hills | RE - 12/12 & PP - 12/16 | $ | 8,850.00 |

| Advertising | Description | Expenditures | |
|---|---|---|---|
| Iron Horse Auction Website | Internet | $ | 175.50 |
| Auction Zip-AANC-NAA | Internet | $ | 175.50 |
| You Tube | Internet | $ | 146.25 |
| Craigslist-Twitter-Facebook | Internet | $ | 58.50 |
| LoopNet | Internet | $ | 175.50 |
| Auction Zip Showcase | Internet | $ | 175.50 |
| Land Watch-Land & Farm-Lands of America | Internet | $ | 292.50 |
| Postards, 4x6, 4-Color, Produced | 3,668 | $ | 436.18 |
| Postage for Postcards, Mailed | 2,770 | $ | 941.80 |
| Signs | 2-4x8, 2-4x4, 4-18x24, 4-10 Day Raise Stickers | $ | 1,072.00 |
| Newspaper | Greensboro News & Record | $ | 1,048.43 |
| Newspaper | Raleigh News & Observer | $ | 1,159.75 |
| Newspaper | Charlotte Observer | $ | 900.90 |
| Newspaper | Burlington Times News | $ | 620.85 |
| Newspaper | American Classifieds | $ | 115.83 |
| Online Advertising | LoopNet Showcase Ad | $ | 1,404.00 |
| E-Mail Blast | 3 | $ | 351.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| TOTAL EXPENDITURES | $ | 9,249.99 |
| AMOUNT PREPAID BY SELLER | $ | - |
| AMOUNT DUE FROM SELLER | $ | 8,850.00 |
| AMOUNT DUE TO SELLER | | 0 |

**Payment Method**
Advertising to be paid from sales proceeds.

JOSH CHANEY - ADVERTISING MANAGER

*A SPECIALIZED MARKETING SERVICE CENTER FOR AUCTION COMPANIES*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Tri-G Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 33,283.00 |
| Prior to the filing of this statement I have received | $ | 33,283.00 |
| Balance Due | $ | 0.00 |

2. $ __1,717.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **See attached Exhibit.**

4. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **See attached Exhibit.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in adversary proceedings & other contested bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May  4, 2016__
*Date*

**/s/ Charles M. Ivey III**
**Charles M. Ivey III 8333**
*Signature of Attorney*
**Ivey, McClellan, Gatton & Siegmund**
**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
**336-274-4658  Fax: 336-274-4540**
*Name of law firm*

---

DISCLOSURE OF COMPENSATION STATEMENT
EXHIBIT

The owners advanced funds on behalf of the Debtor, Tri-G Group, LLC, to pay pre-petition attorney fees and have agreed to pay up to a total of $50,000 for pre-petition and post-petition fees if funds are not otherwise available.  The owners will not be seeking reimbursement from the Debtor.  Upon information and belief, the owners, Dian H. Gulick, Garen G. Gulick, Guy G. Gulick, Guy S. Gulick, Kathy L. Corron, Monty C. Corron, Ronda R. Gulick and Sheila A. Gulick reached an agreement with Capital Bank, N.A., to advance these funds and place the Debtor into a Chapter 11 and, in turn, the secured creditor agreed not to pursue any guaranty liability.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Tri-G Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Garren G. Gulick**<br>**5666 Buckley Woods Trail**<br>**Snow Camp, NC 27349** | | | **25% Owner** |
| **Guy G. Guiick**<br>**4508 Old US 421 North**<br>**Siler City, NC 27344** | | | **25% Owner** |
| **Guy S. Gulick**<br>**9554 Snow Camp Road**<br>**Snow Camp, NC 27349** | | | **25% Owner** |
| **Monty Corron**<br>**3221 Boywood Road**<br>**Graham, NC 27253** | | | **25% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  4, 2016**

Signature    **/s/ Guy G. Gulick**

**Guy G. Gulick**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Tri-G Group, LLC**

                                      Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 4, 2016**

**/s/ Guy G. Gulick**

**Guy G. Gulick/Manager**
Signer/Title

2109 Crescent Drive, LLC, a
North Carolina Limited Liability Company
203 Sunset Circle
Chapel Hill, NC 27516


2109 Crescent Drive, LLC, a
North Carolina Limited Liability Company
2109 Crescent Drive
Graham, NC 27253


21st Mortgage Corp.
P.O. Box 477
Knoxville, TN 37901


Access Receivables Management
PO Box 1377
Cockeysville, MD 21030-9998


Alamance County Clerk of Court
RE: File No. 14-SP-455
1 Court Square
Graham, NC 27253-2882


Alamance County Clerk of Court
RE: File No. 14-CVS-164
1 Court Square
Graham, NC 27253-2882


Alamance County Tax
124 West Elm Street
Graham, NC 27253


Alex Valentine, Jr. & Linda Valentine
835 Rivers Edge Drive
Graham, NC 27253


American National Bank and Trust Company
Successor by merger to MidCarolina Bank
3101 South Church Street
Burlington, NC 27215


American National Bank and Trust Company
Successor by merger to MidCarolina Bank
ATTN: Officer/Director
628 Main Street
Danville, VA 24541

American National Bank and Trust Company
Successor by merger to MidCarolina Bank
ATTN: Jeffery V. Haley, Reg. Agent
173 Main Street
Yanceyville, NC 27379


American National Bank and Trust Company
Mebane Office
1107 South Fifth Street
Mebane, NC 27302


Amos L. Fisher
2025 Crescent Drive
Graham, NC 27253


Andraos N. Nicola
204 Windrift Drive
Gibsonville, NC 27249


Andraos N. Nicola
1228 Quandary Lake Ln
Graham, NC 27253


Andrew L. Pryce
6404 Glendevon drive
Whitsett, NC 27377-9240


Andrew L. Pryce
952 Rivers Edge Drive
Graham, NC 27253-8716


Ann E. Trollinger
1526 George Bason Road
Graham, NC 27253


Anne F. Kirkpatrick
4201 Friendship Patterson Mill Road
Burlington, NC 27215


Anne F. Kirkpatrick
2210 Hickory Run
Graham, NC 27253

Anthony J. Danna & Barbara S. Danna
1262 Quandary Lake Lane
Graham, NC 27253


Appalachian Residential Developers, Inc.
1919 North Bridge Street
Elkin, NC 28621


Arthur K. Chansky
1031 Pinehurst Drive
Chapel Hill, NC 27517


AT&T Family Federal Credit Union
2098 Frontis Plaza Blvd.
Winston-Salem, NC 27103


Aubrey Ryan Smith & Lori Shoffner Smith
1311 Quandary Lake Lane
Graham, NC 27253


Bagwell Holt Smith PA
400 Market Street, Ste. 103
Chapel Hill, NC 27516


Bank of America
Consumer Bankruptcy
4161 Piedmont Parkway
Greensboro, NC 27410


Bank of America Home Loans
Successor to: Countrywide Home Loans Inc
4500 Park Granada
Calabasas, CA 91302


Bank of America Home Loans
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170


Bank of America Home Loans
Successor to Countrywide Home Loans, Inc
P.O. Box 10423
Van Nuys, CA 91499

Bank of America Home Loans
Successor to: Countrywide Home Loans Inc
c/o Bank of America, NA
150 N. College Street; NC1-028-17-06
Charlotte, NC 28202-2271


Bank of America, N.A.
ATTN: Brian T. Moynihan (or Officer)
150 North College St.
NC1-028-17-06
Charlotte, NC 28255


Bank of America, N.A.
101 North Tryon Street
Charlotte, NC 28255


Bank of North Carolina
Successor to: Randolph Bank & Trust Co.
ATTN: Officer/Director
831 Julian Avenue
Thomasville, NC 27360


Bank of North Carolina
Successor to: Randolph Bank & Trust Co.
ATTN: Richard D. Calcutt II, Reg. Agent
3980 Premier Dr., Ste 210
High Point, NC 27265


Barbara S. D'Anna
1262 Quandary Lake Lane
Graham, NC 27253-9554


Bateman, Oertel & Koonts, PLLC
c/o 21st Mortgage Corp.
P.O. Box 477
Knoxville, TN 37901


Bateman, Oertel & Koonts, PLLC
c/o Taylor Bean & Whitaker Mortgage Corp
1417 Magnolia Ave.
Ocala, FL 34475


Bayview Loan Servicing, LLC
4425 Ponce De Leon
5th Floor
Coral Gables, FL 33146

BB&T
Service Center
PO Box 698
Wilson, NC 27894-0698


BB&T
Special Assets-Retail Foreclosure
Mail Code- 100-500-01-52
2713 Forest Hill Rd
Wilson, NC 27893


BB&T
PO Box 819
Wilson, NC 27894-0819


BB&T Collateral Service Corporation
P.O. Box 1290
Whiteville, NC 28472


BB&T, as Successor to:
Southern National Bank of North Carolina
ATTN: Robert E. Greene (or Officer)
200 West Second Street
Winston Salem, NC 27101-4019


Bennie R. Hall
302 S. Marshall Street
Graham, NC 27253-3324


Beth Johnson
1150 George Bason Rd
Graham, NC 27253-8700


Beth Johnson
1146 George Bason Rd
Graham, NC 27253-8700


Betty C. Hatch
922 Golf House Rd. E
Whitsett, NC 27377-9203


Betty C. Hatch
2150 Crescent Dr.
Graham, NC 27253-8522

Betty R. Wilkinson
590 Valverda Street
Supply, NC 28462


Branch Banking and Trust Company
d/b/a BB&T
ATTN: Robert E. Greene (or Officer)
200 West Second Street
Winston Salem, NC 27101-4019


Branch Banking and Trust Company
d/b/a BB&T
223 West Nash Street
Wilson, NC 27893


Brenda H. Smith
936 Rivers Edge Drive
Graham, NC 27253


Brian J. Lutman
1531 George Bason Road
Graham, NC 27253


Brian S. Cope
824 Rivers Edge Drive
Graham, NC 27253


Britany Marie Mayek
1123 George Bason Road
Graham, NC 27253


Brock & Scott PLLC
5431 Oleander Dr
Wilmington, NC 28403


Capital Bank
Successor by merger to 1st State Bank
445 South Main Street
Burlington, NC 27215


Capital Bank
Alamance Commercial Market
445 S. Main St.
Burlington, NC 27215

Capital Bank
Successor by merger to 1st State Bank
4901 Glenwood Ave.
Raleigh, NC 27612


Capital Bank
Successor by merger to 1st State Bank
ATTN: Officer/Director
333 Fayetteville St., Suite 700
Raleigh, NC 27601


Capital Bank
Successor by merger to 1st State Bank
ATTN: Officer/Director
PO Box 18949
Raleigh, NC 27619-8949


Capital Bank NA
445 S. Main Street
Burlington, NC 27215


Capital Bank NA
333 Fayetteville Street
Suite 1490
Raleigh, NC 27601


Capital Bank, N.A.
ATTN: Officer/Director
333 Fayetteville St., Suite 700
Raleigh, NC 27601


Capital Bank, N.A.
ATTN: Officer or Director
2 South Salisbury Street
Raleigh, NC 27601


Capital Bank, N.A.
South Church Street Branch
3466 S. Church Street
Burlington, NC 27215


Carolina Bank
ATTN: Officer/Director
101 North Spring Street
4th Floor
Greensboro, NC 27401

Carolina Home Mortgage, Inc.
6118-H Farrington Road
Chapel Hill, NC 27514


Carolina Home Mortgage, Inc.
ATTN: Officer or Director (Legal)
1506 E Franklin Street, Ste. 201
Chapel Hill, NC 27514


Carolyn M. Beaman
1521 George Bason Road
Graham, NC 27253-8504


Catherine Dawn Abney
2354 Gloucester Court
Graham, NC 27253


Cathy Kime Rumley
635 Natalie Drive
Graham, NC 27253-5224


CB Services Corporation
c/o NC Secretary of State, Reg. Agent
2 South Salisbury Street
Raleigh, NC 27601


CB Trustee, LLC
Post Office Box 18949
Raleigh, NC 27612


Celeste Webster & Robert L. Webster, Jr.
2227 Hickory Run
Graham, NC 27253


Central Carolina Bank & Trust Co.
or Successor(s) In Interest
P.O. Box 931
Durham, NC 27702


Central Carolina Bank, a division of
National Bank of Commerce, Memphis, TN
or Successor(s) In Interest
Box 30063
Durham, NC 27702

Charles M. Princell & Susan M. Princell
2147 Crescent Drive
Graham, NC 27253


Charles Russell & Dixie L. Albea Russell
2315 NC 54 East
Graham, NC 27253


Cheryl Swaney Suggs
Revocable Living Trust
Dated July 26, 1999
1464 George Bason Road
Graham, NC 27253


Christopher E. Patterson
& Tracey H. Patterson
2013 Crescent Drive
Graham, NC 27253


Christopher R. Brouillard
1334 George Bason Road
Graham, NC 27253


Cindy D. Leitch & Joseph F. Leitch II
2524 Pinetop Avenue
Graham, NC 27253-8554


CitiMortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368-2240


CitiMortgage, Inc.
c/o Verdugo Trustee Service Corporation
14700 Citicorp Drive
Hagerstown, MD 21740


CitiMortgage, Inc.
c/o Verdugo Trustee Service Corporation
PO Box 30509
Tampa, FL 33631


CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF NORTH CAROLINA
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401

Clement and Wheatley,
A Professional Corporation
549 Main Street
Post Office Box 8200
Danville, VA 24541


Coastal Federal Credit Union
The United States of America
P.O. Box 58429
Raleigh, NC 27658-8429


Coastal Federal Credit Union
ATTN: Payments
P.O. Box 10009
Irmo, SC 29063-5009


Coastal Federal Credit Union
ATTN: Officer or Director
P.O. Box 99167
Raleigh, NC 27624-9167


Coastal Federal Credit Union
ATTN: Legal
1000 Saint Albans Drive, Ste. 200
Raleigh, NC 27609


Cole Taylor Bank
Or Successor(s) in Interest
2350 Green Road, Ste. 100
Ann Arbor, MI 48105


Cole Taylor Bank
Or Successor(s) in Interest
ATTN: Officer/Director
9550 W Higgins Rd.
Des Plaines, IL 60018-4906


Commonwealth Real Estate Info Services
100 Beacham Drive
Pittsburgh, PA 15205


Constance R. Stienstra
c/o JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Floor 4 J
Columbus, OH 43240

County of Alamance
Office of the Tax Administrator
124 W. Elm Street
Graham, NC 27253-2802


CP Buckner Steel Erection Inc.
d/b/a CFB, Inc.
4732 NC Hwy 54
Graham, NC 27253


CP Buckner Steel Erection Inc.
d/b/a CFB, Inc.
1338 George Bason Road
Graham, NC 27253


CU079448
PO Box 1022
Wixom, MI 48393-1022


Curtis J. Perry & Patricia A. Perry
964 Rivers Edge Drive
Graham, NC 27253


Cynthia Trinidad Mitchell
1549 George Bason Road
Graham, NC 27253


Dale Swiggett
5515 Alton Ct
Mebane, NC 27302-7626


Daniel D. Hornfeck
101 North Spring Street
Greensboro, NC 27401


Daniel Martin Ellison
Post Office Box 25005
Durham, NC 27701


Daniel W. Thomas
706 Huffman Mill Rd E-7
Burlington, NC 27215

Daniel W. Thomas
1352 George Bason Road
Graham, NC 27253


Danny L. Thompson & Drema S. Thompson
1546 Bentwood Drive
Graham, NC 27253


David Allen Dodson
3662 Mount Willen Road
Haw River, NC 27258


David Allen Dodson
2221 Hickory Run
Graham, NC 27253


David E. Royal
PO Box 8
Fuquay Varina, NC 27526


David I. Norris & Tamara H. Norris
2039 Crescent Drive
Graham, NC 27253


David Reid Dorsett
2209 Hickory Run
Graham, NC 27253


David Reid Dorsett
Post Office Box 1065
Graham, NC 27253


Dean P. Bedell & Shelia D.  Bedell
1523 Bentwood Drive
Graham, NC 27253


Deborah Beasley Kinley
1541 George Bason Road
Graham, NC 27253


Deborah Howsare
2034 Crescent Drive
Graham, NC 27253

Deborah R. Ellis
513 Chesapian Trail
Virginia Beach, VA 23452


Deborah R. Ellis
1224 George Bason Road
Graham, NC 27253


Deborah S. Lawrence
903 Rivers Edge Dr.
Graham, NC 27253-8716


Deborah S. Lawrence
3148 Wagoner Ln.
Graham, NC 27253-9231


Debra Campbell Mason, Trustee DCM Trust
2239 Hickory Run
Graham, NC 27253


Decision One Mortgage Co., LLC
6060 J.A. Jone Drive
Ste. 1000
Charlotte, NC 28287


Decision One Mortgage Co., LLC
c/o Brock, Scott & Ingersoll
501-B Adams Farm Lane
Greensboro, NC 27407


Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275


Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Dennis A. Tate & Song C. Tate
2135 Hwy 54 East
Graham, NC 27253


Dennis J. Jones & Laura Baker Jones
1434 George Bason Road
Graham, NC 27253


Derek J. Allen, Esq.
P.O. Box 26000
Greensboro, NC 27420


Diane Gulick
5666 Buckley Woods Trail
Snow Camp, NC 27349


Donald C. Efland & Mary Kathryn Efland
2204 Crescent Drive
Graham, NC 27253


Douglas N. Coon & Vickie H. Coon
1502 Bentwood Drive
Graham, NC 27253


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090


Duke University Federal Credit Union
2200 W. Main Street
Suite L100
Durham, NC 27705


Duncan G. Wallace & Tina M. Wallace
1124 George Bason Road
Graham, NC 27253


E-Z-GO
A Textron Company
PO Box 905610
Charlotte, NC 28290-5610


E-Z-GO A Textron Company
26007 Network Place
Chicago, IL 60673-1260

Edmund F. Lapham III & Carolyn L. Lapham
2054 Crescent Drive
Graham, NC 27253


Elizabeth Anne Pearson
Post Office Box 1065
Graham, NC 27253


Elizabeth Anne Pearson
2209 Hickory Run
Graham, NC 27253


Emma H. Ayscue
1320 Quandary Lake LN
Graham, NC 27253-8526


Ernest Crawford
705 Windsor St., Unit 70
Burlington, NC 27217-6055


Ernest Crawford
704 Kilby St.
Burlington, NC 27215-6530


Ernest Crawford
3201 Farmington Dr.
Greensboro, NC 27407-5703


Ernest Crawford
4917 NC Highway 54W
Chapel Hill, NC 27516-8297


Ernest Crawford
4900 NC Highway 54W
Chapel Hill, NC 27516-8296


Ernest Crawford & Foy Crawford
2132 Crescent Dr.
Graham, NC 27253-6055


Ernest Harold Ayscue & Emily T. Ayscue
1320 Quandary Lake Lane
Graham, NC 27253

Ernest W. Crawford & Foye A. Crawford,
Co-Trustees, The Ernest W. Crawford and
Foye A. Crawford Revocable Living Trust.
2132 Crescent Drive
Graham, NC 27253


Estate of Anthony D'Anna
1262 Quandary Lake Lane
Graham, NC 27253-9554


Estate of Claire Watson Wolverton
1501 Bentwood Drive
Graham, NC 27253-9640


Estate of Edward Macheski
1238 Quandary Lake Ln.
Graham, NC 27253-9554


Estate of Edward Macheski
c/o Anne Macheski
8 Rose Ct. W 8
Great Barrington, MA 01230-9740


Estate of Edward Macheski
c/o Victoria A. Macheski
51 Rigor Hill Rd.
Chatham, NY 12037-2025


Estate of Edward Macheski
c/o Benoit E. Maison
11 Lake St. Apt 4F
White Plains, NY 10603-3820


Estate of Fern L. Pike
a/k/a Virginia Fern Pike
2045 Crescent Drive
Graham, NC 27253


Estate of Jean Pruitt
1138 George Bason Road
Graham, NC 27253-8700


Estate of Lester G. Younts
1409 George Bason Rd.
Graham, NC 27253-8503

Estate of Margaret Mary Lawrence
1521 Bentwood Drive
Graham, NC 27253


Estate of Ralph Theodore Ball, Jr.
1505 Bentwood Drive
Graham, NC 27253


Estate of Robert John McMullan
818 Rivers Edge Drive
Graham, NC 27253-8706


Estate of William H. Ritter
2022 Crescent Drive
Graham, NC 27253-9548


Estate of: Harvey Leonard Latham
2157 NC 54
Graham, NC 27253


Eul Sik Son &/or Gong Rye Son
3908 Lasalk Drive
High Point, NC 27265


Eul Sik Son &/or Gong Rye Son
841 Rivers Edge Drive
Graham, NC 27253


Evelyn C. Ball
1505 Bentwood Drive
Graham, NC 27253


Fairway Independent Mortgage Corporation
6652 Pinecrest Drive, Ste.200
Plano, TX 75024


Fairway Independent Mortgage Corporation
514 S. Stratford Rd,
Suites 235 & 240
Winston Salem, NC 27103


FDIC Office of the Ombudsman
E - 2022
3501 Fairfax Drive
Arlington, VA 22226

Federal Deposit Insurance Corp. (FDIC)
ATTN: U.S. Attorney Ripley Rand
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401


Federal Deposit Insurance Corp. (FDIC)
Legal Division
3501 Fairfax Drive,
Room VS-E-6097
Arlington, VA 22226


Federal Deposit Insurance Corp. (FDIC)
ATTN: Civil Process Clerk
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401


Federal Deposit Insurance Corporation
Division of Resolutions and Receivership
1601 Bryan Street
Dallas, TX 75201


Federal Home Loan Mtg. Co.
or Owner/Occupant
1517 Bentwood Drive
Graham, NC 27253


Federal National Mortgage Assoc.
14221 Dallas Parkway
Ste. 1000
Dallas, TX 75254


Fidelity Bank - Mortgage Lending Office
9121 Anson Way
Suite 200
Raleigh, NC 27615


Fidelity Mortgage, Inc.
8044 Montgomery Road,
Ste. 460
Cincinnati, OH 45236


First Bank
18 Chatham Corners
PO Box 1757
Pittsboro, NC 27312

First Citizens Bank
Loan Servicing Department
P.O. Box 27988
Raleigh, NC 27611


First Citizens Bank & Trust Comp.
ATTN: Officer or Director
239 Fayetteville Street
Raleigh, NC 27601


First Financial Services, Inc.
334 Holly Hill Lane
Burlington, NC 27215


First Financial Services, Inc.
ATTN: Donald Landgraff (or Officer)
6230 Fairview Road, Ste. 450
Charlotte, NC 28210-3285


FM Lending Services, LLC
1000 St. Albans Drive
Ste. 400
Raleigh, NC 27609


Forrest C. Hall, Esq.
205 N. Main Street
Graham, NC 27253


Frances L. Williams & Roman H. Williams
c/o National City Mtg. Co.
2124 Crescent Drive
Graham, NC 27253


Franklin American Mortgage Company
501 Corporate Centre Drive
Ste. 400
Franklin, TN 37067


Franklin American Mortgage Company
ATTN: CT Corporation System
150 Fayetteville St., Box 1011
Raleigh, NC 27601-2957


Fred Felter & Brenda B. Felter
690 Barclay Lane
Broomall, PA 19008

Fred Felter & Brenda B. Felter
2245 Hickory Run
Graham, NC 27253


Freedom Mortgage Corporation
907 Pleasant Valley Ave., Ste. #3
Mount Laurel, NJ 08054


G.T. Blanchard III & Jelene B. Blanchard
1507 George Bason Road
Graham, NC 27253


Gail R. Murphy
1506 Bentwood Drive
Graham, NC 27253


Gail R. Murphy
2228 Hickory Run
Graham, NC 27253


Gale Morrah
1506 Bentwood Drive
Graham, NC 27253


Garren G. Gulick
5666 Buckley Woods Trail
Snow Camp, NC 27349


Gateway Mortgage, Inc.
2235 Gateway Access Point
Ste. 300
Raleigh, NC 27607


Gay Euliss Foley
1230 George Bason Road
Graham, NC 27253


George R Davis, Sr. & Patricia Davis
1330 George Bason Road
Graham, NC 27253


George S. Bason Jr.
623 Meadowood Drive
Burlington, NC 27215

George S. Sims & Adrian Phillips Sims
149 Carden Place Apt. B
Mebane, NC 27302


George S. Sims & Adrian Phillips Sims
930 Rivers Edge Drive
Graham, NC 27253


George W. Ackley III & Cheryl A. Ackley
2205 Crescent Drive
Graham, NC 27253


Gerald D. Collins & Brenda T. Collins
2102 Crescent Drive
Graham, NC 27253


Glenda K. Lowe
2205 Hickory Run
Graham, NC 27253


Glenn D. Dodson, Jr. & Laura M. Dodson
825 Rivers Edge Drive
Graham, NC 27253


Glenn Douglas Dodson, Jr.
1045 Quandary Trail
Graham, NC 27253-9524


Glenn Douglas Dodson, Jr.
100 Quandary Lane
Graham, NC 27253


Glenn Douglas Dodson, Jr.
21 Crescent Drive
Graham, NC 27253


Glenn Douglas Dodson, Jr.
4 Crescent Drive
Graham, NC 27253


GMAC Mortgage Corporation
100 Witmer Road
Horsham, PA 19044-0963

Gordon H. Oliver & Cynthia B. Oliver
1538 George Bason Road
Graham, NC 27253


Gordon Oliver
345 53RD Ave. N.
North Myrtle Beach, SC 29582-1327


Grady Joe Wheeler
P.O. Box 373
Graham, NC 27253


Grady Joseph Wheeler
207 N. Main St.
Graham, NC 27253


Guaranteed Rate, Inc.
3940 N. Ravenswood
Chicago, IL 60613


Gulick Excavating, Inc.
9554 Snow Camp Rd
Snow Camp, NC 27349-9785


Guy G. Gulick
4508 Old US 421 North
Siler City, NC 27344


Guy G. Gulick a/k/a Geoff Gulick
4508 Old 421 N.
Siler City, NC 27344


Guy S. Gulick
9554 Snow Camp Road
Snow Camp, NC 27349


Gwen & Keith Hoyt
c/o Geoffrey K. Oertel
3493 Forestdale Dr., Ste. 103
Burlington, NC 27215


H. Douglas Satterfield, Jr.
2918 Highland Circle
Shelby, NC 28150

H. Douglas Satterfield, Jr.
2216 Hickory Run
Graham, NC 27253


Hall Premiere Properties III, LLC
348 Marker 55
Supply, NC 28462


Hall Premiere Properties III, LLC
348 Marker 55
Holden Beach, NC 28462


Hall Premiere Properties III, LLC
ATTN: Bennie R. Hall, Reg. Agent
348 Marker Fifty Five Drive
Holden Beach, NC 28462-1808


Hamilton Group Funding, Inc.
13650 NW 8th Street
Ste. 109
Sunrise, FL 33325


Harold D. Gross & Georgie C. Gross
2149 S. NC 54 Hwy
Graham, NC 27253


Hattie P. Moser Ritter
1217 Henry Street
Yadkinville, NC 27055


Hattie P. Moser Ritter
2202 Crescent Drive
Graham, NC 27253


Helvey & Associates, Inc.
1015 E. Center Street
Warsaw, IN 46580-3420


Hickory Run Condominium Corporation
ATTN: Bill Price, Registered Agent
111 Ann Elizabeth Drive
Burlington, NC 27215

Homecomings Financial Network, Inc.
2101 Rexford, Suite 168W
Charlotte, NC 28211


Howard M. Malinski & Mary Lee Malinski
1446 George Bason Road
Graham, NC 27253


Hutchens & Senter
ATTN: H. Terry Hutchens, Esq.
4200 Morganton Road, Ste. 103
Fayetteville, NC 28314


HUTCHENS LAW FIRM
105 Commerce Avenue
Southern Pines, NC 28387


HUTCHENS LAW FIRM
4317 Ramsey Street
Fayetteville, NC 28311


Ingeborg Warschkow
1255 George Bason Road
Graham, NC 27253-8501


Ingeborg Warschkow
2156 George Bason Road
Graham, NC 27253


Interchange Technologies Intern'l, LLC
c/o Anthony J. D'Anna, Reg. Agent
1262 Quandary Lake Lane
Graham, NC 27253


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
ATTN: U.S. Attorney Ripley Rand
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401

```
Internal Revenue Service
ATTN: Civil Process Clerk
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401


J. Michael Ellis
2306 Pine Knoll Ter.
Burlington, NC 27217-3100


J. Michael Ellis
2256 Pine Knoll Ter.
Burlington, NC 27217-3100


J. Michael Ellis
301 N. Main St.
Burlington, NC 27217-3905


J. Ralph Pike
2045 Crescent Drive
Graham, NC 27253


Jacob E. Hensley & Leah Hensley
2222 Hickory Run - Unit 9
Graham, NC 27253


James Alan Bowes
1123 George Bason Road
Graham, NC 27253


James C. McGill
c/o JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Floor 4J
Columbus, OH 43240


James C. McGill
c/o 1st State Bank (or successors)
445 South Main Street
Burlington, NC 27215


James D. Shanks & Kimberly D. Rich
1315 Quandary Lake Lane
Graham, NC 27253
```

James E. Morrah Jr.
1506 Bentwood Drive
Graham, NC 27253


James H. Johnson, Esq.
106-B South MAple Street
Graham, NC 27253


James K. Pruitt & E. Jean Pruitt
1138 George Bason Road
Graham, NC 27253


James M. Johnson
6118-H Farrington Road
Chapel Hill, NC 27514


James Michael Ellis
513 Chesapian Trail
Virginia Beach, VA 23452


James Michael Ellis
1224 George Bason Road
Graham, NC 27253


James or Jamie Goodson
2004 Carriage Way
Summerville, SC 29485-6231


James or Jamie Goodson
1531 George Bason Road
Graham, NC 27253-8504


James or Jamie Goodson
1252 Stonehedge Trail LN
Saint Augustine, FL 32092-1060


James or Jimmy Goodson
434 Peace Rollins CT
Kernersville, NC 27284-7091


James or Jimmy Goodson
1531 George Bason Road
Graham, NC 27253-8504

James R. Bachich & Jennifer M. Bachich
849 Rivers Edge Drive
Graham, NC 27253

James R. McAdams & Linda S. McAdams
1146 George Bason Road
Graham, NC 27253

James West & Michelle West
2010 Crescent Drive
Graham, NC 27253

Janet D. Nave
2039 Crescent Drive
Graham, NC 27253-8521

Janet Rhyne Andrews
& Dennis Gilmore Andrews
2117 Crescent Drive
Graham, NC 27253

Jeffery D. Holmes & Melissa H. Holmes
1326 George Bason Road
Graham, NC 27253

Jeffery Hall
3318 Bellemont Mount Hermon Rd
TRLR 21
Burlington, NC 27215-8820

Jeffery Hall
5490 Hitching Post Dr.
Gibsonville, NC 27249-9628

Jeffrey D. Hall & Paula S. Hall
1274 Quandary Lake Lane
Graham, NC 27253

Jennifer Grant
223 West Nash Street
Wilson, NC 27893

Jerry T. Livers & Brenda H. Livers
1072 George Bason Road
Graham, NC 27253

Jess T. Patterson
2210 Hickory Run
Graham, NC 27253


Jess T. Patterson & Anne F. Patterson
4201 Friendship Patterson Mill Road
Burlington, NC 27215


Jess T. Patterson & Anne F. Patterson
1316 George Bason Road
Graham, NC 27253


Jim Hoose
P.O. Box 18949
Raleigh, NC 27619-8949


Jo Ann Latham
2157 NC 54
Graham, NC 27253


John Benjamin Wolverton, Jr.
& Claire Watson Wolverton
1501 Bentwood Drive
Graham, NC 27253


John H. Keck & Ruth H. Keck
2455 S. NC 87
Graham, NC 27253


John H. Keck & Ruth H. Keck
1236 George Bason Road
Graham, NC 27253


John M. Behnke & Martha C. Behnke
1015 Quandry Trail
Graham, NC 27253-9524


John M. Davis, Attorney at Law
9051 Strickland Rd.
Ste. 121
Raleigh, NC 27615


Joseph Edward Sickles II
2305 Morehead Avenue
Durham, NC 27707

Joseph L. Vincent & Coleen C. Vincent
1204 George Bason Road
Graham, NC 27253


Joseph P. Clark
c/o Truliant Federal Credit Union
3200 Truliant Way
Winston-Salem, NC 27103


Jovetta Woodard
41 Rachel Drive
Nashville, TN 37214


JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Floor 4 J
Columbus, OH 43240


JPMorgan Chase Bank, N.A.
ATTN: Officer/Director
1111 Polaris Parkway
Columbus, OH 43240


JPMorgan Chase Bank, N.A.
Home Equity & Consumer Lending Division
1111 Polaris Parkway
Floor 4 J
Columbus, OH 43240


Julie Patton
2269 Hickory Run 18
Graham, NC 27253-8592


Julie Patton
2263 Crescent Drive, Unit #18C
Graham, NC 27253-8572


June M. Young, Trustee of
The June M. Young Trust, dated
June 13, 2008.
1306 George Bason Road
Graham, NC 27253


Katherine Jane Ferrell
PO Box 106
Graham, NC 27253

Katherine Jane Ferrell
2001 Crescent Drive
Graham, NC 27253


Kathy Corron
3221 Boywood Road
Graham, NC 27253


Kay G. McMullan
818 Rivers Edge Drive
Graham, NC 27253-8706


Keith & Gwen Hoyt
1045 Quandary Trail
Graham, NC 27253-9524


Keith & Gwen Hoyt
c/o
OERTEL, KOONTS & OERTEL, PLLC
3493 Forestdale Drive, Ste. 103
Burlington, NC 27215


Kenneth A. Williams & Cheryl P. Williams
1088 Knollridge Road
Burlington, NC 27217


Kenneth L. Harman & Lois E. Harman
1532 Bentwood Drive
Graham, NC 27253


Kimberly Elizabeth Lee, Sub. Trustee
WASLAW, LLC
PO Box 8088
Greenville, NC 27835


LandAmerica One Stop
c/o Bank of America, NA
451 7th Street SW
#B- 133
Washington, DC 20410


Laura Ellis, Free Trader
1511 Brent Drive
Graham, NC 27253

Laura Swift
1303 Quandary Lake Lane
Graham, NC 27253


Laurel A. Meyer
6652 Pinecrest Drive, Ste.200
Plano, TX 75024


Laurence J. Trapp
c/o Randolph Bank & Trust Co.,
or Successor(s) In Interest
175 N. Fayetteville Street
Asheboro, NC 27203


Linda R. Higgins Wadlinger
1541 Bentwood Drive
Graham, NC 27253


Lisa J. Mooneyham
1228 George Bason Road
Graham, NC 27253


Local Government Federal Credit Union
P.O. Drawer 25279
Raleigh, NC 27611-5279


Lois & Ronald Witherby
260 Ballantyne Common Cir.,
Apt. 103
Hendersonville, NC 28792-7349


LORETTA E. LYNCH
ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


Lowes Business Acct/Syncb
P.O. Box 530970
Atlanta, GA 30353-0970


Lowes Companies Inc.
1000 Lowe's Blvd
Mooresville, NC 28117-8520

LSI Title - NATL VENDOR
c/o JP Morgan Chase Bank, NA
1111 Polaris Parkway
Floor 4 J
Columbus, OH 43240


Mann Properties Limited Partnership,
a NC Limited Partnership
1300 George Bason Road
Graham, NC 27253


Mann Properties Limited Partnership,
a NC Limited Partnership
2351 Gloucester Ct.
Graham, NC 27253


Marilyn S. Savery & Rex T. Savery, Jr.
2240 Hickory Run
Graham, NC 27253


Mark Alan Sample II
2354 Gloucester Court
Graham, NC 27253


Mark Alvis Rumley
1504 George Bason Road
Graham, NC 27253


Mark Alvis Rumley
1507 George Bason Road
Graham, NC 27253-8505


Mark E. Rava & Beth A. Rava
1331 Quandary Lake Lane
Graham, NC 27253


Mark Garces
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544


Mark H. Mitchell
1549 George Bason Road
Graham, NC 27253

Martha Phyllis Ford
1238 Quandary Lake Lane
Graham, NC 27253


Marvin R.McIntryre & Patricia K.McIntrye
1514 George Bason Road
Graham, NC 27253-8504


Marvin Ray McIntryre & Patricia McIntrye
Trustees of McIntryre Family Irrevoc.
Trust Agreement Dated November 5, 2012
1514 George Bason Road
Graham, NC 27253-8504


Mary A. Shell
c/o Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180


Mary Ann Lake, Surviving Trustee of the
Charles E. Lake & Mary A. Lake Revocable
Living Trust dated Oct. 18, 2002.
2218 Crescent Drive
Graham, NC 27253


Maverick Funding Corporation
66 Painters Mill Road
Ste. 202
Owings Mills, MD 21117


Maverick Funding Corporation
ATTN: Michael J. Larue, Reg. Agent
8396-104 Six Forks Road
Raleigh, NC 27615-3058


Maverick Funding Corporation
ATTN: Michael J. Larue,
or Officer/Director
9112 Meadow Mist Court
Raleigh, NC 27617


MB Financial Bank, NA
Successor by merger to: Cole Taylor Bank
ATTN: Officer/Director
9550 W Higgins Rd.
Rosemont, IL 60018-4906

MB Financial Bank, NA
Successor by merger to: Cole Taylor Bank
ATTN: Erik J. Trumpower, Reg. Agent
3412 High Hamptons Drive
Charlotte, NC 28210


Mebane Lumber Building Supply Inc.
7401 US Hwy 70
PO Box 160
Mebane, NC 27302


Mebane Lumber Building Supply Inc.
ATTN: Everette M. Greene, Reg. Agent
PO Box 160
Mebane, NC 27302-0160


Melvin C. Ragsdale
1249 Quandary Lake Lane
Graham, NC 27253


Michael G. Gumula & Patricia S. Gumula
2127 Crescent Drive
Graham, NC 27253


Michael H Zumbrunnen III
& Connie K Zumbrunnen
1319 Quandary Lake Lane
Graham, NC 27253


Michael Lyon
c/o Quicken Loans, Inc.
1050 Woodward Ave.
Detroit, MI 48226-1906


Michaelene Ann Moore
922 E. Golf House Road
Whitsett, NC 27377


Michaelene Ann Moore
2150 Crescent Drive
Graham, NC 27253


Michal Wentland & Brenda Wentland
1110 George Bason Road
Graham, NC 27253

Mike G. Gumula & Patricia S. Gumula
2127 Crescent Dr.
Graham, NC 27253-8523


Miles S. Beaman
1521 George Bason Road
Graham, NC 27253-8504


Miles S. Beaman
9256 Perry Road
Graham, NC 27253-9306


Milton R. Petway & Linda H. Petway
1428 George Bason Road
Graham, NC 27253


Monty Corron
3221 Boywood Road
Graham, NC 27253


Mortgage Electronic Registration Systems
Incorporated (d/b/a "MERS")
P.O. Box 2026
Flint, MI 48501-2026


Movement Mortgage LLC
841 Seahawk Circle
Virginia Beach, VA 23452


Myles S. Beaman & Carolyn M. Beaman
1521 George Bason Road
Graham, NC 27253


Nathan R. Hoffecker & Heather Hoffecker
1535 Bentwood Drive
Graham, NC 27253


National City Golf Finance
995 Dalton Ave.
Cincinnati, OH 45203


Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067


Navy Federal Credit Union
ATTN: Officer or Director
820 Follin Ln SE
Vienna, VA 22180


Navy Federal Credit Union
PO Box 3302
Merrifield, VA 22119-3302


NC Dept of Revenue
PO Box 1168
Raleigh, NC 27602


NC Dept of Revenue
PO Box 25000
Raleigh, NC 27640-0002


Nels Paul Lawrence
903 Rivers Edge Drive
Graham, NC 27253-8716


Neuse Incorporated
c/o First-Citizens Bank & Trust Comp.
539 N. Main Street
Hendersonville, NC 28792


New Penn Financial, LLC
8801 J.M. Keynes Dr., Ste. 365
Charlotte, NC 28262


New Salem, Inc.
c/o Wells Fargo Bank, NA
100 North Main Street
Winston Salem, NC 27101-4047


NewBridge Bank
ATTN: Officer/Director
1501 Highwoods Boulevard, Suite 400
Greensboro, NC 27410

NewBridge Bank
ATTN: Pressley A. Ridgill, Reg. Agent
1501 Highwoods Boulevard, Suite 400
Greensboro, NC 27410


Newton's Fire and Safety
PO Box 13
2724 Darrell Newton Dr.
Swepsonville, NC 27359


Norman E. Mize
1071 George Bason Road
Graham, NC 27253


Norman E. Mize
Lt B, 2521 Pinetop Avenue
Graham, NC 27253


North Carolina Housing Finance Agency
ATTN: Servicing Dept.
P.O. Box 28066
Raleigh, NC 27611-8066


North Carolina Housing Finance Agency
ATTN: Jennifer Percy, Reg. Agent
3508 Bush Street
Raleigh, NC 27609


North State Bank Mortgage
4270 The Circle North Hills
Raleigh, NC 27609


Nova Construction Inc.
Lot 17 out 2241/516 - Now PN 151390
109 Aurora Lane
Goldsboro, NC 27530


Nova Construction Inc.
RE: Rivers Edge Drive/Quarry Hills
109 Aurora Lane
Goldsboro, NC 27530


Nova Construction Inc.
ATTN: Robert C. Jackson, Reg. Agent
109 Aurora Lane
Goldsboro, NC 27530-8897

NYCB Mortgage Company, LLC
1801 East Ninth Street
Ste. 200
Cleveland, OH 44114


Ocwen Commercial Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409


Ocwen Customer Service Dept.
- Ocwen Loan Servicing, LLC
P.O. Box 24738
West Palm Beach, FL 33416-4738


Ocwen Loan Servicing, LLC
c/o Corporate Serv. Company, Reg. Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Ocwen Loan Servicing, LLC
PO Box 6440
Carol Stream, IL 60197-6440


Ocwen Loan Servicing, LLC
P.O. Box 34781
West Palm Beach, FL 33416-4781


Ocwen Loan Servicing, LLC
c/o Corporation Serv. Company, Reg. Agnt
327 Hillsborough Street
Raleigh, NC 27603-1725


Ocwen Loan Servicing, LLC
PO Box 659826
San Antonio, TX 78265-9126


Ocwen Mortgage Servicing, Inc.
ATTN: Corporate Serv. Company,
Reg. Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Otis Elevator Company
1 Farm Springs Rd
Farmington, CT 06032

Otis Elevator Company
PO Box 905454
Charlotte, NC 28290-5454


Pat Long Morgan
109 Oxford Drive
Jacksonville, NC 28546-8411


Patricia Ann Lorenz
PO Box 23
Wise, NC 27594


Patricia Ann Lorenz
1246 Quandary Lake Ln
Graham, NC 27253


Patricia Robinson
41 Rachel Drive
Nashville, TN 37214


Paul A. Fanning, Esq.
WARD & SMITH, P.A.
Post Office Box 8088
Greenville, NC 27835-8088


Paula Hall
2164 Woodland Ave.
Burlington, NC 27215-4539


Phyllis Ford
1238 Quandary Lake Ln
Graham, NC 27253-9554


Phyllis Ford
1238 Quandary Lake Ln.
Graham, NC 27253-9554


PNC Bank
Post Office Box 500
Rocky Mount, NC 27802


PNC Bank, National Assoc.
ATTN: Officer/Director
222 Delaware Avenue
Wilmington, DE 19899

PNC Eqipment Finance
995 Dalton Ave.
Cincinnati, OH 45203


Price Holdings, Limited Partner
(A North Carolina Limited Partnership)
PO Box 730
Morehead City, NC 28557


Price Holdings, Limited Partnership
ATTN: Bill Price II, Reg. Agent
POB 2112
Morehead City, NC 28557


Principal Residential Mortgage, Inc.
7601 Office Plaza Drive
#125
West Des Moines, IA 50266


PRLAP, Inc.
1400 Best Plaza Drive
Richmond, VA 23227


PRLAP, Inc.
ATTN: CT Corporation System
150 Fayetteville St., Box 1011
Raleigh, NC 27601-2957


PRLAP, Inc.
ATTN: Colleen O. Johnson (or Officer)
150 N. College St.
NC1-028-17-06
Charlotte, NC 28255


PRLAP, Inc.
Portfolio Admin
1400 Best Plaza Drive
VA2-410-02-01
Richmond, VA 23227


Proponent Federal Credit Union
536 Washington Avenue
Nutley, NJ 07110

PSNC Energy
PO Box 100256
Columbia, SC 29202-3256


Quicken Loans, Inc.
1050 Woodward Ave.
Detroit, MI 48226-1906


R. Craig Patterson
3101 S. Church Street
Burlington, NC 27215


Ralph A. Wadlinger
1541 Bentwood Drive
Graham, NC 27253


Ralph E. Lawrence
1521 Bentwood Drive
Graham, NC 27253


Ralph L. Taylor, III
1517 Bentwood Drive
Graham, NC 27253


Randolph Bank & Trust Co.
Cary Mortgage
P.O. Box 1888
Asheboro, NC 27204


Randolph J. Cary, Jr.
3101 S. Church Street
Burlington, NC 27215


Randy Thomas James & Laura Michaud James
1467 George Bason Road
Graham, NC 27253


Rayco Utilities Inc.
c/o Global Tax Management Inc.
202 Mackenan Drive
Cary, NC 27511

Rayco Utilities Inc.
ATTN: Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603


Rayco Utilities Inc.
c/o Global Tax Management Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010


Raymond A. Parker
P.O. Drawer 8
Jonesville, NC 28642


Rebecca A. Pryce
952 Rivers Edge Dr.
Graham, NC 27253-8716


Rebecca A. Pryce
6404 Glendevon Dr.
Whitsett, NC 27377-9240


Rebecca A. Pryce
8343 City Loft Ct.
Raleigh, NC 27613-6883


Regions Bank
ATTN: Officer/Director
1900 Fifth Avenue North
Birmingham, AL 35203


Regions Bank
d/b/a Regions Mortgage
2050 Parkway Office Circle
Birmingham, AL 35244


Revels Turf & Tractor, LLC
2217 North Main Street
Fuquay Varina, NC 27526


Rex T. Savery, Jr.
1829 E Franklin St., Ste. 800 B
Chapel Hill, NC 27514

Richard A. Szilvay & Liz Magdeleine
Szilvay
952 Rivers Edge Drive
Graham, NC 27253


Richard H. Hatch
922 Golf House Road E
Whitsett, NC 27377-9203


Richard H. Hatch
2150 Crescent Drive
Graham, NC 27253-8522


Richard W. Cassler & Heidi G. Cassler
809 Rivers Edge Drive
Graham, NC 27253


Rick McKirgan & Nita McKirgan
864 Rivers Edge Drive
Graham, NC 27253


Robert A. Jarrett & Patricia Jarrett
1501 George Bason Road
Graham, NC 27253


Robert Allen Smith & Dana Tatum Smith
1037 Quandary Lake Lane
Graham, NC 27253


Robert Edward Hunter & Carrie Rae Hunter
2251 Hickory Run
Graham, NC 27253


Robert G. Drumwright
211 East Elm Street
Graham, NC 27253


Robert G. Drumwright
2215 Hickory Run
Graham, NC 27253


Robert J. Everett & Barbara B. Everett
1325 Quandary Lake Lane
Graham, NC 27253

Robert O. Robinson Jr.
& Patricia Andrews Robinson
1529 Bentwood Drive
Graham, NC 27253


Robert S. Justice
517 E. Washington St.
Rockingham, NC 28379


Robert S. Justice
2321 NC 54 Hwy
Graham, NC 27253


Roger D. Boley & Cynthia W. Boley
1500 Bentwood Drive
Graham, NC 27253


Rogers Townsend & Thomas, PC
2550 West Tyvola Road
Suite 520
Charlotte, NC 28217


Rolla C. Brown
2046 Crescent Drive
Graham, NC 27253


Ronald Carter & Linda Carter
1323 Quandary Lake Lane
Graham, NC 27253


Ronald J. Witherby & Lois A. Witherby
2114 Crescent Drive
Graham, NC 27253


Ronald Lee Norton
2121 NC Highway 54
Graham, NC 27253


Ronald W. Sorrell & Brenda L. Sorrell
970 Rivers Edge Drive
Graham, NC 27253


Ronda Gulick
4508 Old US 421 North
Siler City, NC 27344

Russell E. Johnson & Beth A. Johnson
1150 George Bason Road
Graham, NC 27253


Ruth C. Younts
1409 George Bason Rd.
Graham, NC 27253-8503


Sandra Bason
623 Meadowood Dr.
Burlington, NC 27215-4680


Sean Pope & Krista B. Pope
1241 Quandary Lake Lane
Graham, NC 27253


Secretary of Housing and Urban Dev.
451 Seventh Street SW
Washington, DC 20410


Secretary of Housing and Urban Dev.
ATTN: U.S. Attorney Ripley Rand
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401


Secretary of Housing and Urban Dev.
ATTN: Civil Process Clerk
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401


Seterus, Inc.
Attn: Bankruptcy Department
PO Box 2206
Grand Rapids, MI 49501-2206


Sheby Hatfield
1548 George Bason Road
Graham, NC 27253-8504


Shelby J. Bush
2234 Hickory Run
Graham, NC 27253

Shelby L. Hatfield & Niwanna G. Hatfield
1548 George Bason Road
Graham, NC 27253


Shelia Gulick
9554 Snow Camp Road
Snow Camp, NC 27349


SN Servicing Corporation
ATTN: Corporation Service Company,
327 Hillsborough Street
Raleigh, NC 27603-1725


SN Servicing Corporation
ATTN: Legal/Bankruptcy
323 Fifth Street
Eureka, CA 95501


Southland Associates, Inc.
ATTN: David A. Stevens, Reg. Agent
512 S. Mangum
Durham, NC 27701-3973


Stanley W. Morgan & Pat L. Morgan
1348 George Bason Road
Graham, NC 27253


State Employees' Credit Union
ATTN: Officer/Director
3101 Wake Forest Road
Raleigh, NC 27609


State Employees' Credit Union
P.O. Drawer 25279
Raleigh, NC 27611-5279


State Employees' Credit Union
ATTN: James C. Blaine, Reg. Agent
P.O. Box 27665
Raleigh, NC 27611


Statewide Title, Inc.
117 North Merritt Ave.
Salisbury, NC 28144

Subsequent/Substitute Trustee to
William H. Ritter (deceased), as the
Trustee of the Ritter Family Trust
2022 Crescent Drive
Graham, NC 27253-9548


Subsequent/Substitute Trustee to
William H. Ritter (deceased), as the
Trustee of the Ritter Family Trust
1217 Henry Street
Yadkinville, NC 27055


SunTrust Banks, Inc.
ATTN: Raymond D. Fortin,
or other Managing Officer
303 Peachtree Street, NE, [GA-ATL-0645]
Atlanta, GA 30308


SunTrust Banks, Inc.
Successor to: Central Carolina Bank
303 Peachtree Street, NE
Atlanta, GA 30308


Susan M. Princell & Charles M. Princell
2147 Crescent Drive
Graham, NC 27253-8523


T&S Fire And Security, Inc.
3025 Randleman Road
Greensboro, NC 27406


Taylor Law Office, PC
c/o Hamilton Group Funding, Inc.
13650 NW 8th Street, Ste. 109
Fort Lauderdale, FL 33325


Taylor, Bean & Whitaker Mortgage Corp.
1417 North Magnolia Ave.
Ocala, FL 34475


TCF Equipment Finance
11100 Wayzata Blvd.
Suite 801
Minnetonka, MN 55305

Tel G. Fehlhafer
1303 Quandary Lake Lane
Graham, NC 27253


Teresa Nixon
341 N. Main Street
Troy, NC 27371


Teresa T. Haskins
203 Sunset Creek Drive
Chapel Hill, NC 27516-4650


Teresa T. Haskins
2109 Crescent Drive
Graham, NC 27253-8523


Terry Glascock & Tammy Glascock
1538 Bentwood Drive
Graham, NC 27253


Textron Financial Corp.
11575 Great Oaks Way #210
Alpharetta, GA 30022


The Fidelity Bank
ATTN: Mary W. Willis, Reg. Agent
PO Box 8
Fuquay Varina, NC 27526-0008


The Fidelity Bank
ATTN: Officer/Director
100 S. Main Street
Fuquay Varina, NC 27526


The Fidelity Bank
Mebane Office
1296 S. Fifth St.
Mebane, NC 27302


Thomas N. Glenn Jr & Linda W. Glenn
1132 George Bason Road
Graham, NC 27253

Thomas V. Choiniere
c/o VantageSouth Bank
206 High House Road
Cary, NC 27513


Time Transportation & Leasing, Inc.
209 Sand Bar Ferry Road
Augusta, GA 30901


Time Transportation & Leasing, Inc.
209 Sand Bar Ferry Road
Augusta, GA 30903-0269


Time Warner Cable
PO Box 70871
Charlotte, NC 28271-0871


Time Warner Cable
PO Box 70872
Charlotte, NC 28272-0872


Time Warner Cable
Payment Center
836 South Fayetteville Street
Asheboro, NC 27203


Tommy L. Loy & Shelia M. Loy
1116 George Bason Road
Graham, NC 27253


Town of Swepsonville
2747 Darrell Newton Dr.
Graham, NC 27253


Town of Swepsonville
Post Office Box 282
Swepsonville, NC 27359


Town of Swepsonville
c/o F. Paul Koonts
OERTEL, KOONTS & OERTEL, PLLC
3493 Forestdale Drive, Ste. 103
Burlington, NC 27215

```
TRSTE, Inc.
c/o The Prentice-Hall Corporation Sys.,
as Registered Agent
327 Hillsborough Street
Raleigh, NC 27603-1725


TRSTE, Inc.
Successor by merger to: New Salem, Inc.
c/o Prentice-Hall Corp. Sys., Reg. Agent
327 Hillsborough Street
Raleigh, NC 27603-1725


Truliant Federal Credit Union
P.O. Box 26000
Winston-Salem, NC 27114-6000


Trustee Services of Carolina, LLC
c/o Brock & Scott, PLLC
5431 Oleander Drive
Wilmington, NC 28403


Trustee Services, Inc.
c/o NewBridge Bank
100 N. Cherry Street, Ste. 400
Winston-Salem, NC 27101


U. Dean Hall
348 Marker Fifty Five Drive
Supply, NC 28462-1808


U.S. Bank National Association
ATTN: Officer or Director
425 Walnut Street
Cincinnati, OH 45202


Union Mortgage Group, Inc.
f/d/b/a Mortgage Capital Investors, Inc.
ATTN: J.G. Carter (or Officer/Director)
4355 Innslake Drive, Suite 350
Glen Allen, VA 23060-9804


Union Mortgage Group, Inc.
ATTN: Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603-1725
```

Union Service Corporation
c/o Union Mortgage Group, Inc.
4355 Innslake Drive, Suite 350
Glen Allen, VA 23060-9804


US Bank National Association, as Trustee
for Banc of America Funding 2007-C Trust
60 Livingston Ave.
Saint Paul, MN 55107


USAA Federal Savings Bank
ATTN: Officer/Director
10750 McDermott Freeway
San Antonio, TX 78288-0544


Vander Earl Brogden Jr.
600 Gantwood Lane
Whitsett, NC 27377


Vander Earl Brogden Jr.
1420 George Bason Road
Graham, NC 27253


Vassar C. Matthews Jr. & Jessie Matthews
1458 George Bason Road
Graham, NC 27253


Verdugo Trustee Service Corporation
ATTN: CT Corporation System
150 Fayetteville St., Box 1011
Raleigh, NC 27601


Verneil M. Jackson
1212 George Bason Road
Graham, NC 27253


Victoria C. Frye
2025 Crescent Drive
Graham, NC 27253


Victoria Frye
2121 Young Street
Burlington, NC 27215-7231

Virginia Gail Miller
2201 Hickory Run
Graham, NC 27253


Virginia Gail Miller
2263 Crescent Drive, Apt. A-1
Graham, NC 27253-8572


Virginia Gail Miller
338 W. Lake TRL
Mebane, NC 27302-9443


Virginia Gail Miller
328 Doggett Drive
Graham, NC 27253-3114


W.C. Behnke
1015 Quandary Trail
Graham, NC 27253-9524


Wade L. Headen
1 Crescent Drive
Graham, NC 27253


Wade L. Headen & Jacquline E. Headen
2219 Crescent Drive
Graham, NC 27253


Wells Fargo Bank, N.A.
ATTN: Patricia A. Ruedenberg,
Asst. Secretary (or Officer/Director)
101 North Phillips Avenue
Sioux Falls, SD 57104


Wells Fargo Bank, N.A.
3476 Stateview Blvd.
MAC # X7801-013 (FC)
Fort Mill, SC 29715


Wells Fargo Bank, N.A.
301 College Street NC0630
Charlotte, NC 28288-0630

Wells Fargo Bank, N.A.
Successor to: Wachovia Mortgage Corp.
1100 Corporate DRive
Raleigh, NC 27607


Wells Fargo Bank, N.A.
P.O. Box 11701
Newark, NJ 07101-4701


Wendy Taylor
821 Sherri Dr.
Haw River, NC 27258-9651


Wendy Taylor
2114 Crescent Dr.
Graham, NC 27253-8522


Wendy Taylor
2263 Crescent Dr.
Unit 9 B
Graham, NC 27253-9587


Wilbur Suggs & Cheryl S. Suggs
1464 George Bason Rd.
Graham, NC 27253-8503


Wilbur Suggs & Cheryl S. Suggs
817 E. Parker St.
Graham, NC 27253-1957


William F. Marshall III
105 Treadwell Court
Cary, NC 27213


William F. Marshall III
1156 George Bason Road
Graham, NC 27253


William H. Ritter, in his capacity as
Trustee of the Ritter Family Trust.
1217 Henry Street
Yadkinville, NC 27055

William H. Ritter, in his capacity as
Trustee of the Ritter Family Trust.
2202 Crescent Dr
Graham, NC 27253


William M. Griffith, Jr.
c/o Countrywide Home Loans, Inc.
P.O. Box 10423
Van Nuys, CA 91499


William R. Echols
7301 Carmel Exec. Pk Dr.
Ste. 304
Charlotte, NC 28226-8274


William Walt Pettit, Esq.
P.O. Box 12497
Charlotte, NC 28220-2497


Windsor Investments, LLC
A NC Limited Liability Partnership
PO Box 9147
Greensboro, NC 27429


Windsor Investments, LLC
A NC Limited Liability Partnership
1327 Quandary Lake Lane
Graham, NC 27253


Windsor Investments, LLC
ATTN: NP Corpserv NC, LLC
P O Box 3463
Greensboro, NC 27402


Wyndham Capital Mortgage, Inc.
6115 Park South Drive
#200
Charlotte, NC 28210


Yadkin Bank
Successor to: VantageSouth Bank
ATTN: Officer/Director
325 East Front St.
Statesville, NC 28677

Yvonne King
2538 Pinetop Avenue
Graham, NC 27253


Yvonne King
2514 Pinetop Avenue
Graham, NC 27253

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Tri-G Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Tri-G Group, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  4, 2016**

Date

**/s/ Charles M. Ivey III**

**Charles M. Ivey III 8333**

Signature of Attorney or Litigant

Counsel for  **Tri-G Group, LLC**

**Ivey, McClellan, Gatton & Siegmund**

**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
**336-274-4658 Fax:336-274-4540**